UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-10094-1-LTS-MBB |
| ) | |
| ROSS MCLELLAN ) | |
| and ) | |
| EDWARD PENNINGS, ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE CONCERNING NO-CONTACT PROVISION**
**OF PRE-TRIAL RELEASE**

Pursuant to the Court's order, the parties hereby jointly notify the Court that they have reached agreement concerning the list of individuals covered by the no-contact provision of the defendant's pre-trial release. The parties intend to provide the list to the Probation Office, and will provide it to the Court, under seal, if so ordered.

Respectfully submitted,

| | |
|---|---|
| ROSS MCLELLAN | CARMEN M. ORTIZ |
| Defendant | United States Attorney |
| | |
| By: _/s/ Martin Weinberg_ | By: _/s/ Stephen E. Frank_ |
|     MARTIN G. WEINBERG, ESQ. |     STEPHEN E. FRANK |
|     Counsel to the Defendant |     Assistant U.S. Attorney |
|     20 Park Plaza |     John Joseph Moakley U.S. Courthouse |
|     Suite 1000 |     1 Courthouse Way, Suite 9200 |
|     Boston, MA 02116 |     Boston, MA 02210 |

Date:   April 20, 2016

## CERTIFICATE OF SERVICE

    I, Stephen E. Frank, hereby certify that on April 20, 2016, I served a copy of the foregoing on counsel of record in this case by electronic filing.

/s/ *Stephen E. Frank*  
STEPHEN E. FRANK  
Assistant U.S. Attorney
