UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 16-10094-LTS-MBB |
| ROSS MCLELLAN and EDWARD PENNINGS, | ) | |
| Defendants. | ) | |

## NOTICE

The United States of America respectfully notifies the Court that United States Attorney Carmen M. Ortiz has been recused from this matter. Pursuant to 28 U.S.C. § 515 and related delegations, the Associate Deputy Attorney General has directed and authorized First Assistant United States Attorney John T. McNeil to have the status, and perform all of the authorized functions, of a United States Attorney with respect to this matter.

Respectfully submitted,

JOHN T. McNEIL
ATTORNEY FOR THE UNITED STATES
Acting Under Authority Conferred by 28 U.S.C. § 515

Date:   May 18, 2016        By:    */s Stephen E. Frank*
                                    Stephen E. Frank
                                    Assistant United States Attorney