JS 45 (5/97) - (Revised U.S.D.C. MA 9/25/2014)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __II__ | Investigating Agency __FBI__ |
| City __Boston__ | **Related Case Information:** | |
| County __Suffolk__ | Superseding Ind./ Inf. __Superseding Ind.__ | Case No. __16-CR-10094-LTS__ |
| | Same Defendant __Yes__ | New Defendant _____ |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: __Ross McLellan__    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) __Hingham, MA__

Birth date (Yr only): __1972__    SSN (last4#): __3750__    Sex __M__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:** __Martin G. Weinberg__    Address: __20 Park Plaza, Suite 1000, Boston, MA 02116__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Stephen E. Frank__    Bar Number if applicable __568455__

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty    ☐ Misdemeanor    ☑ Felony __6__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __February 7, 2018__    Signature of AUSA: _/s/_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   16-CR-10094-LTS

**Name of Defendant**   ROSS MCLELLAN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | CONSPIRACY TO COMMIT OFFENSES AGAINST THE UNITED STATES | 1 |
| Set 2 | 15 USC 78j(b) & 78ff(a) | SECURITIES FRAUD | 2-3 |
| Set 3 | 18 USC 1343 | WIRE FRAUD | 4-6 |
| Set 4 | 18 USC 981(a)(1)(C) | FORFEITURE ALLEGATION | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**