# Exhibit B

 STATE STREET

State Street Bank and Trust Company
20 Churchill Place
Canary Wharf
London
E14 5HU

Telephone: +44 (0) 20 3395 2500
Facsimile: +44 (0) 20 3395 6000

Peter Hamrogue,
Senior Associate, Investment Banks and Overseas Banks Division
The Financial Services Authority
25 The North Colonnade
Canary Wharf
London
E14 5HS

14th October 2011

**Interim Report on Project Flag**

Dear Peter.



Confidential Treatment Requested by State Street Corporation          SSFX 00021076

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01328796

 STATE STREET



Confidential Treatment Requested by State Street Corporation

SSFX 00021077

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01328797

 STATE STREET



Yours sincerely

Confidential Treatment Requested by State Street Corporation

SSFX 00021078

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01328798



STATE STREET



Confidential Treatment Requested by State Street Corporation

SSFX 00021079

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01328799





Confidential Treatment Requested by State Street Corporation

SSFX 00021080

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01328800



STATE STREET



Confidential Treatment Requested by State Street Corporation

SSFX 00021081

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01328801





Confidential Treatment Requested by State Street Corporation

SSFX 00021082

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01328802





FRESHFIELDS BRUCKHAUS DERINGER
(SPO/PW) 14 October 2011

Confidential Treatment Requested by State Street Corporation                    SSFX 00021083

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET                                          SS1_01328803