# Exhibit C

 STATE STREET

State Street Bank and Trust Company
20 Churchill Place
Canary Wharf
London
E14 5HJ

Telephone: +44 (0) 20 3395 2500
Facsimile: +44 (0) 20 3395 2000

Peter Hamrogue
Senior Associate, Investment Banks and Overseas Banks Division
Financial Services Authority
25 The North Colonnade
Canary Wharf
London
E14 5HS

24 January 2012

Dear Peter



Page 1

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278452

 STATE STREET



Page 2

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278453

 STATE STREET



Page 3

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278454

 STATE STREET



Page 4

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278455

 STATE STREET



FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278456

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278457



LON18833055/10 126896-0008                                    SPO

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET                                    SS1_01278357



LON18833055/10 126896-0008                                        Page 2

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET                                                   SS1_01278358



FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278359



LON18833149/12 126896-0008                                                SPO

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET                                                      SS1_01278360



LON18833149/12 126896-0008                                        Page 2

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278361



LON18833149/12 126896-0008

Page 3

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278362

LON18833149/12 126856-0008

Page 4

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278363



LON18833149/12 126896-0008                                    Page 5

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278364



FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET                                              SS1_01278365



LON18839107/9 126896-0008                                    SPO

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET                                          SS1_01278366



LON18839107/9 126896-0008                                                      Page 2

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278367



---

[5]    State Street's records confirm that this was the case.

[6]    As was later done in the Royal Mail trade.

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278368



LON18839107/9 126896-0008

Page 4

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278369



LON18839107/9 126896-0008

Page 5

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278370



FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278371



LON18730469/9 126896-0008

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278372



LON18730469/9 126896-0008                                    Page 2

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278373





LON18730469/9 126896-0008                                    Page 3

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01278375