UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 16-cr-10094-LTS |
| ROSS MCLELLAN,<br>    Defendant | ) ) ) ) ) | |

**SUPPLEMENTAL EXHIBIT TO DEFENDANT ROSS MCLELLAN'S
MOTION FOR ORDER REQUIRING THE GOVERNMENT TO EXERCISE ITS
RIGHT UNDER THE US-IRELAND MLAT, DKT. 276**

Now comes the Defendant, Ross McLellan, by and through undersigned counsel, and hereby respectfully submits a supplemental exhibit, attached hereto as Exhibit 1, in support of his Motion for Order Requiring the Government to Exercise its Rights under the US-Ireland MLAT, Dkt. 276. The supplemental exhibit is a letter from the Ireland Department of Foreign Affairs and Trade indicating that this Honorable Court's two Letters Rogatory requests are being returned to the United States Embassy. The letter further states that the document production requests must be submitted by the United States Department of Justice to the Ireland Department of Justice and Equality pursuant to the relevant Mutual Legal Assistance Treaty.

                                                          Respectfully Submitted,
                                                          Ross McLellan
                                                          By His Attorney,

                                                          **/s/ Martin G. Weinberg**
                                                          Martin G. Weinberg
                                                          Mass. Bar No. 519480
                                                          20 Park Plaza, Suite 1000
                                                          Boston, MA 02116
                                                          (617) 227-3700
Dated: February 21, 2018                       owlmgw@att.net

## **CERTIFICATE OF SERVICE**

    I, Martin G. Weinberg, hereby certify that on this date, February 21, 2018, a copy of the foregoing documents has been served, via electronic mail, upon Assistant U.S. Attorney Stephen E. Frank.

                                            **/s/ Martin G. Weinberg**
                                            Martin G. Weinberg