

United States Department of State

*Washington, D.C. 20520*

February 14, 2018

Robert M. Goldstein
Goldstein Law Firm
20 Park Plaza, Suite 1000
Boston, MA 02116

Re: United States v. Ross McLellan, 16-CR-10094-LTS (D.Mass)

Dear Mr. Goldstein:

Please find the enclosed response from the Department of Foreign Affairs and Trade regarding your request for judicial assistance. If you have any questions regarding this matter please do not hesitate to contact this office at ask-ocs-l@state.gov.

Sincerely,

Office of Legal Affairs
Overseas Citizens Services
U.S. Department of State



An Roinn Gnóthaí Eachtracha agus Trádála
Baile Átha Cliath 2

**Department of Foreign Affairs and Trade**
Dublin 2

Ref: 540/1314

The Department of Foreign Affairs and Trade presents its compliments to the Embassy of the United States of America and has the honour to refer to the Embassy's Notes 17-727 and 17-688, concerning two requests for assistance in the criminal case against **Mr Ross McLellan.**

The Department has the honour to inform the Embassy that the requests from the United States District Court, District of Massachusetts are being returned. The competent authority, namely, the Irish Department of Justice and Equality has requested this Department to return these requests and inform the Embassy that pursuant to the Instrument between Ireland and the United States of Americas signed July 14, 2005, implementing the Agreement on mutual Legal Assistance between the United States and European Union signed June 25, 2003 such requests should be sent from the US Central Authority in the Department of Justice to the Irish Central Authority in the Department of Justice and Equality, 51 St. Stephen's Green, Dublin 2, D02 HH52.

The Department of Foreign Affairs and Trade avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.

Department of Foreign Affairs and Trade
Legal Division




15 January 2018