UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSS MCLELLAN,<br>        Defendant | No. 16-10094-LTS |

**MOTION FOR LEAVE TO FILE REPLY**

Now comes the defendant Ross McLellan, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for leave to file his 11-page reply, attached hereto as Exhibit 1, to the Government's opposition to his Motion to Sever Count 6. As grounds and reasons therefore, Mr. McLellan states that additional pages are necessary to fully address the factual and legal issues that were first raised by the Government's opposition which, in part, could not have reasonably been addressed by the defendant's opening motion.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

**Local Rule 7.1(a)(2) Certification**

The undersigned counsel conferred with counsel for the Government and the Government, by and through Stephen E. Frank, does not oppose this request.

1

>Respectfully submitted,
>
>Ross McLellan
>By his Attorney,
>
>**/s/ Martin G. Weinberg**
>Martin G. Weinberg
>Mass. Bar No. 519480
>20 Park Plaza, Suite 1000
>Boston, MA 02116
>(617) 227-3700
>owlmgw@att.net

Dated: February 26, 2018

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, February 26, 2018, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

>**/s/ Martin G. Weinberg**
>Martin G. Weinberg