UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>ROSS MCLELLAN,          )<br>)<br>Defendant.     )<br> | Criminal No. 16-10094-LTS |

**GOVERNMENT'S ASSENTED-TO MOTION TO SEAL RESPONSE TO
DEFENDANT'S MOTION FOR RULE 15 DEPOSITIONS**

The government respectfully requests leave from this Court to file under seal its Response in Opposition to Defendant's Motion for Rule 15 Depositions. The defendant's original motion was filed under seal due to concerns about discussing documents subject to a protective order. *See* Dkt. 293, 294. The government's response, in turn, quotes portions of draft deposition transcripts in the civil related case, *S.E.C. v. McLellan,* 1:16-cv-10874, and thus should also be filed under seal.

WHEREFORE, the government respectfully requests that the instant motion be granted.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Stephen E. Frank*
STEPHEN E. FRANK
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   */s/ William E. Johnston*
William E. Johnston
Trial Attorney
1400 New York Ave, N.W.
Washington, D.C. 20530

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned counsel conferred with counsel for the defendant, Martin G. Weinberg, who does not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on March 5, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *William E. Johnston*
WILLIAM E. JOHNSTON