UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ROSS MCLELLAN, )<br>)<br>Defendant. )<br>) | Criminal No. 16-10094-LTS |

**GOVERNMENT'S ASSENTED-TO MOTION TO WITHDRAW BRIEF IN
OPPOSITION TO DEFENDANT'S MOTION FOR RULE 15 DEPOSITIONS
AND FILE CORRECTED BRIEF UNDER SEAL**

The United States respectfully submits this assented-to motion to withdraw its previously filed response in opposition to the defendant's motion for Rule 15 depositions, Dkt. 310 (under seal), and to file a corrected brief, also under seal.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  /s/ Stephen E. Frank
STEPHEN E. FRANK
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   /s/ William E. Johnston
William E. Johnston
Trial Attorney
1400 New York Ave, N.W.
Washington, D.C. 20530

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned counsel conferred with counsel for the defendant, Martin G. Weinberg, who does not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on March 6, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *William E. Johnston*
WILLIAM E. JOHNSTON