# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 1:16-cr-10094-LTS-1

UNITED STATES OF AMERICA

v.

ROSS McLELLAN

## FINAL STATUS REPORT

March 9, 2018

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendant with conspiracy, securities fraud, wire fraud, and aiding and abetting, was returned on February 7, 2018;

2. The defendant was arraigned on the Superseding Indictment on March 2, 2018;

3. The defendant is not custody;

4. At the arraignment, the government anticipated a trial lasting three weeks, and calling eight to twelve witnesses;

5. Counsel stated that the case will likely be resolved by way of a trial; and

6. The parties agree to exclude the time from March 2, 2018 until the first appearance before the district judge.

/s/ Marianne B. Bowler, USMJ  
United States Magistrate Judge