UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 16-10094-LTS |
| | ) | |
| ROSS MCLELLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report to update the Court on their discussions:

1. The parties have reached an agreement concerning the scheduling for pretrial disclosures.

2. The government has reached out to various individuals and entities concerning the defendant's requests for documents and testimony from overseas parties and has updated the defendant on the status of those requests. The parties anticipate that certain but not all of the requested documents will be produced shortly, and are awaiting responses to the other requests. The parties intend to make a further status report on these matters on April 9 or 10, 2018

3. The parties have had discussions about a proposal by the defendant to issue the jury pool a written questionnaire prior to June 4, and have narrowed but not resolved their disagreement about that proposal.

The parties are available should the Court wish to proceed with the scheduled status conference on April 4 at 12:00 p.m. Alternatively, the parties would request a status conference on the afternoon of April 10.

Respectfully submitted,

| | |
|---|---|
| ROSS MCLELLAN<br>Defendant | ANDREW E. LELLING<br>UNITED STATES ATTORNEY |
| By: */s/ Martin G. Weinberg*<br>MARTIN G. WEINBERG, ESQ.<br>Counsel to Ross McLellan | By: */s/ Stephen E. Frank*<br>STEPHEN E. FRANK<br>Assistant U.S. Attorney |
| | SANDRA MOSER<br>Acting Chief, Fraud Section<br>Criminal Division |
| | By:  */s/ William E. Johnston*<br>William E. Johnston<br>Trial Attorney |

Date:   April 3, 2018

## CERTIFICATE OF SERVICE

I certify that on April 3, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *Stephen E. Frank*
STEPHEN E. FRANK