UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
                              )
UNITED STATES OF AMERICA      )
                              )
     v.                       )    No. 16-cr-10094-LTS
                              )
ROSS MCLELLAN,                )
     Defendant                )
                              )
_____)

**NOTICE OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance as co-counsel for the Defendant, Ross McLellan, in the above-captioned matter.

Respectfully Submitted,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: April 4, 2018

1

**Certificate of Service**

    I, Robert M. Goldstein, hereby certify that on this date, April 4, 2018, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants.

                                     **/s/ Robert M. Goldstein**
                                     Robert M. Goldstein