UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-10094-LTS |
| ) | |
| ROSS MCLELLAN, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S STATUS REPORT**

The government respectfully submits this response to the defendant's most recent status report, in which he reiterates his request for a second continuance of the trial until a date in "early September."

The government has previously advised defense counsel that undersigned government counsel are not available for a trial in early September.  First, the government has advised the defendant that one of the undersigned counsel has a long planned, prepaid family reunion and vacation in August.  The dates of that vacation are August 11 through August 22.  The government respectfully submits that an early September trial would necessarily require that these plans, which involve family members traveling from out of state and abroad, be cancelled. Second, in addition to a trial on October 29, the other undersigned counsel has a trial in the Southern District of Texas on August 20 that is likely to last approximately one week.

The government further notes that the Jewish holidays are in September, including between September 9 and 11 and September 18 and 19.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | ANDREW E. LELLING |
| Acting Chief, Fraud Section | UNITED STATES ATTORNEY |
| Criminal Division | |
| | |
| By:  */s/ William E. Johnston* | By: */s/ Stephen E. Frank* |
| WILLIAM E. JOHNSTON | STEPHEN E. FRANK |
| Trial Attorney | Assistant U.S. Attorney |

Date:  May 1, 2018

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *Stephen E. Frank*
STEPHEN E. FRANK