UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 16-10094-LTS |
| ROSS MCLELLAN, | ) ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S REQUEST FOR *VOIR DIRE*

In addition to the Court's customary introduction to, and questions of, the jury, the United States respectfully requests that the Court ask prospective jurors the following *voir dire* questions:

1. This is a federal criminal case brought in the name of the United States of America. The federal government is comprised of many agencies and departments, including the Department of Justice, the United States Attorney's Office, the Federal Bureau of Investigation, and the United States Securities & Exchange Commission ("SEC"). Have you, a member of your family, or anyone close to you ever had any dealings with the federal government, including these entities, whether favorable or unfavorable, which might influence your consideration of the evidence in this case?

2. Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with a law enforcement official or with the criminal justice system which might influence your consideration of this case?

3. During the trial, you will hear evidence about the following entities:

    a. Aon Hewitt

    b. Axa Equitable Life Insurance Company

      c. Eircom

      d. Inalytics

      e. Kuwait Investment Authority

      f. Mercer

      g. National Treasury Management Agency

      h. Royal Mail

      i. Sainsbury PLC

      j. State Street Corp.

      k. Stichting Pensioenfonds voor Huisartsen (Dutch Doctors Pension Fund)

Do you, a member of your family, or a friend have any connection to any of these entities?

4. Have any of you, or any member of your family, worked in the securities or banking industry, for example, as a stock broker or at an investment bank? Worked for any securities regulatory agency, whether federal, state or local?

5. Do any of you have any strong feelings about the regulation of the securities or banking industries?

6. At the end of the case, the jurors will be asked to deliberate and decide, unanimously, whether the defendant is guilty or not guilty. Some people, for religious or other reasons, think that one person should not sit in judgment of another person. Do you have any beliefs or strong feelings that will make it difficult for you to sit in judgment and reach a verdict in this case?

7. At the end of the case, I will instruct you on the law you are to apply. Jurors are obligated to follow the law told to them by the trial judge. Do you have any concerns that you

might not be able to follow the law, as instructed by me, if you do not agree with the law or the legal principles I tell you to apply?

8. The purpose of all of these questions is to collect information about the prospective jurors to the Court and parties pick a fair and impartial jury. Do any of you have any other beliefs or views that could make it difficult for you to render a fair verdict in this case?

9. Is there anything else about you, your family, background, work, life experiences, or beliefs, that you think the parties should know which might help them pick a fair and impartial jury?

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | ANDREW E. LELLING |
| Acting Chief, Fraud Section | United States Attorney |
| Criminal Division | |
| | |
| By: /s/ William E. Johnston | By: /s/ Stephen E. Frank |
| WILLIAM E. JOHNSTON | STEPHEN E. FRANK |
| Trial Attorney | Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

I certify that on May 21, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *Stephen E. Frank*
STEPHEN E. FRANK