# EXHIBIT 3

# CONGRESS.GOV

## S.2114 - Bond Transparency Act of 2014
113th Congress (2013-2014)

## All Actions S.2114 — 113th Congress (2013-2014)

**All Information** (Except Text)

Bill History – Congressional Record References

| Hide Filters ^ | 1 result for All Actions | Compact View | Sort by Newest to Oldest |

○ Actions Overview [1]

○ All Actions Except Amendments [1]

⦿ All Actions [1]

**Action By** ⊖

Check all

☐ Senate [1]

**Senate Committees** ⊖

Check all

☐ Banking, Housing, and Urban Affairs [1]

| Date | All Actions |
|---|---|
| 03/12/2014 | Read twice and referred to the Committee on Banking, Housing, and Urban Affairs.<br>Action By: Senate |