**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| vs. | ) ) | Case No. 16-cr-10094-LTS |
| ROSS MCLELLAN | ) ) ) | |
| Defendant. | ) ) | |

## EMERGENCY, ASSENTED TO MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Non-party State Street Bank and Trust Company respectfully submits this assented to motion requesting leave for its counsel to appear telephonically at the status conference the Court scheduled for Tuesday, May 29 or, in the alternative, to continue to the conference until Friday, June 1, 2018.  The reasons for this motion are as follows:

1. On the afternoon of Thursday, May 24, 2018, the Court issued an order directing State Street's counsel to appear at a status conference on Tuesday, May 29, 2018 to discuss the request that two former employees living abroad, Simone Paul and Krystyna Beck, and a lawyer formerly associated with one of State Street's outside counsel, Sarah Lewis, who also lives abroad, provide testimony by videoconference.

2. State Street's counsel, John J. Butts of Wilmer Cutler Pickering Hale and Dorr LLP, is the lawyer who can best speak to the issues the Court would like to address.  Mr. Butts is unable to appear at the conference in person due to a previously scheduled out of state trip on another matter, which cannot be rescheduled.

3. State Street respectfully requests that the Court give Mr. Butts leave to appear by telephone.

4.       In the event the Court requires State Street's counsel to appear in person, State Street respectfully requests that the Court continue the conference until Friday, June 1, when Mr. Butts is able to return to Boston.

5.       Counsel for the Government and the Defendant have each assented to this motion.

Respectfully submitted,

STATE STREET BANK AND TRUST COMPANY

By its attorney:

  */s/ John J. Butts*
John J. Butts (BBO No. 643201)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
john.butts@wilmerhale.com

Dated: May 25, 2018

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

In accordance with Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for the Government and McLellan, who assented to this motion.

                                                                            */s/ John J. Butts*_____
                                                                            John J. Butts

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

                                                                            */s/ John J. Butts*_____
                                                                            John J. Butts