UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>ROSS MCLELLAN,              )<br>)<br>Defendant.                )<br>) | Criminal No. 16-10094-LTS |

**GOVERNMENT'S EXHIBIT LIST**

The United States respectfully submits this list of proposed exhibits for trial. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendant. Exhibit numbers not used are intentionally omitted.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER<br>Acting Chief, Fraud Section<br>Criminal Division | ANDREW E. LELLING<br>United States Attorney |
| By:  */s/ William E. Johnston*<br>WILLIAM E. JOHNSTON<br>Trial Attorney | By:  */s/ Stephen E. Frank*<br>STEPHEN E. FRANK<br>Assistant U.S. Attorney |

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　*/s/ Stephen E. Frank*
　　　　　　　　　　　　　　　　　　STEPHEN E. FRANK

| CASE NAME: UNITED STATES OF AMERICA V. ROSS MCLELLAN | | | | | | | | | AS OF: May 28, 2018 |
|---|---|---|---|---|---|---|---|---|---|
| CRIMINAL CASE NO. 16-10094-LTS | | | | | | | | | |
| **GOVERNMENT'S EXHIBIT LIST** | | | | | | | | | |
| Exhibit Offered By: | Exhibit No. | Marked [Yes/No] | Admitted [Yes/No] | BegDoc | EndDoc | Doc Type | Date | To | From | Date Admitted |
| Government | 001 | | | SS1_00001236 | SS1_00001267 | File | 2004.02.09 | | | |
| Government | 002 | | | SS1_00014396 | SS1_00014410 | Email Attachment | 2005.06.10 | | | |
| Government | 003 | | | SS1_01134404 | SS1_01134421 | Email Attachment | 2009.07.09 | | | |
| Government | 004 | | | AXA Equitable DD001 | AXA Equitable DD052 | File | 2009.09.03 | | | |
| Government | 005 | | | SS1_00615345 | SS1_00615346 | Email | 2010.01.07 | Ross McLellan | Edward Pennings | |
| Government | 005-1 | | | SS1_00615347 | SS1_00615349 | Email Attachment | | | | |
| Government | 006 | | | SS1_01146052 | SS1_01146055 | Email | 2010.01.08 | Ross McLellan | Edward Pennings | |
| Government | 007 | | | SS1_00611199 | SS1_00611199 | Email | 2010.02.12 | Edward Pennings | Ross McLellan | |
| Government | 008 | | | SS1_00615836 | SS1_00615837 | Email | 2010.02.24 | Ross McLellan | Edward Pennings | |
| Government | 009 | | | SS1_00167732 | SS1_00167733 | Email | 2010.03.02 | Ross McLellan | Edward Pennings | |
| Government | 010 | | | SS1_01326008 | SS1_01326008 | Audio | 2010.03.02 | Rick Boomgaardt | Edward Pennings | |
| Government | 010-T | | | SS1_01326008 | SS1_01326008 | Transcript | 2010.03.02 | Rick Boomgaardt | Edward Pennings | |
| Government | 011 | | | SS1_00167877 | SS1_00167877 | Email | 2010.03.03 | APK | Edward Pennings | |
| Government | 011-1 | | | SS1_00167878 | SS1_00167879 | Email Attachment | | | | |
| Government | 012 | | | SS1_00164706 | SS1_00164707 | Email | 2010.03.06 | Edward Pennings | Ross McLellan | |
| Government | 013 | | | SS1_00166365 | SS1_00166365 | Email | 2010.03.18 | APK | Edward Pennings | |
| Government | 014 | | | SS1_00619491 | SS1_00619492 | Email | 2010.03.18 | APK | Edward Pennings | |
| Government | 015 | | | SS1_00236019 | SS1_00236020 | Email | 2010.03.22 | Portfolio Solutions Email List | Ross McLellan | |
| Government | 016 | | | SS1_01327636 | SS1_01327636 | Audio | 2010.04.19 | Rick Boomgaardt | Edward Pennings | |
| Government | 016-T | | | SS1_01327636 | SS1_01327636 | Transcript | 2010.04.19 | Rick Boomgaardt | Edward Pennings | |
| Government | 017 | | | SS1_00618903 | SS1_00618907 | Email | 2010.05.12 | Edward Pennings | Ross McLellan | |
| Government | 018 | | | SS1_00541605 | SS1_00541606 | Email | 2010.05.13 | Edward Pennings | Ross McLellan | |
| Government | 019 | | | SS1_00501577 | SS1_00501579 | Email | 2010.05.13 | Edward Pennings, PW | Ross McLellan | |
| Government | 020 | | | SS1_00619269 | SS1_00619270 | Email | 2010.06.02 | Ross McLellan | Edward Pennings | |
| Government | 021 | | | SS1_00538619 | SS1_00538619 | Email | 2010.06.03 | Edward Pennings, PM, OA | APK | |
| Government | 021-1 | | | SS1_00538620 | SS1_00538622 | Email Attachment | | | | |
| Government | 022 | | | SS1_00539837 | SS1_00539838 | Email | 2010.06.03 | Ross McLellan | Edward Pennings | |
