UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-10094-LTS |
| ) | |
| ROSS MCLELLAN, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S WITNESS LIST

The United States respectfully submits the following list of potential witnesses to the Court in advance of the June 4, 2018 trial. The government reserves the right to supplement this list with reasonable notice to the defendant, or to call additional rebuttal witnesses not identified here.

Respectfully submitted,

SANDRA MOSER                          ANDREW E. LELLING
Acting Chief, Fraud Section           United States Attorney
Criminal Division

By:  /s/ William E. Johnston          By: /s/ Stephen E. Frank
     WILLIAM E. JOHNSTON                  STEPHEN E. FRANK
     Trial Attorney                       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on May 28, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Stephen E. Frank
STEPHEN E. FRANK

| CASE NAME: UNITED STATES OF AMERICA V. ROSS MCLELLAN | AS OF: May 28, 2018 |
|---|---|

**CRIMINAL CASE NO. 16-10094-LTS**

**GOVERNMENT'S WITNESS LIST**

CASE IN CHIEF WITNESSES

| WITNESSES | LOCATION |
|---|---|
| Boomgaardt, Richard | Sevenoaks, England |
| Buckley, Killian | Dublin, Ireland |
| Clemmenson, Thomas | Hartford, CT |
| Dionisio, Joseph | Boston, MA |
| Dixon, Graham | London, England |
| Finocchi, Stephen | Boston, MA |
| Ghiozzi, Greg T. | United States Postal Inspection Service, White Plains, NY |
| Haerden, Roul | Amsterdam, Netherlands |
| Johnson, Dean | London, England |
| Kelly, James | New York, NY |
| McGillicuddy, Michael J. | Federal Bureau of Investigation, Washington, DC |
| McKnight, Ian | London, England |
| Minahan, John | Boston, MA |
| Morris, Kristen | Boston, MA |
| O'Callaghan, Eugene | Dublin, Ireland |
| Pennings, Edward | Cobham, England |
| Shaw, Scott | Boston, MA |
| Trombly, Garett | Federal Bureau of Investigation, Boston |
| Walsh, Brian | New York, NY |
| Keeper of Records for State Street Corp. | |