UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-10094-LTS |
| ) | |
| ROSS MCLELLAN, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S CORRECTED WITNESS LIST

The United States respectfully submits the following corrected list of potential witnesses to the Court in advance of the June 4, 2018 trial. The government reserves the right to supplement this list with reasonable notice to the defendant, or to call additional rebuttal witnesses not identified here.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | ANDREW E. LELLING |
| Acting Chief, Fraud Section | United States Attorney |
| Criminal Division | |
| | |
| By: */s/ William E. Johnston* | By: */s/ Stephen E. Frank* |
| WILLIAM E. JOHNSTON | STEPHEN E. FRANK |
| Trial Attorney | Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

I certify that on May 28, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *Stephen E. Frank*
STEPHEN E. FRANK

| CASE NAME: UNITED STATES OF AMERICA V. ROSS MCLELLAN | AS OF: May 28, 2018 |
|---|---|
| **CRIMINAL CASE NO. 16-10094-LTS** | |
| **GOVERNMENT'S WITNESS LIST** | |

CASE IN CHIEF WITNESSES

| WITNESSES | LOCATION |
|---|---|
| Boomgaardt, Richard | Sevenoaks, England |
| Buckley, Killian | Dublin, Ireland |
| Clemmenson, Thomas | Hartford, CT |
| Dionisio, Joseph | Boston, MA |
| Dixon, Graham | London, England |
| Finocchi, Stephen | Boston, MA |
| Ghiozzi, Greg T. | United States Postal Inspection Service, White Plains, NY |
| Haerden, Roul | Amsterdam, Netherlands |
| Joenk, Steven | New York, NY |
| Johnson, Dean | London, England |
| Kelly, James | New York, NY |
| McGillicuddy, Michael J. | Federal Bureau of Investigation, Washington, DC |
| McKnight, Ian | London, England |
| Minahan, John | Boston, MA |
| Morris, Kristen | Boston, MA |
| O'Callaghan, Eugene | Dublin, Ireland |
| Paolo, Joseph | New York, NY |
| Pennings, Edward | Cobham, England |
| Shaw, Scott | Boston, MA |
| Trombly, Garett | Federal Bureau of Investigation, Boston |
| Walsh, Brian | New York, NY |
| Keeper of Records for State Street Corp. | |