# Exhibit A

State Street Bank and Trust Company
UNITED STATES v. Ross McLellan, Case No. 16-cr-10094-LTS
Revised Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Priv. No | Control # Start | Date | From | To | CC | Basis for Withholding | Privilege Description |
|---|---|---|---|---|---|---|---|
| 1 | 94326622 | 9/22/2017 10:11:22 AM | Bonn, Nick | Tapparo, Susan M | Miller, Kevin A; Trabucco, Mark R; Carangelo, Eric; McKay, Melissa A.* | Attorney-Client | Email providing information for the purpose of obtaining legal advice from M. McKay* and N. Chaney* regarding response to ▓ inquiry into March 2011 transition |
| 2 | 94326625 | 9/19/2017 4:12:33 PM | Bonn, Nick | Miller, Kevin A | | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding ▓ transition response to ▓ inquiry into March 2011 transition |
| 3 | 94712435 | 9/21/2017 1:29:40 PM | Chaney, Nathan* | McKay, Melissa A.*; Miller, Kevin A; Tapparo, Susan M; Bonn, Nick; Trabucco, Mark R | Carangelo, Eric; Chaney, Nathan* | Attorney-Client | Email chain reflecting legal advice of M. McKay* and N. Chaney* regarding response to ▓ inquiry into March 2011 transition |
| 4 | 94712438 | 9/21/2017 1:30:59 PM | Tapparo, Susan M | Chaney, Nathan*; McKay, Melissa A.*; Miller, Kevin A; Bonn, Nick; Trabucco, Mark R | Carangelo, Eric | Attorney-Client | Email chain reflecting legal advice of M. McKay* and N. Chaney* regarding response to ▓ inquiry into March 2011 transition |
| 5 | 94712441 | 9/21/2017 10:18:11 PM | Tapparo, Susan M | Miller, Kevin A; Bonn, Nick; Trabucco, Mark R | Carangelo, Eric; McKay, Melissa A.*; Tapparo, Susan M | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 6 | 94712444 | 9/21/2017 10:17:58 PM | | | | Attorney-Client | Spreadsheet providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 7 | 94712945 | 9/21/2017 10:18:01 PM | | | | Attorney-Client | Spreadsheet providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 8 | 95208725 | 9/15/2017 9:00:46 PM | McKay, Melissa A.* | Miller, Kevin A; Tapparo, Susan M; Bonn, Nick; Trabucco, Mark R | Carangelo, Eric; Chaney, Nathan* | Attorney-Client | Email chain reflecting legal advice of M. McKay* and N. Chaney* regarding response to ▓ inquiry into March 2011 transition |
| 9 | 95208727 | 9/19/2017 4:18:09 PM | Miller, Kevin A | Bonn, Nick | | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 10 | 95208729 | 9/19/2017 3:56:38 PM | Miller, Kevin A | Tapparo, Susan M; Bonn, Nick; Trabucco, Mark R | Carangelo, Eric; McKay, Melissa A.* | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |

* Denotes Attorney Name

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Revised Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Priv. No | Control # Start | Date | From | To | CC | Basis for Withholding | Privilege Description |
|---|---|---|---|---|---|---|---|
| 11 | 95208731 | 9/19/2017 2:48:15 PM | Tapparo, Susan M | Bonn, Nick; Trabucco, Mark R | Carangelo, Eric; Miller, Kevin A; McKay, Melissa A.*; Tapparo, Susan M | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 12 | 95208737 | 9/15/2017 5:39:59 PM | McKay, Melissa A.* | Bonn, Nick; Tapparo, Susan M; Trabucco, Mark R | Carangelo, Eric; Miller, Kevin A; Chaney, Nathan* | Attorney-Client | Email chain rendering legal advice of M. McKay* response to ▓ inquiry into March 2011 transition |
| 13 | 95208738 | 9/15/2017 5:39:39 PM | Tapparo, Susan M | Bonn, Nick; Trabucco, Mark R | Carangelo, Eric; Miller, Kevin A; McKay, Melissa A.* | Attorney-Client | Email chain requesting information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 14 | 96617637 | 3/1/2011 6:02:38 PM | Isberg, Renee | Corwin, Kelly; Dial, Lance*; Brunell, Michael; Coyle, Steve; Waters, Patrick; Famiglietti, Taylor | Forsgard, James; Baker, Christopher; Malatos, Ann; Hazzard, Jessica | Attorney-Client | Email reflecting request for legal advice from L. Dial* regarding updating Letter of Direction for March 2011 ▓ transition |
| 15 | 96622018 | 3/1/2011 6:54:43 PM | Isberg, Renee | Isberg, Renee; Corwin, Kelly; Dial, Lance*; Brunell, Michael; Coyle, Steve; Waters, Patrick; Famiglietti, Taylor | Forsgard, James; Baker, Christopher; Malatos, Ann; Hazzard, Jessica; Grillo, Sydney | Attorney-Client | Email chain requesting legal advice from L. Dial* regarding updating Letter of Direction for March 2011 ▓ transition |
| 16 | 96622019 | 3/3/2011 3:58:40 PM | Isberg, Renee | Waters, Patrick | | Attorney-Client | Email chain discussing legal advice of L. Dial* regarding 17(e)-1 transactions in ▓ transition |
| 17 | 96622041 | 3/2/2011 3:10:02 PM | Isberg, Renee | Dial, Lance* | Waters, Patrick; Famiglietti, Taylor | Attorney-Client | Email requesting and rendering legal advice of L. Dial* regarding Letter of Direction for March 2011 ▓ transition |
| 18 | 96800075 | 3/1/2011 10:39:05 PM | Dial, Lance* | Isberg, Renee | Coyle, Steve; Corwin, Kelly; Brunell, Michael; Waters, Patrick | Attorney-Client | Email rendering legal advice of L. Dial* regarding 17(e)-1 compliance for March 2011 ▓ transition |
| 19 | 96800077 | 2/28/2011 3:28:10 PM | Isberg, Renee | Coyle, Steve | | Attorney-Client | Email discussing request for legal advice from L.Dial* regarding March 2011 ▓ transition |
| 20 | 96800650 | 2/18/2011 9:09:25 PM | Isberg, Renee | Dial, Lance* | Coyle, Steve; Waters, Patrick | Attorney-Client | Email reflecting request for legal advice from L. Dial* regarding transition manager for March 2011 ▓ transition |

