UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 16-10094-LTS |
| | ) | |
| ROSS MCLELLAN, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO ORDER

In response to the Court's order on May 30, 2018, Dkt. 400, the government respectfully attaches to this filing, Ex. A, the deferred prosecution agreement entered into between State Street Corporation and the government, filed and available at <u>United States v. State Street Corporation</u>, 1:17-cr-10008 (D. Mass.), Dkt. 1-2.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | ANDREW E. LELLING |
| Acting Chief, Fraud Section | United States Attorney |
| Criminal Division | |
| | |
| By: */s/ William E. Johnston* | By: */s/ Stephen E. Frank* |
| WILLIAM E. JOHNSTON | STEPHEN E. FRANK |
| Trial Attorney | Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

I certify that on May 30, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *William E. Johnston*
WILLIAM E. JOHNSTON