UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 16-cr-10094-LTS |
| ROSS MCLELLAN, Defendant | ) ) ) ) ) | |

## DEFENDANT ROSS MCLELLAN'S WITNESS LIST

Defendant, Ross McLellan, by and through undersigned counsel, hereby respectfully submits the following list of potential witnesses to the Court in advance of the June 4, 2018 trial. The defendant reserves his right to supplement this list or to call additional rebuttal witnesses not identified here.

        Respectfully Submitted,
        Ross McLellan
        By His Attorneys,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net

        **/s/ Robert M. Goldstein**
        Robert M. Goldstein
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 742-9015
        rmg@goldstein-lawfirm.com

Dated: May 31, 2018

## **CERTIFICATE OF SERVICE**

  I, Martin G. Weinberg, hereby certify that on this date, May 31, 2018, a copy of the foregoing document has been served, via ECF, upon Assistant U.S. Attorney Stephen E. Frank and U.S. Department of Justice Trial Attorney William Johnston.

                  **/s/ Martin G. Weinberg**
                  Martin G. Weinberg

| CASE NAME: UNITED STATES V. ROSS MCLELLAN | AS OF: May 31, 2018 |
|---|---|
| **DOCKET NO. 16-CR-10094-LTS** | |
| **DEFENDANT'S WITNESS LIST** | |

| WITNESSES | LOCATION |
|---|---|
| Marc Menchel | Oakton, Virginia |
| Martin Bednall | London, United Kingdom |
| Simon Bradley | Thornbury, United Kingdom |
| Michael Travaglini | Winchester, Massachusetts |
| Ross McLellan | Hingham, Massachusetts |
| Sean Murphy | Boston, Massachusetts (Business Address) |
| James Toland | Walpole, Massachusetts |
| Nick Bonn | Boston, Massachusetts (Business Address) |
| David Ullrich | Hingham, Massachusetts |
| Christian Dubois | Boston, Massachusetts (Business Address) |
| Karen Keenan | Boston, Massachusetts (Business Address) |
| Mellissa McKay | Boston, Massachusetts (Business Address) |
| Simone Paul | London, United Kingdom (Business Address) |
| Krystyna Beck | London, United Kingdom (Business Address) |
| Sarah Lewis | Amsterdam, Netherlands (Business Address) |
| Michelle Griffiths | Boston, Massachusetts (Business Address) |
| Peter Economou | Boston, Massachusetts (Business Address) |
| Keeper of the Records, State Street | Boston, Massachusetts |
| Keeper of the Records, AXA | New York, New York |
| Rob Shickel | Hingham, Massachusetts |
| Brendan Burke | Hingham, Massachusetts |
| John Black | Scituate, Massachusetts |
| Bill Farrington | Hingham, Massachusetts |
| Aaron Cutler | Scituate, Massachusetts |
| Bob Gilman | Hingham, Massachusetts |
| Craig Svendsen | Cincinnati, Ohio |