| Government | 023 | | | SS1_00540209 | SS1_00540209 | Email | 2010.06.03 | APK | Edward Pennings | |
| Government | 023-1 | | | SS1_00540210 | SS1_00540211 | Email Attachment | | | | |
| Government | 024 | | | SS1_01328045 | SS1_01328045 | Audio | 2010.06.03 | Rick Boomgaardt | Edward Pennings | |
| Government | 024-T | | | SS1_01328045 | SS1_01328045 | Transcript | 2010.06.03 | Rick Boomgaardt | Edward Pennings | |
| Government | 025 | | | SS1_00538615 | SS1_00538615 | Email | 2010.06.06 | Edward Pennings | APK | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Government | 025-1 | | | SS1_00538616 | SS1_00538616 | Email Attachment | | | |
| Government | 026 | | | n/a | n/a | File | 2010.06.06 | | |
| Government | 027 | | | SS1_00537813 | SS1_00537817 | Email | 2010.06.13 | Edward Pennings | Ross Mclellan |
| Government | 028 | | | SS1_00535891 | SS1_00535891 | Email | 2010.06.15 | Rick Boomgaardt, Edward Pennings | RH |
| Government | 028-1 | | | SS1_00535892 | SS1_00535915 | Email Attachment | | | |
| Government | 029 | | | SS1_00535637 | SS1_00535637 | Email | 2010.06.15 | TB, CC, TC, SF, Ross McLellan, GS | Rick Boomgaardt |
| Government | 029-1 | | | SS1_00535638 | SS1_00535638 | Email Attachment | | | |
| Government | 030 | | | SS1_01329041 | SS1_01329041 | Audio | 2010.06.15 | SF | Rick Boomgaardt |
| Government | 030-T | | | SS1_01329041 | SS1_01329041 | Transcript | 2010.06.15 | SF | Rick Boomgaardt |
| Government | 031 | | | SS1_00565391 | SS1_00565392 | Email | 2010.06.15 | Rick Boomgaardt, TB, AC, TC, SF, Ross McLellan | GS |
| Government | 031-1 | | | SS1_00565393 | SS1_00565393 | Email Attachment | | | |
| Government | 032 | | | SS1_01329038 | SS1_01329038 | Audio | 2010.06.15 | SF | Rick Boomgaardt, Ross McLellan |
| Government | 032-T | | | SS1_01329038 | SS1_01329038 | Transcript | 2010.06.15 | SF | Rick Boomgaardt, Ross McLellan |
| Government | 033 | | | SS1_00565396 | ss1_00565397 | Email | 2010.06.15 | GS, AC, Rick Boomgaardt, Ross McLellan, TC, TB | SF |
| Government | 033-1 | | | ss1_00565398 | ss1_00565398 | Email Attachment | | | |
| Government | 034 | | | SS1_00714140 | SS1_00714141 | Email | 2010.06.15 | Ross McLellan | Edward Pennings |
| Government | 034-1 | | | SS1_00714142 | SS1_00714145 | Email Attachment | | | |
| Government | 035 | | | SS1_00619879 | SS1_00619881 | Email | 2010.06.15 | TB, AC, TC, SF, Ross McLellan, GS | Rick Boomgaardt |
| Government | 035-1 | | | SS1_00619882 | SS1_00619882 | Email Attachment | | | |
| Government | 036 | | | SS1_00619883 | SS1_00619885 | Email | 2010.06.16 | IB, Rick Boomgaardt, TB, SF, DH, GM, Ross McLellan | AC |
| Government | 036-1 | | | SS1_00619886 | SS1_00619886 | Email Attachment | | | |
| Government | 037 | | | SS1_00015825 | SS1_00015826 | Email | 2010.06.16 | RH | Edward Pennings |
| Government | 037-1 | | | SS1_00015828 | SS1_00015845 | Email Attachment | | | |
| Government | 038 | | | SS1_00539995 | SS1_00539997 | Email | 2010.06.17 | RH | Edward Pennings |
| Government | 039 | | | SS1_00192005 | SS1_00192012 | Email Attachment | 2010.06.16 | | |
| Government | 040 | | | SS1_00192013 | SS1_00192016 | Email Attachment | 2010.06.16 | | |
| Government | 041 | | | SS1_00197764 | SS1_00197766 | Email | 2010.06.17 | Ross McLellan | Edward Pennings |
| Government | 042 | | | SS1_00619305 | SS1_00619307 | Email | 2010.06.18 | Ross McLellan | Edward Pennings |
| Government | 043 | | | SS1_01328989 | SS1_01328989 | Audio | 2010.06.16 | Edward Pennings | Rick Boomgaardt |
| Government | 043-T | | | SS1_01328989 | SS1_01328989 | Transcript | 2010.06.18 | Edward Pennings | Rick Boomgaardt |
| Government | 044 | | | SS1_00195849 | SS1_00195849 | Email | 2010.06.18 | Edward Pennings | Ross McLellan |
| Government | Intentionally Left Blank | | | | | | | | |
| Government | 046 | | | SS1_00192267 | SS1_00192267 | Email | 2010.06.30 | Edward Pennings | Rick Boomgaardt |
| Government | 046-1 | | | SS1_00192268 | SS1_00192283 | Email Attachment | | | |
| Government | 047 | | | SS1_00175335 | SS1_00175336 | Email | 2010.10.18 | Edward Pennings | APK |