* Denotes Attorney Name

State Street Bank and Trust Company
UNITED STATES v. Ross McLellan, Case No. 16-cr-10094-LTS
Revised Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Priv. No | Control # Start | Date | From | To | CC | Basis for Withholding | Privilege Description |
|---|---|---|---|---|---|---|---|
| 21 | 96801171 | 3/3/2011 3:43:57 PM | Waters, Patrick | Isberg, Renee | | Attorney-Client | Email chain discussing legal advice of L. Dial* regarding 17(e)-1 transactions in March 2011 ▮ transition |
| 22 | 96806196 | 3/1/2011 11:41:45 PM | Corwin, Kelly | Dial, Lance*; Isberg, Renee | Coyle, Steve; Brunell, Michael; Waters, Patrick; Hazzard, Jessica; Famiglietti, Taylor | Attorney-Client | Email chain rendering legal advice of L. Dial* regarding 17(e)-1 compliance for March 2011 ▮ transition |
| 23 | 96806435 | 3/2/2011 3:11:19 PM | Dial, Lance* | Isberg, Renee | Waters, Patrick; Famiglietti, Taylor | Attorney-Client | Email requesting and rendering legal advice of L. Dial* regarding Letter of Direction for March 2011 ▮ transition |
| 24 | 98012377 | 2/25/2011 5:04:56 PM | Famiglietti, Taylor | Dial, Lance*; Isberg, Renee; Hevehan, Paul; Hazzard, Jessica; Brunell, Michael; Baker, Christopher; Johnson, Keith P | Waters, Patrick; Coyle, Steve | Attorney-Client | Email requesting legal advice from L. Dial* regarding Letter of Direction for ▮ |
| 25 | 98012381 | 2/25/2011 12:04:00 PM | | | | Attorney-Client | Draft letter of direction in connection with seeking legal advice from L. Dial* regarding ▮ |
| 26 | 99312351 | 2/7/2011 6:02:52 PM | Coyle, Steve | Dial, Lance* | | Attorney-Client | Email requesting and rendering legal advice of L. Dial* regarding ▮ conference call |
| 27 | 99316491 | 2/18/2011 9:01:48 PM | Grillo, Sydney | Dial, Lance* | | Attorney-Client | Email requesting legal advice from L. Dial* regarding ▮ transaction |
| 28 | 99319802 | 2/7/2011 2:07:34 PM | Coyle, Steve | Dial, Lance* | | Attorney-Client | Email requesting legal advice from L. Dial* regarding ▮ request |
| 29 | 100012106 | 9/22/2017 8:22:16 PM | Miller, Kevin A | Walling III, Roy; Trabucco, Mark R; Tapparo, Susan M; Carangelo, Eric | Bonn, Nick | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▮ inquiry into March 2011 transition |
| 30 | 100504520 | 3/1/2011 6:04:19 PM | Baker, Christopher | Dial, Lance* | Forsgard, James | Attorney-Client | Email requesting legal advice from L. Dial* regarding 17(e)-1 and transition manager for March 2011 ▮ transition |