| Government | 048 | | | SS1_00178924 | SS1_00178926 | Email | 2010.10.21 | Ross McLellan | Edward Pennings |
| Government | 049 | | | SS1_00417163 | SS1_00417163 | Email | 2010.10.21 | Edward Pennings | PMG |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Government | 050 | | SS1_00177567 | SS1_00177567 | Email | 2010.10.25 | APK | Edward Pennings |
| Government | 050-1 | | SS1_00177568 | SS1_00177569 | Email Attachment | | | |
| Government | 051 | | SS1_00177169 | SS1_00177169 | Email | 2010.10.26 | Rick Boomgaardt | Edward Pennings |
| Government | 052 | | SS1_00960354 | SS1_00960354 | Email | 2010.10.26 | Ross McLellan | Edward Pennings |
| Government | 052-1 | | SS1_00960355 | SS1_00960357 | Email Attachment | | | |
| Government | 053 | | SS1_00619586 | SS1_00619586 | Email | 2010.11.02 | Ross McLellan | Edward Pennings |
| Government | 054 | | SS1_00619605 | SS1_00619605 | Email | 2010.11.02 | Ross McLellan | Edward Pennings |
| Government | 055 | | SS1_00497888 | SS1_00497889 | Email | 2010.11.02 | KBe, EB, SB, TB, CC, VM, JM, MM, Ross McLellan, SP, Edward Pennings, AS | BWo |
| Government | 056 | | SS2_00000148 | SS2_00000149 | Email | 2010.11.02 | Edward Pennings | Ross McLellan |
| Government | 057 | | SS2_00000150 | SS2_00000150 | Email | 2010.11.02 | Edward Pennings | Ross McLellan |
| Government | 058 | | SS2_00000107 | SS2-00000108 | Email | 2010.11.03 | Edward Pennings, BWo, Ross McLellan | KBe |
| Government | 059 | | SS1_00780624 | SS1_00780624 | Email | 2010.11.03 | IB, TC, SF, DH, GM | AC |
| Government | 059-1 | | SS1_00780625 | SS1_00780625 | Email Attachment | | | |
| Government | 060 | | SS1_00935813 | SS1_00935813 | Email | 2010.11.03 | Ross McLellan | GS |
| Government | 060-1 | | SS1_00935814 | SS1_00935814 | Email Attachment | | | |
| Government | 061 | | SS1_00935995 | SS1_00935996 | Email | 2010.11.03 | GS | Ross McLellan |
| Government | 062 | | SS1_01325636 | SS1_01325636 | Audio | 2010.11.04 | SF | Ross McLellan |
| Government | 062-T | | SS1_01325636 | SS1_01325636 | Transcript | 2010.11.04 | SF | Ross McLellan |
| Government | 063 | | SS1_00293147 | SS1_00293147 | Email | 2010.11.05 | Ross McLellan | Edward Pennings |
| Government | 064 | | SS1_01325641 | SS1_01325641 | Audio | 2010.11.05 | SF | Ross McLellan |
| Government | 064-T | | SS1_01325641 | SS1_01325641 | Transcript | 2010.11.05 | SF | Ross McLellan |
| Government | 065 | | SS1_01099389 | SS1_01099389 | Email | 2010.11.05 | Ross McLellan | Edward Pennings |
| Government | 066 | | SS1_00296608 | SS1_00296608 | Email | 2010.12.01 | Ross McLellan | Edward Pennings |
| Government | 066-1 | | SS1_00296609 | SS1_00296618 | Email Attachment | | | |
| Government | 066-2 | | SS1_00296619 | SS1_00296620 | Email Attachment | | | |
| Government | 067 | | SS1_00619425 | SS1_00619426 | Email | 2010.12.01 | Ross McLellan | Edward Pennings |
| Government | 068 | | SS1_00619427 | SS1_00619427 | Email | 2010.12.08 | Rick Boomgaardt | Edward Pennings |
| Government | 069 | | SS1_01231064 | SS1_01231066 | Email | 2010.12.09 | Ross McLellan | Edward Pennings |
| Government | 070 | | SS1_00619372 | SS1_00619372 | Email | 2010.12.09 | KB | Rick Boomgaardt |
| Government | 070-1 | | SS1_00619373 | SS1_00619410 | Email Attachment | | | |
| Government | 071 | | SS1_00411440 | SS1_00411441 | Email | 2010.12.15 | KB, CW | Edward Pennings |
| Government | 072 | | SS1_01231651 | SS1_01231652 | Email | 2010.12.15 | Ross McLellan | Edward Pennings |
| Government | 073 | | SS1_01230553 | SS1_01230555 | Email | 2010.12.15 | Ross McLellan | Edward Pennings |
| Government | 074 | | SS1_00786854 | SS1_00786858 | Email | 2010.12.16 | Ross McLellan | Edward Pennings |
| Government | Intentionally Left Blank | | | | | | | |
| Government | 076 | | SS1_00235658 | SS1_00235659 | Email | 2010.12.23 | KB | Edward Pennings |

3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Government | 077 | | | SS1_00619600 | SS1_00619603 | Email | 2010.12.23 | Rick Boomgaardt | Edward Pennings | |
| Government | 078 | | | SS1_00235708 | SS1_00235708 | Email | 2010.12.23 | Ross McLellan | Edward Pennings | |