* Denotes Attorney Name

State Street Bank and Trust Company
UNITED STATES v. Ross McLellan, Case No. 16-cr-10094-LTS
Revised Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Priv. No | Control # Start | Date | From | To | CC | Basis for Withholding | Privilege Description |
|---|---|---|---|---|---|---|---|
| 31 | 101017790 | 9/26/2017 10:34:55 PM | Walling III, Roy | Miller, Kevin A; Trabucco, Mark R; Tapparo, Susan M; Carangelo, Eric; Griffiths, Michelle | | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 32 | 101017794 | 9/26/2017 10:29:58 PM | | | | Attorney-Client | Document providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 33 | 101700697 | 9/15/2017 5:37:47 PM | Bonn, Nick | Tapparo, Susan M; Trabucco, Mark R | Carangelo, Eric; Miller, Kevin A; McKay, Melissa A.* | Attorney-Client | Email requesting information for the purpose of rendering legal advice of M. McKay regarding response to ▓ inquiry into March 2011 transition |
| 34 | 101716956 | 9/15/2017 6:33:15 PM | Carangelo, Eric | Portfolio Solutions-Onboarding-NA | Miller, Kevin A | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 35 | 102508416 | 9/19/2017 3:56:38 PM | Miller, Kevin A | Tapparo, Susan M; Bonn, Nick; Trabucco, Mark R | Carangelo, Eric; McKay, Melissa A.* | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 36 | 102508423 | 9/19/2017 11:45:27 AM | Miller, Kevin A | Tapparo, Susan M | | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 37 | 103639456 | 9/19/2017 4:18:09 PM | Miller, Kevin A | Bonn, Nick | | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 38 | 103639458 | 9/22/2017 8:22:16 PM | Miller, Kevin A | Walling III, Roy; Trabucco, Mark R; Tapparo, Susan M; Carangelo, Eric | Bonn, Nick | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 39 | 103639476 | 9/19/2017 5:05:57 PM | Miller, Kevin A | Carangelo, Eric; Portfolio Solutions-Onboarding-NA | | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |
| 40 | 110247606 | 9/25/2017 9:09:50 PM | Walling III, Roy | Trabucco, Mark R; Tapparo, Susan M | Miller, Kevin A; Bonn, Nick; Carangelo, Eric | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▓ inquiry into March 2011 transition |

* Denotes Attorney Name

State Street Bank and Trust Company
UNITED STATES v. Ross McLellan, Case No. 16-cr-10094-LTS
Revised Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Priv. No | Control # Start | Date | From | To | CC | Basis for Withholding | Privilege Description |
|---|---|---|---|---|---|---|---|
| 41 | 110247609 | 9/25/2017 9:11:03 PM | Walling III, Roy | Trabucco, Mark R | | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding ▇ transition |
| 42 | 110247612 | 9/26/2017 10:34:55 PM | Walling III, Roy | Miller, Kevin A; Trabucco, Mark R; Tapparo, Susan M; Carangelo, Eric; Griffiths, Michelle | | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 43 | 110247616 | 9/26/2017 10:29:58 PM | | | | Attorney-Client | Document providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 44 | 110247982 | 9/22/2017 7:49:00 PM | Walling III, Roy | Trabucco, Mark R; Tapparo, Susan M; Miller, Kevin A; Carangelo, Eric | Bonn, Nick | Attorney-Client | Email chain providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 45 | 110521774 | 9/25/2017 9:11:03 PM | Walling III, Roy | Trabucco, Mark R | | Attorney-Client | Email chain reflecting request for information for the purpose of rendering legal advice of M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 46 | 110684499 | 9/21/2017 1:33:34 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Email chain requesting information for the purpose of rendering legal advice of M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 47 | 110684502 | 9/22/2017 12:10:43 PM | Trabucco, Mark R | Tapparo, Susan M; Walling, Roy III | Miller, Kevin A; Bonn, Nick; Carangelo, Eric | Attorney-Client | Email chain requesting information for the purpose of rendering legal advice of M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 48 | 110684505 | 9/21/2017 10:17:58 PM | | | | Attorney-Client | Spreadsheet providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 49 | 110685006 | 9/21/2017 10:18:01 PM | | | | Attorney-Client | Spreadsheet providing information for the purpose of obtaining legal advice from M. McKay* regarding response to ▇ inquiry into March 2011 transition |
| 50 | 110846698 | 9/21/2017 1:33:34 PM | Trabucco, Mark R | Walling, Roy III | | Attorney-Client | Email chain requesting information for the purpose of rendering legal advice of M. McKay regarding response to ▇ inquiry into March 2011 transition |