| Government | 079 | | | SS1_00619506 | SS1_00619507 | Email | 2010.12.24 | Edward Pennings, TB | Rick Boomgaardt | |
| Government | 079-1 | | | SS1_00619508 | SS1_00619510 | Email Attachment | | | | |
| Government | 080 | | | SS1_01326547 | SS1_01326547 | Audio | 2010.12.24 | Edward Pennings | Rick Boomgaardt | |
| Government | 080-T | | | SS1_01326547 | SS1_01326547 | Transcript | 2010.12.24 | Edward Pennings | Rick Boomgaardt | |
| Government | 081 | | | SS1_00234339 | SS1_00234340 | Email | 2010.12.25 | Edward Pennings | Ross McLellan | |
| Government | 082 | | | SS1_00235015 | SS1_00235015 | Email | 2010.12.30 | Ross McLellan | Edward Pennings | |
| Government | 082-1 | | | SS1_00235016 | SS1_00235018 | Email Attachment | | | | |
| Government | 082-2 | | | SS1_00235019 | SS1_00235038 | Email Attachment | | | | |
| Government | 083 | | | SS1_00235402 | SS1_00235403 | Email | 2010.12.30 | Ross McLellan | Edward Pennings | |
| Government | 084 | | | SS1_00480258 | SS1_00480259 | Email | 2011.01.10 | CWi, RM | Rick Boomgaardt | |
| Government | 084-1 | | | SS1_00480260 | SS1_00480266 | Email Attachment | | | | |
| Government | 084-2 | | | SS1_00480267 | SS1_00480286 | Email Attachment | | | | |
| Government | 085 | | | SS1_00619503 | SS1_00619503 | Email | 2011.01.20 | CWi, PH, RM | Rick Boomgaardt | |
| Government | 085-1 | | | SS1_00619504 | SS1_00619505 | Email Attachment | | | | |
| Government | 086 | | | SS1_00656492 | SS1_00656493 | Email | 2011.01.20 | Edward Pennings | Ross McLellan | |
| Government | 087 | | | SS1_00619331 | SS1_00619331 | Email | 2011.02.03 | Edward Pennings | IM | |
| Government | 087-1 | | | SS1_00619332 | SS1_00619332 | Email Attachment | | | | |
| Government | 088 | | | SS1_00555077 | SS1_00555077 | Email | 2011.02.03 | Ross McLellan | Edward Pennings | |
| Government | 088-1 | | | SS1_00555078 | SS1_00555078 | Email Attachment | | | | |
| Government | 089 | | | SS1_00551616 | SS1_00551617 | Email | 2011.02.03 | Edward Pennings | Ross McLellan | |
| Government | 090 | | | SS1_00551404 | SS1_00551404 | Email | 2011.02.04 | Edward Pennings | HM | |
| Government | 091 | | | SS1_00556698 | SS1_00556698 | Email | 2011.02.09 | IM | Edward Pennings | |
| Government | 091-1 | | | SS1_00556699 | SS1_00556736 | Email Attachment | | | | |
| Government | 091-2 | | | SS1_00556737 | SS1_00556747 | Email Attachment | | | | |
| Government | 091-3 | | | SS1_00556748 | SS1_00556768 | Email Attachment | | | | |
| Government | 092 | | | SS1_00275559 | SS1_00275561 | Email | 2011.02.21 | Ross McLellan | Edward Pennings | |
| Government | 093 | | | SS1_00556472 | SS1_00556474 | Email | 2011.02.21 | IM | Edward Pennings | |
| Government | 094 | | | SS1_00277418 | SS1_00277419 | Email | 2011.02.23 | Edward Pennings | Ross McLellan | |
| Government | 095 | | | SS1_00277086 | SS1_00277088 | Email | 2011.02.23 | JK, KW | Ross McLellan | |
| Government | 095-1 | | | SS1_00277089 | SS1_00277089 | Email Attachment | | | | |
| Government | 096 | | | SS1_00551412 | SS1_00551412 | Email Attachment | 2011.02.24 | | | |
| Government | 097 | | | SS1_01357917 | SS1_01357918 | Email | 2011.02.24 | PW | KW | |
| Government | 098 | | | SS1_00285507 | SS1_00285509 | Email | 2011.02.24 | CC | Ross McLellan | |
| Government | 099 | | | SS1_00284560 | SS1_00284560 | Email | 2011.02.24 | Ross McLellan | Edward Pennings | |
| Government | 099-1 | | | SS1_00284561 | SS1_00284580 | Email Attachment | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Government | 099-2 | | | SS1_00284581 | SS1_00284583 | Email Attachment | 2011.02.24 | | |
| Government | 100 | | | SS1_00620563 | SS1_00620564 | Email | 2011.02.24 | SSGM-Global Transitions | PM |
| Government | 100-1 | | | SS1_00620565 | SS1_00620565 | Email Attachment | | | |
| Government | 101 | | | SS1_00226735 | SS1_00226737 | Email | 2011.02.24 | JK, BW, CB, RI, LP | KW |
| Government | 101-1 | | | SS1_00226738 | SS1_00226763 | Email Attachment | | | |
| Government | 101-2 | | | SS1_00226764 | SS1_00226779 | Email Attachment | | | |