* Denotes Attorney Name

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Revised Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Priv. No | Control # Start | Date | From | To | CC | Basis for Withholding | Privilege Description |
|---|---|---|---|---|---|---|---|
| 51 | 111163414 | 9/21/2017 1:33:34 PM | Trabucco, Mark R | Walling, Roy III | | Attorney-Client | Email chain requesting information for the purpose of rendering legal advice of M. McKay* regarding response to ▇▇▇ inquiry into March 2011 transition |

**\* Denotes Attorney Name**          **Confidential – Subject to Protective Order**          **SS3_000060557**

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Redaction Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Privilege Number | Bates No. Begin | Bates No. End | File Name/Subject | Date Modified/Sent | From | To | CC | Basis for Redaction | Description of Privileged Information |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SS3_58650 | SS3_58651 | RE: ▇ 2011 Fixed Income Trade | 9/15/2017 8:50:22 PM | Miller, Kevin A | Tapparo, Susan M;Bonn, Nick;Trabucco, Mark R | Carangelo, Eric;Mckay, Melissa A | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 2 | SS3_58652 | SS3_58654 | Download.pdf | 9/15/2017 8:48:32 PM | | | | | Produced attachment to redacted document |
| 3 | SS3_58655 | SS3_58656 | RE: ▇ 2011 Fixed Income Trade | 9/15/2017 6:06:46 PM | Carangelo, Eric | Mckay, Melissa A;Bonn, Nick;Tapparo, Susan M;Trabucco, Mark R | Miller, Kevin A;Chaney, Nathan | Attorney-Client | Redacted email reflecting N. Bonn's request for information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 4 | SS3_58657 | SS3_58657 | NYSTRS 11 14 16.pdf | 9/15/2017 6:04:36 PM | | | | | Produced attachment to redacted document |
| 5 | SS3_59289 | SS3_59289 | ▇/SSgA Transition Call | 2/24/2011 10:16:51 PM | Isberg, Renee | Isberg, Renee;Dial, Lance;Baker, Christopher (Compliance-SSgA);Hevehan, Paul;Waters, Patrick;Brunell, Michael;Hazzard, Jessica;Johnson, Keith P | | Attorney-Client | Redacted email reflecting request for legal advice of L. Dial* regarding upcoming ▇ transition |
| 6 | SS3_59290 | SS3_59292 | FW: ▇ Transition | 2/16/2011 2:29:29 PM | Brunell, Michael | Zhang, Gary;Kelly, Kyle;Langille, Ryan | Gjerstad, Fredrik;Roman, Luis J;Kirby, John;Isberg, Renee;Dial, Lance | Attorney-Client | Redacted email providing information for the purpose of, and reflecting M. Brunell's request for, legal advice of L. Dial* regarding measuring performance of ▇ portfolios prior to transition |
| 7 | SS3_58672 | SS3_58672 | Can you make ▇ at 1? | 2/7/2011 4:19:50 PM | Coyle, Steve | Dial, Lance | | | Produced document |
| 8 | SS3_58658 | SS3_58660 | RE: ▇ 2011 Fixed Income Trade | 9/22/2017 9:52:01 PM | Miller, Kevin A | Chaney, Nathan;Mckay, Melissa A;Tapparo, Susan M;Bonn, Nick;Trabucco, Mark R | Carangelo, Eric | Attorney-Client | Redacted email reflecting N. Bonn's and N. Chaney's* request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* and N. Chaney* regarding ▇ inquiry into March 2011 transition |
| 9 | SS3_58661 | SS3_58661 | 20170922175035699.pdf | 9/22/2017 9:49:37 PM | | | | | Produced attachment to redacted document |
| 10 | SS3_58662 | SS3_58665 | RE: ▇ 2011 Fixed Income Trade | 9/25/2017 1:44:50 PM | Chaney, Nathan | Miller, Kevin A;Mckay, Melissa A;Tapparo, Susan M;Bonn, Nick;Trabucco, Mark R | Carangelo, Eric;Chaney, Nathan | Attorney-Client | Redacted email reflecting N. Bonn's and N. Chaney's* request for information for the purpose of obtaining legal advice of M. Mckay* and N. Chaney*, and reflecting legal advice of N. Chaney* regarding ▇ inquiry into March 2011 transition |
| 11 | SS3_58666 | SS3_58668 | 8.24.11 Notice of Instruction - ▇ Equitable Funds Management Group LLC.pdf | 9/22/2017 2:43:58 PM | | | | | Produced attachment to redacted document |
| 12 | SS3_58673 | SS3_58673 | Updated: ▇ Transition | 3/1/2011 11:56:26 AM | Coyle, Steve | Rochte, Anthony;Dial, Lance;Malatos, Ann;Baker, Christopher (Compliance-SSgA);Corwin, Kelly;Waters, Patrick;Isberg, Renee;Brunell, Michael;Kirby, John;Coyle, Steve | | Attorney-Client | Redacted email reflecting request for legal advice of L. Dial* regarding preparation for ▇ transition in March 2011 |
| 13 | SS3_59293 | SS3_59294 | RE: ▇ 2011 Fixed Income Trade | 9/15/2017 8:50:22 PM | Miller, Kevin A | Tapparo, Susan M;Bonn, Nick;Trabucco, Mark R | Carangelo, Eric;Mckay, Melissa A | Attorney-Client | Redacted email reflecting N. Bonn's request for and providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 14 | SS3_59295 | SS3_59297 | Download.pdf | 9/15/2017 8:48:32 PM | | | | | Produced attachment to redacted document |