| Government | 101-3 | | | SS1_00226780 | SS1_00226785 | Email Attachment | | | |
| Government | 101-4 | | | SS1_00226796 | SS1_00226811 | Email Attachment | | | |
| Government | 102 | | | SS1_00226658 | SS1_00226660 | Email | 2011.02.25 | NR, CF, Ross McLellan, TC | KW |
| Government | 102-1 | | | SS1_00226661 | SS1_00226686 | Email Attachment | | | |
| Government | 102-2 | | | SS1_00226687 | SS1_00226702 | Email Attachment | | | |
| Government | 102-3 | | | SS1_00226703 | SS1_00226718 | Email Attachment | | | |
| Government | 102-4 | | | SS1_00226719 | SS1_00226734 | Email Attachment | | | |
| Government | Intentionally Left Blank | | | | | | | | |
| Government | Intentionally Left Blank | | | | | | | | |
| Government | Intentionally Left Blank | | | | | | | | |
| Government | Intentionally Left Blank | | | | | | | | |
| Government | 107 | | | SS1_01325606 | SS1_01325606 | Audio | 2011.02.25 | JD | Ross McLellan |
| Government | 108 | | | SS1_00282570 | SS1_00282571 | Email | 2011.02.25 | Ross McLellan | JD |
| Government | 109 | | | SS1_00620418 | SS1_00620419 | Email | 2011.02.28 | DJ | RP |
| Government | 109-1 | | | SS1_00620420 | SS1_00620421 | Email Attachment | | | |
| Government | 110 | | | SS1_00275242 | SS1_00275246 | Email | 2011.03.01 | PW, Ross McLellan | KW |
| Government | 111 | | | SS1_00276952 | SS1_00276953 | Email | 2011.03.02 | KW, PW | Ross McLellan |
| Government | 112 | | | SS1_00275032 | SS1_00275033 | Email | 2011.03.02 | PW, Ross McLellan | KW |
| Government | 113 | | | SS1_00273363 | SS1_00273364 | Email | 2011.03.02 | TC, Ross McLellan, GS, PW, KW | TM |
| Government | 114 | | | SS1_01357804 | SS1_01357805 | Email | 2011.03.02 | KMi | KM |
| Government | 115 | | | SS1_01358059 | SS1_01358060 | Email | 2011.03.02 | KMi, JG, SD | KM |
| Government | 115-1 | | | SS1_01358061 | SS1_01358061 | Email Attachment | | | |
| Government | 115-2 | | | SS1_01358062 | SS1_01358082 | Email Attachment | | | |
| Government | 116 | | | SS1_01358052 | SS1_01358052 | Audio | 2011.03.02 | TC, PW, GS, Ross McLellan, KW | n/a |
| Government | 116-T | | | SS1_01358052 | SS1_01358052 | Transcript | 2011.03.02 | TC, PW, GS, Ross McLellan, KW | n/a |
| Government | 117 | | | SS1_00284238 | SS1_00284238 | Email | 2011.03.04 | CB | KW |
| Government | 118 | | | SS1_01300137 | SS1_01300141 | Email Attachment | 2011.03.04 | | |
| Government | 119 | | | AXAStateStreetEmail33769 | AXAStateStreetEmail33770 | Email | 2011.03.07 | CB, JG | KM |
| Government | 119-1 | | | AXAStateStreetEmail33771 | AXAStateStreetEmail33786 | Email Attachment | | | |
| Government | 119-2 | | | AXAStateStreetEmail33787 | AXAStateStreetEmail33802 | Email Attachment | | | |
| Government | 120 | | | SS1_00280816 | SS1_00280816 | Email | 2011.03.07 | Ross McLellan | KM |

5

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Government | 121 | | | AXAStateStreetEmail33812 | AXAStateStreetEmail33813 | Email | 2011.03.07 | KM, CB, JG | KM |
| Government | 121-1 | | | AXAStateStreetEmail33814 | AXAStateStreetEmail33815 | Email Attachment | | | |
| Government | 121-2 | | | AXAStateStreetEmail33816 | AXAStateStreetEmail33831 | Email Attachment | | | |
| Government | 122 | | | SS1_01357902 | SS1_01357903 | Email | 2011.03.07 | KM, SF, TC, JDJ, TB | GS |
| Government | 122-1 | | | SS1_01357904 | SS1_01357904 | Email Attachment | | | |
| Government | 122-2 | | | SS1_01357905 | SS1_01357906 | Email Attachment | | | |
| Government | 122-3 | | | SS1_01357907 | SS1_01357907 | Email Attachment | | | |
| Government | 122-4 | | | SS1_01357908 | SS1_01357908 | Email Attachment | | | |
| Government | 123 | | | SS1_01325381 | SS1_01325381 | Audio | 2011.03.08 | TC | Ross McLellan |
| Government | 123-T | | | SS1_01325381 | SS1_01325381 | Transcript | 2011.03.08 | TC | Ross McLellan |
| Government | 124 | | | SS1_00620318 | SS1_00620318 | Email | 2011.03.09 | HB, BG, AW | CW |
| Government | 124-1 | | | SS1_00620319 | SS1_00620340 | Email Attachment | | | |
| Government | 124-2 | | | SS1_00620341 | SS1_00620341 | Email Attachment | | | |
| Government | 125 | | | SS1_00279193 | SS1_00279193 | Email | 2011.03.11 | Ross McLellan | KM |