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Redaction Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Privilege Number | Bates No. Begin | Bates No. End | File Name/Subject | Date Modified/Sent | From | To | CC | Basis for Redaction | Description of Privileged Information |
|---|---|---|---|---|---|---|---|---|---|
| 15 | SS3_59298 | SS3_59300 | RE: ▓ 2011 Fixed Income Trade | 9/22/2017 9:52:01 PM | Miller, Kevin A | Chaney, Nathan;Mckay, Melissa A;Tapparo, Susan M;Bonn, Nick;Trabucco, Mark R | Carangelo, Eric | Attorney-Client | Redacted email reflecting N. Bonn's and N. Chaney's* request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* and N. Chaney* regarding ▓ inquiry into March 2011 transition |
| 16 | SS3_59301 | SS3_59301 | 20170922175035699.pdf | 9/22/2017 9:49:37 PM | | | | | Produced attachment to redacted document |
| 17 | SS3_58674 | SS3_58674 | ▓ data | 9/22/2017 4:54:26 PM | Walling III, Roy | Griffiths, Michelle | | Attorney-Client | Redacted email reflecting N. Bonn's request for information for the purpose of obtaining legal advice of M. Mckay* regarding ▓ inquiry into March 2011 transition |
| 18 | SS3_58675 | SS3_58677 | FW: ▓ 2011 Fixed Income Trade | 9/22/2017 12:10:43 PM | Trabucco, Mark R | Tapparo, Susan M;Walling III, Roy | Miller, Kevin A;Bonn, Nick;Carangelo, Eric | Attorney-Client | Redacted email reflecting N. Bonn's request for and providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▓ inquiry into March 2011 transition |
| 19 | SS3_58678 | SS3_59178 | NCOMM 03-2011 through 04-2011 ▓ Accounts1.xlsx | 9/21/2017 10:17:58 PM | | | | Attorney-Client | Redacted spreadsheet generated to provide information for the purpose of obtaining legal advice of M. Mckay* regarding inquiry into March 2011 transition |
| 20 | SS3_59179 | SS3_59181 | NCOMM 08-2011 ▓ Account.xlsx | 9/21/2017 10:18:01 PM | | | | Attorney-Client | Redacted spreadsheet generated to provide information for the purpose of obtaining legal advice of M. Mckay* regarding inquiry into March 2011 transition |
| 21 | SS3_59182 | SS3_59184 | FW: ▓ 2011 Fixed Income Trade | 9/21/2017 12:52:23 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email reflecting N. Bonn's request for and providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▓ inquiry into March 2011 transition |
| 22 | SS3_59185 | SS3_59187 | Download.pdf | 9/15/2017 8:48:32 PM | | | | | Produced attachment to redacted document |
| 23 | SS3_59188 | SS3_59188 | FW: ▓ Post Trade | 9/21/2017 12:53:13 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▓ inquiry into March 2011 transition |
| 24 | SS3_59189 | SS3_59194 | ▓ Equitable Summary 4.6.2011.pdf | 4/6/2011 12:06:00 PM | | | | | Produced attachment to redacted document |
| 25 | SS3_59195 | SS3_59196 | ▓.EQ.Core.Post.Trade.pdf | 4/6/2011 11:33:00 AM | | | | | Produced attachment to redacted document |
| 26 | SS3_59197 | SS3_59198 | ▓.MM.Core.Post.Trade.pdf | 4/6/2011 11:32:00 AM | | | | | Produced attachment to redacted document |
| 27 | SS3_59199 | SS3_59200 | ▓.MultiSector.MM.Post.Trade.pdf | 4/6/2011 11:33:00 AM | | | | | Produced attachment to redacted document |
| 28 | SS3_59201 | SS3_59208 | ▓.Post.Trade.pdf | 4/6/2011 11:57:00 AM | | | | | Produced attachment to redacted document |
| 29 | SS3_59209 | SS3_59211 | FW: Final pre-trade and mid day update | 9/21/2017 12:52:59 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▓ inquiry into March 2011 transition |
| 30 | SS3_59212 | SS3_59227 | ▓.MM.Core.Bond.Pre.Trade.Feb.2011 Final.pdf | 3/7/2011 1:22:00 PM | | | | | Produced attachment to redacted document |
| 31 | SS3_59228 | SS3_59229 | March 7 Midday Wrap-up.pdf | 3/7/2011 1:28:00 PM | | | | | Produced attachment to redacted document |
| 32 | SS3_59230 | SS3_59230 | FW: Final Pre-trade | 9/21/2017 12:53:32 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▓ inquiry into March 2011 transition |
| 33 | SS3_59231 | SS3_59242 | ▓.Final.Pre.Trade.Aug.2011.pdf | 8/23/2011 2:51:00 PM | | | | | Produced attachment to redacted document |