| Government | 126 | | | SS1_00619265 | SS1_00619266 | Email | 2011.03.15 | Ross McLellan | Edward Pennings |
| Government | 127 | | | SS1_00256481 | SS1_00256482 | Email | 2011.03.21 | SSGM-Global Transitions | SV |
| Government | 128 | | | SS1_01332842 | SS1_01332842 | Audio | 2011.03.21 | Rick Boomgaardt | Edward Pennings |
| Government | 128-T | | | SS1_01332842 | SS1_01332842 | Transcript | 2011.03.21 | Rick Boomgaardt | Edward Pennings |
| Government | 129 | | | SS1_01325607 | SS1_01325607 | Audio | 2011.03.22 | SF | Ross McLellan |
| Government | 129-T | | | SS1_01325607 | SS1_01325607 | Transcript | 2011.03.22 | SF | Ross McLellan |
| Government | 130 | | | SS1_00473450 | SS1_00473451 | Email | 2011.03.22 | SV | SF |
| Government | 130-1 | | | SS1_00473452 | SS1_00473452 | Email Attachment | | | |
| Government | 131 | | | SS1_01325628 | SS1_01325628 | Audio | 2011.03.22 | SF | Ross McLellan |
| Government | 131-T | | | SS1_01325628 | SS1_01325628 | Transcript | 2011.03.22 | SF | Ross McLellan |
| Government | 132 | | | SS1_01333951 | SS1_01333951 | Audio | 2011.03.23 | Edward Pennings | Rick Boomgaardt |
| Government | 132-T | | | SS1_01333951 | SS1_01333951 | Transcript | 2011.03.23 | Edward Pennings | Rick Boomgaardt |
| Government | 133 | | | SS1_01325516 | SS1_01325516 | Audio | 2011.03.23 | SF | Ross McLellan |
| Government | 133-T | | | SS1_01325516 | SS1_01325516 | Transcript | 2011.03.23 | SF | Ross McLellan |
| Government | 134 | | | SS1_00972138 | SS1_00972138 | Email | 2011.03.24 | IH, IB, Rick Boomgaardt, DH, GM | IB |
| Government | 134-1 | | | SS1_00972139 | SS1_00972139 | Email Attachment | | | |
| Government | 135 | | | SS1_01136638 | SS1_01136638 | Email | 2011.03.25 | SV | SF |
| Government | 135-1 | | | SS1_01136639 | SS1_01136639 | Email Attachment | | | |
| Government | 136 | | | SS1_00474890 | SS1_00474891 | Email | 2011.03.28 | CC | Edward Pennings |
| Government | 137 | | | SS1_00620775 | SS1_00620775 | Email Attachment | 2011.03.28 | | |
| Government | 138 | | | SS1_01194739 | SS1_01194739 | Email | 2011.03.29 | KB, MMC, ML | SV |
| Government | 138-1 | | | SS1_01194740 | SS1_01194820 | Email Attachment | | | |
| Government | 139 | | | SS1_00475150 | SS1_00475151 | Email | 2011.04.04 | Ross McLellan | Edward Pennings |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Government | 140 | | | SS1_00755602 | SS1_00755602 | Email | 2011.04.04 | Ross McLellan, KMi, KW | KM | |
| Government | 141 | | | SS1_01357780 | SS1_01357781 | Email | 2011.04.04 | KW, PW | KM | |
| Government | 142 | | | SS1_00474562 | SS1_00474562 | Email | 2011.04.05 | Ross McLellan | Edward Pennings | |
| Government | 143 | | | SS1_01358024 | SS1_01358024 | Email | 2011.04.06 | CB, BW, JK | KM | |
| Government | 143-1 | | | SS1_01358026 | SS1_01358031 | Email Attachment | | | | |
| Government | 143-2 | | | SS1_01358033 | SS1_01358034 | Email Attachment | | | | |
| Government | 143-3 | | | SS1_01358036 | SS1_01358037 | Email Attachment | | | | |
| Government | 143-4 | | | SS1_01358039 | SS1_01358040 | Email Attachment | | | | |
| Government | 143-5 | | | SS1_01358042 | SS1_01358049 | Email Attachment | | | | |
| Government | 144 | | | SS1_00212338 | SS1_00212339 | Email | 2011.04.06 | JD, TB, WC | Ross McLellan | |
| Government | 145 | | | SS1_00621073 | SS1_00621074 | Email | 2011.04.06 | SSGM-Global Transitions | MMa | |
| Government | 145-1 | | | SS1_00621075 | SS1_00621075 | Email Attachment | | | | |
| Government | 146 | | | SS1_00755554 | SS1_00755554 | Email | 2011.04.07 | Ross McLellan | Edward Pennings | |
| Government | 147 | | | SS1_01195331 | SS1_01195333 | Email | 2011.04.11 | Rick Boomgaardt, AB, BGr, CN, AW | CW | |
| Government | 147-1 | | | SS1_01195334 | SS1_01195336 | Email Attachment | | | | |
| Government | 148 | | | SS1_01194993 | SS1_01194993 | Email | 2011.04.14 | IM | Rick Boomgaardt | |
| Government | 148-1 | | | SS1_01194994 | SS1_01195019 | Email Attachment | | | | |
| Government | 149 | | | SS1_00011232 | SS1_00011239 | Email Attachment | 2011.04.15 | | | |