*Denotes Attorney Name                     Confidential Subject to Protective Order                     SS3_000060558

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Redaction Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Privilege Number | Bates No. Begin | Bates No. End | File Name/Subject | Date Modified/Sent | From | To | CC | Basis for Redaction | Description of Privileged Information |
|---|---|---|---|---|---|---|---|---|---|
| 34 | SS3_59243 | SS3_59244 | FW: Post trade analysis | 9/21/2017 12:54:03 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 35 | SS3_59245 | SS3_59254 | ▇.Post.Trade.Aug.2011.pdf | 9/7/2011 9:52:00 AM | | | | | Produced attachment to redacted document |
| 36 | SS3_59255 | SS3_59256 | FW: Pre-trade Reports | 9/21/2017 12:52:44 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 37 | SS3_59257 | SS3_59272 | ▇.EQ.Core.Bond.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 8:30:00 AM | | | | | Produced attachment to redacted document |
| 38 | SS3_59273 | SS3_59288 | ▇.Multi.Sector.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 8:25:00 AM | | | | | Produced attachment to redacted document |
| 39 | SS3_59312 | SS3_59312 | ▇ data | 9/22/2017 4:54:26 PM | Walling III, Roy | Griffiths, Michelle | | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 40 | SS3_59313 | SS3_59315 | FW: ▇ 2011 Fixed Income Trade | 9/22/2017 12:10:43 PM | Trabucco, Mark R | Tapparo, Susan M;Walling III, Roy | Miller, Kevin A;Bonn, Nick;Carangelo, Eric | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 41 | SS3_59316 | SS3_59816 | NCOMM 03-2011 through 04-2011 ▇ Accounts1.xlsx | 9/21/2017 10:17:58 PM | | | | Attorney-Client; Work Product | Redacted spreadsheet generated to provide information for the purpose of obtaining legal advice of M. Mckay* regarding inquiry into March 2011 transition |
| 42 | SS3_59817 | SS3_59819 | NCOMM 08-2011 ▇ Account.xlsx | 9/21/2017 10:18:01 PM | | | | Attorney-Client; Work Product | Redacted spreadsheet generated to provide information for the purpose of obtaining legal advice of M. Mckay* regarding inquiry into March 2011 transition |
| 43 | SS3_59820 | SS3_59822 | FW: ▇ 2011 Fixed Income Trade | 9/21/2017 12:52:23 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email reflecting N. Bonn's request for and providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 44 | SS3_59823 | SS3_59825 | Download.pdf | 9/15/2017 8:48:32 PM | | | | | Produced attachment to redacted document |
| 45 | SS3_59826 | SS3_59826 | FW: ▇ Post Trade | 9/21/2017 12:53:13 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 46 | SS3_59827 | SS3_59832 | ▇ Equitable Summary 4.6.2011.pdf | 4/6/2011 12:06:00 PM | | | | | Produced attachment to redacted document |
| 47 | SS3_59833 | SS3_59834 | ▇.EQ.Core.Post.Trade.pdf | 4/6/2011 11:33:00 AM | | | | | Produced attachment to redacted document |
| 48 | SS3_59835 | SS3_59836 | ▇.MM.Core.Post.Trade.pdf | 4/6/2011 11:32:00 AM | | | | | Produced attachment to redacted document |
| 49 | SS3_59837 | SS3_59838 | ▇.MultiSector.MM.Post.Trade.pdf | 4/6/2011 11:33:00 AM | | | | | Produced attachment to redacted document |
| 50 | SS3_59839 | SS3_59846 | ▇.Post.Trade.pdf | 4/6/2011 11:57:00 AM | | | | | Produced attachment to redacted document |
| 51 | SS3_59847 | SS3_59849 | FW: Final pre-trade and mid day update | 9/21/2017 12:52:59 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 52 | SS3_59850 | SS3_59865 | ▇.MM.Core.Bond.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 1:22:00 PM | | | | | Produced attachment to redacted document |
| 53 | SS3_59866 | SS3_59867 | March 7 Midday Wrap-up.pdf | 3/7/2011 1:28:00 PM | | | | | Produced attachment to redacted document |