| Government | 150 | | | SS1_00270255 | SS1_00270256 | Email | 2011.04.18 | Rick Boomgaardt, AW | CW | |
| Government | 151 | | | SS1_00825635 | SS1_00825649 | Email Attachment | 2011.04.21 | | | |
| Government | 152 | | | SS1_00316731 | SS1_00316731 | Email | 2011.04.21 | CW, Rick Boomgaardt, PM | Edward Pennings | |
| Government | 153 | | | SS1_01357796 | SS1_01357796 | Email | 2011.04.25 | CC, KMi | KM | |
| Government | 154 | | | SS1_00452064 | SS1_00452065 | Email | 2011.04.26 | Edward Pennings | IH | |
| Government | 155 | | | SS1_00620826 | SS1_00620827 | Email | 2011.05.09 | Ross McLellan | Rick Boomgaardt | |
| Government | 156 | | | SS1_00620378 | SS1_00620397 | Email Attachment | 2011.05.27 | | | |
| Government | 157 | | | SS1_00620411 | SS1_00620417 | Email Attachment | 2011.05.27 | | | |
| Government | 158 | | | SS1_00620847 | SS1_00620847 | Email | 2011.06.03 | CN | CW | |
| Government | 158-1 | | | SS1_00620848 | SS1_00620848 | Email Attachment | | | | |
| Government | 159 | | | SS1_00670374 | SS1_00670375 | Email | 2011.06.14 | DF, EC, ER | Ross McLellan | |
| Government | 160 | | | SS1_01169031 | SS1_01169032 | Email | 2011.06.21 | IM | Edward Pennings | |
| Government | 161 | | | SS1_00619862 | SS1_00619862 | Email | 2011.06.21 | Ross McLellan | Edward Pennings | |
| Government | 162 | | | SS1_00619624 | SS1_00619624 | Email | 2011.06.21 | CC | Ross McLellan | |
| Government | 163 | | | SS1_00619856 | SS1_00619856 | Email | 2011.06.21 | Ross McLellan | Edward Pennings | |
| Government | 164 | | | SS1_00680278 | SS1_00680279 | Email | 2011.06.22 | Edward Pennings | Ross McLellan | |
| Government | 165 | | | SS1_00619861 | SS1_00619861 | Email | 2011.06.22 | Ross McLellan | Edward Pennings | |
| Government | 166 | | | SS1_01156531 | SS1_01156531 | Email | 2011.06.22 | Edward Pennings | Ross McLellan | |
| Government | 167 | | | SS1_00619824 | SS1_00619825 | Email | 2011.06.22 | Edward Pennings | Ross McLellan | |

7

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Government | 168 | | | SS1_01169456 | SS1_01169456 | Email | 2011.06.22 | IM | Edward Pennings | |
| Government | 169 | | | SS1_00684328 | SS1_00684329 | Email | 2011.06.23 | Edward Pennings | Ross McLellan | |
| Government | 170 | | | SS1_00780640 | SS1_00780641 | Email | 2011.06.24 | Rick Boomgaardt, CW | KB | |
| Government | 170-1 | | | SS1_00780642 | SS1_00780828 | Email Attachment | | | | |
| Government | 171 | | | SS1_00619626 | SS1_00619629 | Email | 2011.06.27 | CM, Edward Pennings | Ross McLellan | |
| Government | 172 | | | SS1_00114234 | SS1_00114234 | Email | 2011.07.05 | IM | Rick Boomgaardt | |
| Government | 172-1 | | | SS1_00114235 | SS1_00114262 | Email Attachment | | | | |
| Government | 173 | | | SS1_01132900 | SS1_01132901 | Email | 2011.07.05 | IM | Rick Boomgaardt | |
| Government | 174 | | | USDOJ-SS-01209 | USDOJ-SS-01211 | File | 2011.07.08 | | | |
| Government | 175 | | | SS1_00572875 | SS1_00572875 | Email | 2011.08.02 | Ross McLellan | CC | |
| Government | 176 | | | SS1_01368331 | SS1_01368333 | Email | 2011.08.02 | Ross McLellan | CC | |
| Government | 177 | | | SS1_00863858 | SS1_00863860 | Email | 2011.08.11 | Rick Boomgaardt, IM | GD | |
| Government | 178 | | | SS1_01226525 | SS1_01226525 | Email | 2011.08.22 | Ross McLellan | Edward Pennings | |
| Government | 178-1 | | | SS1_01226526 | SS1_01226526 | Email Attachment | | | | |
| Government | 179 | | | SS1_00618941 | SS1_00618943 | Email | 2011.08.22 | Ross McLellan | Edward Pennings | |
| Government | 180 | | | SS1_00811251 | SS1_00811251 | Email | 2011.08.22 | Rick Boomgaardt, Edward Pennings | Ross McLellan | |
| Government | 181 | | | SS1_00810455 | SS1_00810455 | Email | 2011.08.23 | MH | Ross McLellan | |
| Government | 181-1 | | | SS1_00810456 | SS1_00810456 | Email Attachment | | | | |
| Government | 182 | | | SS1_00619863 | SS1_00619863 | Email | 2011.08.23 | Edward Pennings | MLe | |
| Government | 182-1 | | | SS1_00619864 | SS1_00619864 | Email Attachment | | | | |
| Government | 183 | | | SS1_01225035 | SS1_01225035 | Email | 2011.08.23 | MLe | Edward Pennings | |