*Denotes Attorney Name          Confidential Subject to Protective Order          SS3_000060558

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Redaction Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Privilege Number | Bates No. Begin | Bates No. End | File Name/Subject | Date Modified/Sent | From | To | CC | Basis for Redaction | Description of Privileged Information |
|---|---|---|---|---|---|---|---|---|---|
| 54 | SS3_59868 | SS3_59868 | FW: Final Pre-trade | 9/21/2017 12:53:32 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |
| 55 | SS3_59869 | SS3_59880 | ▮.Final.Pre.Trade.Aug.2011.pdf | 8/23/2011 2:51:00 PM | | | | | Produced attachment to redacted document |
| 56 | SS3_59881 | SS3_59882 | FW: Post trade analysis | 9/21/2017 12:54:03 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |
| 57 | SS3_59883 | SS3_59892 | ▮.Post.Trade.Aug.2011.pdf | 9/7/2011 9:52:00 AM | | | | | Produced attachment to redacted document |
| 58 | SS3_59893 | SS3_59894 | FW: Pre-trade Reports | 9/21/2017 12:52:44 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |
| 59 | SS3_59895 | SS3_59910 | ▮.EQ.Core.Bond.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 8:30:00 AM | | | | | Produced attachment to redacted document |
| 60 | SS3_59911 | SS3_59926 | ▮.Multi.Sector.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 8:25:00 AM | | | | | Produced attachment to redacted document |
| 61 | SS3_59302 | SS3_59304 | FW: ▮ 2011 Fixed Income Trade | 9/21/2017 12:52:23 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |
| 62 | SS3_59305 | SS3_59307 | Download.pdf | 9/15/2017 8:48:32 PM | | | | | Produced attachment to redacted document |
| 63 | SS3_59308 | SS3_59308 | FW: ▮ TN | 9/22/2017 8:01:00 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email rendering legal advice of N. Chaney* regarding ▮ inquiry into March 2011 transition |
| 64 | SS3_59309 | SS3_59311 | 8.24.11 Notice of Instruction - Equitable Funds Management Group LLC.pdf | 9/22/2017 2:43:58 PM | | | | | Produced attachment to redacted document |
| 65 | SS3_59927 | SS3_59929 | FW: ▮ 2011 Fixed Income Trade | 9/21/2017 12:52:23 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |
| 66 | SS3_59930 | SS3_59932 | Download.pdf | 9/15/2017 8:48:32 PM | | | | | Produced attachment to redacted document |
| 67 | SS3_59933 | SS3_59933 | FW: ▮ TN | 9/22/2017 8:01:00 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email rendering legal advice of N. Chaney* regarding ▮ inquiry into March 2011 transition |
| 68 | SS3_59934 | SS3_59936 | 8.24.11 Notice of Instruction - Equitable Funds Management Group LLC.pdf | 9/22/2017 2:43:58 PM | | | | | Produced attachment to redacted document |
| 69 | SS3_59937 | SS3_59937 | ▮ data | 9/22/2017 4:54:26 PM | Walling III, Roy | Griffiths, Michelle | | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |
| 70 | SS3_59938 | SS3_59940 | FW: ▮ 2011 Fixed Income Trade | 9/22/2017 12:10:43 PM | Trabucco, Mark R | Tapparo, Susan M;Walling III, Roy | Miller, Kevin A;Bonn, Nick;Carangelo, Eric | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Redaction Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Privilege Number | Bates No. Begin | Bates No. End | File Name/Subject | Date Modified/Sent | From | To | CC | Basis for Redaction | Description of Privileged Information |
|---|---|---|---|---|---|---|---|---|---|
| 71 | SS3_59941 | SS3_60441 | NCOMM 03-2011 through 04-2011 ▇ Accounts1.xlsx | 9/21/2017 10:17:58 PM | | | | Attorney-Client | Redacted spreadsheet generated to provide information for the purpose of obtaining legal advice of M. Mckay* regarding inquiry into March 2011 transition |
| 72 | SS3_60442 | SS3_60444 | NCOMM 08-2011 ▇ Account.xlsx | 9/21/2017 10:18:01 PM | | | | Attorney-Client | Redacted spreadsheet generated to provide information for the purpose of obtaining legal advice of M. Mckay* regarding inquiry into March 2011 transition |
| 73 | SS3_60445 | SS3_60447 | FW: ▇ 2011 Fixed Income Trade | 9/21/2017 12:52:23 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email reflecting N. Bonn's request for, and providing information for the purpose of obtaining, legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 74 | SS3_60448 | SS3_60450 | Download.pdf | 9/15/2017 8:48:32 PM | | | | | Produced attachment to redacted document |
| 75 | SS3_60451 | SS3_60451 | FW: ▇ Post Trade | 9/21/2017 12:53:13 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 76 | SS3_60452 | SS3_60457 | ▇ Equitable Summary 4.6.2011.pdf | 4/6/2011 12:06:00 PM | | | | | Produced attachment to redacted document |
| 77 | SS3_60458 | SS3_60459 | ▇.EQ.Core.Post.Trade.pdf | 4/6/2011 11:33:00 AM | | | | | Produced attachment to redacted document |
| 78 | SS3_60460 | SS3_60461 | ▇.MM.Core.Post.Trade.pdf | 4/6/2011 11:32:00 AM | | | | | Produced attachment to redacted document |
| 79 | SS3_60462 | SS3_60463 | ▇.MultiSector.MM.Post.Trade.pdf | 4/6/2011 11:33:00 AM | | | | | Produced attachment to redacted document |
| 80 | SS3_60464 | SS3_60471 | ▇.Post.Trade.pdf | 4/6/2011 11:57:00 AM | | | | | Produced attachment to redacted document |
| 81 | SS3_60472 | SS3_60474 | FW: Final pre-trade and mid day update | 9/21/2017 12:52:59 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 82 | SS3_60475 | SS3_60490 | ▇.MM.Core.Bond.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 1:22:00 PM | | | | | Produced attachment to redacted document |
| 83 | SS3_60491 | SS3_60492 | March 7 Midday Wrap-up.pdf | 3/7/2011 1:28:00 PM | | | | | Produced attachment to redacted document |
| 84 | SS3_60493 | SS3_60493 | FW: Final Pre-trade | 9/21/2017 12:53:32 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 85 | SS3_60494 | SS3_60505 | ▇.Final.Pre.Trade.Aug.2011.pdf | 8/23/2011 2:51:00 PM | | | | | Produced attachment to redacted document |
| 86 | SS3_60506 | SS3_60507 | FW: Post trade analysis | 9/21/2017 12:54:03 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 87 | SS3_60508 | SS3_60517 | ▇.Post.Trade.Aug.2011.pdf | 9/7/2011 9:52:00 AM | | | | | Produced attachment to redacted document |
| 88 | SS3_60518 | SS3_60519 | FW: Pre-trade Reports | 9/21/2017 12:52:44 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email providing information for the purpose of obtaining legal advice of M. Mckay* regarding ▇ inquiry into March 2011 transition |
| 89 | SS3_60520 | SS3_60535 | ▇.EQ.Core.Bond.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 8:30:00 AM | | | | | Produced attachment to redacted document |
| 90 | SS3_60536 | SS3_60551 | ▇.Multi.Sector.Pre.Trade.Feb.2011_Final.pdf | 3/7/2011 8:25:00 AM | | | | | Produced attachment to redacted document |