| Government | 183-1 | | | SS1_01225036 | SS1_01225050 | Email Attachment | | | | |
| Government | 184 | | | SS1_01329627 | SS1_01329627 | Audio | 2011.08.24 | Rick Boomgaardt | Edward Pennings | |
| Government | 184-T | | | SS1_01329627 | SS1_01329627 | Transcript | 2011.08.24 | Rick Boomgaardt | Edward Pennings | |
| Government | 185 | | | SS1_00618958 | SS1_00618960 | Email | 2011.08.24 | Rick Boomgaardt, TC, Edward Pennings | MH | |
| Government | 185-1 | | | SS1_00618961 | SS1_00618961 | Email Attachment | | | | |
| Government | 186 | | | SS1_00810931 | SS1_00810934 | Email | 2011.08.24 | Rick Boomgaardt, TC, MH, Edward Pennings | Ross McLellan | |
| Government | 187 | | | SS1_00618946 | SS1_00618949 | Email | 2011.08.24 | Ross McLellan | Edward Pennings | |
| Government | 188 | | | SS1_00618996 | SS1_00618999 | Email | 2011.08.25 | Rick Boomgaardt | Ross McLellan | |
| Government | 188-1 | | | SS1_00619000 | SS1_00619001 | Email Attachment | | | | |
| Government | 189 | | | SS1_00118393 | SS1_00118396 | Email | 2011.08.26 | MB | Ross McLellan | |
| Government | 190 | | | SS1_00810417 | SS1_00810417 | Email | 2011.08.26 | DP | Ross McLellan | |
| Government | 191 | | | SS1_01329614 | SS1_01329614 | Audio | 2011.08.26 | Rick Boomgaardt | Ross McLellan | |
| Government | 191-T | | | SS1_01329614 | SS1_01329614 | Transcript | 2011.08.26 | Rick Boomgaardt | Ross McLellan | |
| Government | 192 | | | SS1_00618995 | SS1_00618995 | Email | 2011.08.26 | MB | Ross McLellan | |
| Government | 193 | | | SS1_01325887 | SS1_01325887 | Audio | 2011.08.26 | Rick Boomgaardt | Ross McLellan | |
| Government | 193-T | | | SS1_01325887 | SS1_01325887 | Transcript | 2011.08.26 | Rick Boomgaardt | Ross McLellan | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Government | 194 | | | SS1_01125875 | SS1_01125877 | Email | 2011.08.26 | Rick Boomgaardt, TC, Edward Pennings | MH | |
| Government | 195 | | | SS1_01341615 | SS1_01341615 | Audio | 2011.08.26 | Rick Boomgaardt | Ross McLellan | |
| Government | 195-T | | | SS1_01341615 | SS1_01341615 | Transcript | 2011.08.26 | Rick Boomgaardt | Ross McLellan | |
| Government | 196 | | | SS1_01341616 | SS1_01341616 | Audio | 2011.08.26 | Rick Boomgaardt | Ross McLellan, Edward Pennings | |
| Government | 196-T | | | SS1_01341616 | SS1_01341616 | Transcript | 2011.08.26 | Rick Boomgaardt | Ross McLellan, Edward Pennings | |
| Government | 197 | | | SS1_01342050 | SS1_01342050 | Audio | 2011.08.30 | Rick Boomgaardt | Ross McLellan | |
| Government | 197-T | | | SS1_01342050 | SS1_01342050 | Transcript | 2011.08.30 | Rick Boomgaardt | Ross McLellan | |
| Government | 198 | | | SS1_00302761 | SS1_00302763 | Email | 2011.09.08 | Rick Boomgaardt | GD | |
| Government | 199 | | | SS1_00303357 | SS1_00303358 | Email | 2011.09.13 | MLe, AS | Edward Pennings | |
| Government | 200 | | | SS1_00303354 | SS1_00303356 | Email | 2011.09.14 | MLe | Edward Pennings | |
| Government | 201 | | | USDOJ-SS-00001 | USDOJ-SS-00011 | File | 2016.03.30 | | | |
| Government | 202 | | | n/a | n/a | File | 2017.01.17 | | | |
| Government | 203 | | | USDOJ-SS-01430 | USDOJ-SS-01438 | File | 2017.05.31 | | | |
| Government | 204 | | | USDOJ-SS-01424 | USDOJ-SS-01429 | File | 2017.06.28 | | | |
| Government | 205 | | | AXA SSB-000022 | AXA SSB-000091 | File | 2018.03.23 | | | |
| Government | 206 | | | SS1_00277946 | SS1_00277946 | Email | 2011.03.04 | SSGM_FITS, NA_SSGM_PortfolioOperactions, SSBTM - SSGA | KM | |
| Government | 206-1 | | | SS1_00277947 | SS1_00277947 | Email Attachment | | | | |
| Government | 206-2 | | | SS1_00277948 | SS1_00277948 | Email Attachment | | | | |
| Government | 206-3 | | | SS1_00277949 | SS1_00277949 | Email Attachment | | | | |
| Government | 206-4 | | | SS1_01325606 | SS1_01325606 | Transcript | | JD | Ross McLellan | |
| Government | 207 | | | AXA EQUITABLE000088 | AXA EQUITABLE000092 | File | 2011.04.05 | | | |
| Government | 208 | | | AXAStateStreetEmail33763 | AXAStateStreetEmail33763 | Email | 2011.03.04 | JP, JK, BW, DS, MBe, RG | CB | |