*Denotes Attorney Name

State Street Bank and Trust Company
United States v. Ross McLellan, Case No. 16-cr-10094-LTS
Redaction Privilege Log of Documents Responsive to Defendant's Third Party Subpoena, dated November 15, 2017
May 29, 2018

| Privilege Number | Bates No. Begin | Bates No. End | File Name/Subject | Date Modified/Sent | From | To | CC | Basis for Redaction | Description of Privileged Information |
|---|---|---|---|---|---|---|---|---|---|
| 91 | SS3_60552 | SS3_60552 | FW: ▮ TN | 9/22/2017 8:01:00 PM | Trabucco, Mark R | Walling III, Roy | | Attorney-Client | Redacted email reflecting legal advice of N. Chaney* regarding ▮ inquiry into March 2011 transition |
| 92 | SS3_60553 | SS3_60555 | 8.24.11 Notice of Instruction - ▮ Equitable Funds Management Group LLC.pdf | 9/22/2017 2:43:58 PM | | | | | Produced attachment to redacted document |
| 93 | SS3_58669 | SS3_58670 | RE: ▮ 2011 Fixed Income Trade | 9/15/2017 6:06:46 PM | Carangelo, Eric | Mckay, Melissa A;Bonn, Nick;Tapparo, Susan M;Trabucco, Mark R | Miller, Kevin A;Chaney, Nathan | Attorney-Client | Redacted email reflecting N. Bonn's request for information for the purpose of obtaining legal advice of M. Mckay*, as well as legal advice of M. Mckay* regarding ▮ inquiry into March 2011 transition |
| 94 | SS3_58671 | SS3_58671 | NYSTRS 11 14 16.pdf | 9/15/2017 6:04:36 PM | | | | | Produced attachment to redacted document |