UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ROSS MCLELLAN,   )<br>    Defendant   )<br>) | No. 16-cr-10094-LTS |

# DEFENDANT ROSS MCLELLAN'S EXHIBIT LIST

    Defendant, Ross McLellan, by and through undersigned counsel, hereby respectfully submits the following list of potential defense exhibits to the Court in advance of the June 4, 2018 trial. The defendant reserves his right to supplement this list and/or to introduce documents or audios during his cross-examination of Government witnesses.

Respectfully Submitted,
Ross McLellan
By His Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Robert M. Goldstein**
Robert M. Goldstein
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: May 31, 2018

## **CERTIFICATE OF SERVICE**

    I, Martin G. Weinberg, hereby certify that on this date, May 31, 2018, a copy of the foregoing document has been served, via ECF, upon Assistant U.S. Attorney Stephen E. Frank and U.S. Department of Justice Trial Attorney William Johnston.

                                                          **/s/ Martin G. Weinberg**
                                                          Martin G. Weinberg

| CASE NAME: UNITED STATES OF AMERICA V. ROSS MCLELLAN | | | | | | | | | | AS OF: May 29, 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| CRIMINAL CASE NO. 16-10094-LTS | | | | | | | | | | |
| DEFENSE'S EXHIBIT LIST | | | | | | | | | | |
| Exhibit Offered By: | Exhibit No. | Marked [Yes/No] | Admitted [Yes/No] | BegDoc | EndDoc | Doc Type | Date | To | From | Date Admitted |
| Defense | 300 | | | SS2_000000071 SS2_000000072 SS2_000000090 | SS2_000000071 SS2_000000089 SS2_000000104 | Email & Attachment | 5/1/11 | Simone Paul, Jonathan Norris | Sarah Lewis | |
| Defense | 301 | | | RM-000001 | RM-000004 | File | N/A | | | |
| Defense | 302 | | | RM-000005 | RM-000008 | File | N/A | | | |
| Defense | 303 | | | SS2_00000066 | SS2_00000068 | Email | 9/30/11 | Carol L'Heveder, Jonathan Norris | Sarah Lewis | |
| Defense | 304 | | | SS2_00000034 | SS2_00000040 | File | 4/11/11 | | | |
| Defense | 305 | | | SS1_00088738 | SS1_00088743 | Email | 6/22/12 | Dominic Graham, Paul Fraser, Abigail Greenway | Michael Gregson | |
| Defense | 306 | | | SS1_01342767 | SS1_01342767 | Email | 8/26/11 | Robin Oliver, Marshall Bailey, Jonathan Norris | Mark Leaden | |
| Defense | 307 | | | SS1_00810416 | SS1_00810416 | Email | 8/26/11 | Mark Hansen | Ross McLellan | |
| Defense | 308 | | | SS1_00584563 | SS1_00584563 | Email | 3/16/11 | Ross McLellan | Chris Carlin | |
| Defense | 309 | | | SS1_01215715 | SS1_01215716 | Email | 9/5/11 | Ross McLellan | Bryan Woodard | |
| Defense | 310 | | | SS1_01215709 | SS1_01215711 | Email | 9/5/11 | Ross McLellan | Bryan Woodard | |
| Defense | 311 | | | SS2_00000225 | SS2_00000226 | Email | 11/3/10 | David Puth | Ross McLellan | |
| Defense | 312 | | | SS2_00000002 | SS2_00000003 | Email | 11/2/10 | Mark Hansen | Anthony Scully | |
| Defense | 313 | | | SS2_00000127 | SS2_00000127 | Email | 11/3/10 | Simone Paul | Sarah Lewis | |
| Defense | 314 | | | SS2_00000227 | SS2_00000227 | Email | 11/3/10 | Mark Hansen | Ross McLellan | |
| Defense | 315 | | | SS2_00000229 | SS2_00000230 | Email | 11/3/10 | Ross McLellan | Mark Hansen | |
| Defense | 316 | | | SS2_00000260 | SS2_00000262 | Email | 11/3/10 | Bryan Woodard | Melissa Mckay | |
| Defense | 317 | | | SS1_00636326 | SS1_00636330 | Email | 11/3/10 | Ross McLellan, Vincent Manzi et al. | Mark Hansen | |
| Defense | 318 | | | SS1_00448645 | SS1_00448645 | Email | 1/5/10 | Nick Bonn | Ross McLellan | |
| Defense | 319 | | | SS1_00300269 | SS1_00300270 | Email | 10/20/10 | Ross McLellan, David Puth | Karen Keenan | |
| Defense | 320 | | | SS1_00957546 | SS1_00957546 | Email | 10/21/10 | Ross McLellan | Karen Keenan | |
| Defense | 321 | | | SS1_00958789 | SS1_00958790 | Email | 11/2/10 | Ross McLellan | Karen Keenan | |
| Defense | 322 | | | SS1_00230295 | SS1_00230295 | Email | 3/23/11 | Ross McLellan | Edward Pennings | |
| Defense | 323 | | | SS1_01136600 | SS1_01136600 | Email | 3/22/11 | Ross McLellan | Karen Keenan | |
| Defense | 324 | | | SS1_00628575 | SS1_00628576 | Email | 12/22/10 | Karen Keenan, David Puth et al. | Ross McLellan | |
| Defense | 325 | | | SS1_00627649 | SS1_00627650 | Email | 12/22/10 | Karen Keenan, David Puth et al. | Ross McLellan | |
| Defense | 326 | | | SS1_00873565 | SS1_00873565 | Email | 1/28/11 | Karen Keenan | Ross McLellan | |
| Defense | 327 | | | SS1_00758288 | SS1_00758288 | Email | 4/13/11 | Karen Keenan | Ross McLellan | |
| Defense | 328 | | | SS1_01217587 | SS1_01217587 | Email | 9/27/11 | Nick Bonn | Ross McLellan | |
| Defense | 329 | | | SS1_01326547 | | | 12/24/10 | | | |
| Defense | 330 | | | SS1_00599299 | SS1_00599300 | Email | 5/12/10 | Ross McLellan, Vincent Manzi, Chris Carlin et al. | Melissa Mckay | |
| Defense | 331 | | | SS2_00000213 | SS2_00000213 | Email | 11/2/10 | Ross McLellan | Melissa Mckay | |
| Defense | 332 | | | SS2_00000113 | SS2_00000113 | Email | 11/2/10 | Melissa Mckay, Krystyna Beck | Simone Paul | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Defense | 333 | | | RM-000009 | RM-000009 | File | N/A | | | |
| Defense | 334 | | | SS1_01325500 | SS1_01325500 | Audio | 3/10/10 | | | |
| Defense | 335 | | | RM-000023 | RM-000023 | File | N/A | | | |
| Defense | 336 | | | RM-000024 | RM-000024 | File | 5/22/12 | | | |
| Defense | 337 | | | SS1_01332509 | SS1_01332509 | Audio | 6/17/11 | | | |
| Defense | 338 | | | SS1_00669672 | SS1_00669672 | Email | 6/14/11 | Ross McLellan, Chris Carlin, Catherine Norcott, Tom Bryant | Sheila Gardiner | |
| Defense | 339 | | | SS1_00195862 | SS1_00195862 | Email | 6/28/10 | Ross McLellan, Edward Pennings | Stephen Smit | |
| Defense | 340 | | | SS1_01327455 | SS1_01327455 | Audio | 10/7/10 | | | |
| Defense | 341 | | | SS1_01329728 | SS1_01329728 | Audio | 7/5/11 | | | |
| Defense | 342 | | | USDOJ-SS-01047 | USDOJ-SS-01049 | File | N/A | | | |
| Defense | 343 | | | SS1_00962771 | SS1_00962772 | Email | 8/18/10 | Ross McLellan | Ian Holden | |
| Defense | 344 | | | SS1_01325856 | SS1_01325856 | Audio | 3/30/11 | | | |
| Defense | 345 | | | SS1_00167322 | SS1_00167323 | Email | 3/17/10 | Ross McLellan, Chris Carlin | Edward Pennings | |
| Defense | 346 | | | SS1_01332328 | SS1_01332328 | Audio | 4/6/11 | | | |
| Defense | 347 | | | SS1_00356611 | SS1_00356611 | Email | 6/2/10 | Stephen Smit | Edward Pennings | |
| Defense | 348 | | | SS1_01218660 | SS1_01218660 | Email | 8/26/11 | Edward Pennings, Rick Boomgaardt | Ross McLellan | |
| Defense | 349 | | | SS1_01342055 | SS1_01342055 | Audio | 9/6/11 | | | |
| Defense | 350 | | | SS1_00810227 | SS1_00810227 | Email | 8/26/11 | Ross McLellan | Rick Boomgaardt | |
| Defense | 351 | | | SS1_00668153 | SS1_00668156 | Email | 1/20/11 | Ross McLellan, Edward Pennings, Simone Paul, Melissa Mckay | Bryan Woodard | |
| Defense | 352 | | | SS1_00811246 | SS1_00811246 | Email | 8/26/11 | Mark Hansen | Ross McLellan | |
| Defense | 353 | | | SS1_00638568 | SS1_00638571 | Email | 11/3/10 | Ross McLellan, Stephen Smit, Bryan Woodard et al. | David Puth | |
| Defense | 354 | | | SS1_00625059 | SS1_00625061 | Email | 2/9/11 | Ross McLellan, Bryan Woodard, Orla Beirne | Chris Carlin | |
| Defense | 355 | | | RM-000026 | RM-000040 | File | N/A | | | |
| Defense | 356 | | | SS1_01326122 | SS1_01326122 | Audio | 4/28/10 | | | |
| Defense | 357 | | | SS1_01326055 | SS1_01326055 | Audio | 6/11/10 | | | |
| Defense | 358 | | | SS1_01327096 | SS1_01327096 | Audio | 7/6/10 | | | |
| Defense | 359 | | | SS1_01325643 | SS1_01325643 | Audio | 8/4/10 | | | |
| Defense | 360 | | | SS1_01332924 | SS1_01332924 | Audio | 3/4/11 | | | |
| Defense | 3361 | | | SS1_01325536 | SS1_01325536 | Audio | 6/29/11 | | | |
| Defense | 362 | | | SS1_01342027 | SS1_01342027 | Audio | 8/30/11 | | | |
| Defense | 363 | | | SS1_01329979 | SS1_01329979 | Audio | 9/8/11 | | | |
| Defense | 364 | | | SS1_01325321 | SS1_01325321 | Audio | 2/26/10 | | | |
| Defense | 365 | | | SS1_00702787 | SS1_00702789 | Email | 6/29/10 | Tom Bryant | Ross McLellan | |
| Defense | 366 | | | SS1_00702790 | SS1_00702792 | Email | 6/29/10 | Justin Balogh | Ross McLellan | |
| Defense | 367 | | | SS1_00702793 | SS1_00702795 | Email | 6/29/10 | Justin Balogh | Ross McLellan | |
| Defense | 368 | | | Conference Call Note | | File | 3/11/11 | | | |
| Defense | 369 | | | AXAStateStreetEmail00060 | AXAStateStreetEmail00099 | Email Attachment | 2/24/11 | | | |
| Defense | 370 | | | AXAStateStreetEmail15127 | AXAStateStreetEmail15133 | Email Attachment | N/A | | | |
| Defense | 371 | | | AXAStateStreetEmail15134 | AXAStateStreetEmail15140 | Email Attachment | N/A | | | |
| Defense | 372 | | | AXAStateStreetEmail15141 | AXAStateStreetEmail15147 | Email Attachment | N/A | | | |
| Defense | 373 | | | RE Austen Summary | RE Austen Summary | Email | 3/11/11 | Andrew Williams, Helen Baldock | Ben Gunnee | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Defense | 374 | | | RE Project Austen | RE Austen Summary | Email | 4/21/11 | Rick Boomgaardt, Edward Pennings et al. | Anita Butler | |
| Defense | 375 | | | RE Post Transition Comments | RE Post Transition Comments | Email | 6/13/11 | Brian Griffin, Anita Butler et al. | Ciaran Naughton | |
| Defense | 376 | | | SS1_00156901 | SS1_00156901 | File | N/A | | | |
| Defense | 377 | | | SS1_00154709 | SS1_00154709 | File | N/A | | | |
| Defense | 378 | | | SS1_00352743 | SS1_00352743 | File | N/A | | | |
| Defense | 379 | | | SS1_00356374 | SS1_00356374 | File | N/A | | | |
| Defense | 380 | | | SS1_00358420 | SS1_00358420 | File | N/A | | | |
| Defense | 381 | | | SS1_00641399 | SS1_00641399 | File | N/A | | | |
| Defense | 382 | | | SS1_00642997 | SS1_00642997 | File | N/A | | | |
| Defense | 383 | | | SS1_00644300 | SS1_00644300 | File | N/A | | | |
| Defense | 384 | | | SS1_01347166 | SS1_01347166 | File | N/A | | | |
| Defense | 385 | | | SS1_00651465 | SS1_00651465 | File | N/A | | | |
| Defense | 386 | | | SS1_00638567 | SS1_00638567 | File | N/A | | | |
| Defense | 387 | | | SS1_00627918 | SS1_00627918 | File | N/A | | | |
| Defense | 388 | | | SS1_00331476 | SS1_00331476 | File | N/A | | | |
| Defense | 389 | | | SS1_00331493 | SS1_00331493 | File | N/A | | | |
| Defense | 390 | | | SS1_00123105 | SS1_00123105 | File | N/A | | | |
| Defense | 391 | | | SS1_00223217 | SS1_00223217 | File | N/A | | | |
| Defense | 392 | | | SS1_01176319 | SS1_01176319 | File | N/A | | | |
| Defense | 393 | | | SS1_00128930 | SS1_00128930 | Email | 6/1/2011 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 394 | | | SS1_01182151 | SS1_01182151 | File | N/A | | | |
| Defense | 395 | | | SS1_01205436 | SS1_01205436 | File | N/A | | | |
| Defense | 396 | | | SS1_01207573 | SS1_01207573 | File | N/A | | | |
| Defense | 397 | | | SS1_01216777 | SS1_01216777 | File | N/A | | | |
| Defense | 398 | | | SS1_01347747 | SS1_01347747 | File | N/A | | | |
| Defense | 399 | | | SS_SEC_MCL000002406 | SS_SEC_MCL000004854 | File | N/A | | | |
| Defense | 400 | | | SS_SEC_MCL000005278 | SS_SEC_MCL000006217 | File | N/A | | | |
| Defense | 401 | | | RM-000041 | RM-000042 | File | N/A | | | |
| Defense | 402 | | | SS1_01347988 | SS1_01347988 | File | N/A | | | |
| Defense | 403 | | | SS3_000046126 | SS3_000046126 | File | N/A | | | |
| Defense | 404 | | | SS1_00711602 | SS1_00711602 | Email | 6/16/10 | Ross McLellan, Chris Carlin, Tom Bryant et al. | Phil Jung | |
| Defense | 405 | | | SS1_00711603 | SS1_00711603 | File | 6/16/10 | | | |
| Defense | 406 | | | SS1_00418567 | SS1_00418569 | Email & Attachment | 6/17/10 | Ross McLellan, David Puth et al. | Patrick Joseph Keogh II | |
| Defense | 407 | | | SS1_00419531 | SS1_00419533 | Email & Attachment | 6/18/10 | Ross McLellan, David Puth et al. | Patrick Joseph Keogh II | |
| Defense | 408 | | | SS1_00768636 | SS1_00768636 | Email | 6/21/10 | Ross McLellan, Chris Carlin, Tom Bryant et al. | Phil Jung | |
| Defense | 409 | | | SS1_00768637 | SS1_00768637 | File | 6/21/10 | | | |
| Defense | 410 | | | SS1_00641392 | SS1_00641394 | Email & Attachment | 6/29/10 | Ross McLellan, David Puth et al. | Patrick Joseph Keogh II | |
| Defense | 411 | | | SS1_00641396 | SS1_00641398 | Email & Attachment | 6/30/10 | Ross McLellan, David Puth et al. | Patrick Joseph Keogh II | |
| Defense | 412 | | | SS1_00635521 | SS1_00635523 | Email & Attachment | 11/3/10 | Ross McLellan, David Puth et al. | Pamela Mattson | |
| Defense | 413 | | | SS1_00635525 | SS1_00635528 | Email & Attachment | 11/4/10 | Ross McLellan, David Puth et al. | Pamela Mattson | |
| Defense | 414 | | | SS1_00635529 | SS1_00635529 | File | 11/4/10 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Defense | 415 | | | SS1_00154681 | SS1_00154683 | Email | 2/25/11 | David Puth, Mark Snyder et al. | David Flight | |
| Defense | 416 | | | SS1_00154684 | SS1_00154684 | File | 2/25/11 | | | |
| Defense | 417 | | | SS1_00223867 | SS1_00223867 | Email | 2/28/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 418 | | | SS1_00223868 | SS1_00223868 | File | 2/28/11 | | | |
| Defense | 419 | | | SS1_00123104 | SS1_00123104 | Email | 3/1/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 420 | | | SS1_00229390 | SS1_00229391 | Email & Attachment | 3/2/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 421 | | | SS1_00224447 | SS1_00224448 | Email & Attachment | 3/3/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 422 | | | SS1_00224449 | SS1_00224450 | Email & Attachment | 3/4/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 423 | | | SS1_00224451 | SS1_00224452 | Email & Attachment | 3/7/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 424 | | | SS1_00224453 | SS1_00224454 | Email & Attachment | 3/8/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 425 | | | SS1_00224455 | SS1_00224456 | Email & Attachment | 3/9/11 | Ross McLellan, Edward Pennings et al. | Theresa Gomes | |
| Defense | 426 | | | SS1_00224467 | SS1_00224468 | Email & Attachment | 3/17/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 427 | | | SS1_00224469 | SS1_00224470 | Email & Attachment | 3/18/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 428 | | | SS1_00230391 | SS1_00230392 | Email & Attachment | 3/21/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 429 | | | SS1_00230395 | SS1_00230396 | Email & Attachment | 3/23/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 430 | | | SS1_00231643 | SS1_00231644 | Email & Attachment | 3/24/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 431 | | | SS1_00230397 | SS1_00230398 | Email & Attachment | 3/25/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 432 | | | SS1_00230399 | SS1_00230400 | Email & Attachment | 3/28/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 433 | | | SS1_00230401 | SS1_00230402 | Email & Attachment | 3/29/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 434 | | | SS1_00230403 | SS1_00230404 | Email & Attachment | 3/30/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 435 | | | SS1_00222660 | SS1_00222661 | Email & Attachment | 3/31/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 436 | | | SS1_00124768 | SS1_00124769 | Email & Attachment | 4/7/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 437 | | | SS1_00124393 | SS1_00124394 | Email & Attachment | 4/8/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 438 | | | SS1_01193789 | SS1_01193790 | Email & Attachment | 4/11/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 439 | | | SS1_00210432 | SS1_00210433 | Email & Attachment | 4/12/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 440 | | | SS1_01193793 | SS1_01193794 | Email & Attachment | 4/13/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 441 | | | SS1_01193795 | SS1_01193796 | Email & Attachment | 4/14/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 442 | | | SS1_00124770 | SS1_00124771 | Email & Attachment | 4/15/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Defense | 443 | | | SS1_01176300 | SS1_01176301 | Email & Attachment | 4/18/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 444 | | | SS1_01176302 | SS1_01176303 | Email & Attachment | 4/19/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 445 | | | SS1_01176304 | SS1_01176305 | Email & Attachment | 4/20/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 446 | | | SS1_01176306 | SS1_01176307 | Email & Attachment | 4/21/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 447 | | | SS1_01176308 | SS1_01176309 | Email & Attachment | 4/25/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 448 | | | SS1_01176310 | SS1_01176311 | Email & Attachment | 4/26/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 449 | | | SS1_01176312 | SS1_01176313 | Email & Attachment | 4/27/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 450 | | | SS1_01176314 | SS1_01176315 | Email & Attachment | 4/28/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 451 | | | SS1_01176316 | SS1_01176317 | Email & Attachment | 4/29/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 452 | | | SS1_00128908 | SS1_00128909 | Email & Attachment | 5/2/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 453 | | | SS1_01176691 | SS1_01176692 | Email & Attachment | 5/3/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 454 | | | SS1_01198053 | SS1_01198054 | Email & Attachment | 5/4/11 | Ross McLellan, Edward Pennings et al. | Theresa Gomes | |
| Defense | 455 | | | SS1_01198055 | SS1_01198056 | Email & Attachment | 5/5/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 456 | | | SS1_01198057 | SS1_01198058 | Email & Attachment | 5/6/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 457 | | | SS1_01197697 | SS1_01197698 | Email & Attachment | 5/9/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 458 | | | SS1_01198059 | SS1_01198060 | Email & Attachment | 5/10/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 459 | | | SS1_00216817 | SS1_00216818 | Email & Attachment | 5/11/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 460 | | | SS1_00216819 | SS1_00216820 | Email & Attachment | 5/12/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 461 | | | SS1_00216821 | SS1_00216822 | Email & Attachment | 5/13/11 | Ross McLellan, Edward Pennings et al. | Theresa Gomes | |
| Defense | 462 | | | SS1_00216823 | SS1_00216824 | Email & Attachment | 5/16/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 463 | | | SS1_00216825 | SS1_00216826 | Email & Attachment | 5/17/11 | Ross McLellan, Edward Pennings et al. | GM Finance Reporting | |
| Defense | 464 | | | N/A | N/A | File | N/A | N/A | N/A | |
| Defense | 465 | | | SS1_00600889 | SS1_00600889 | Email | 5/20/10 | Peter Economou et al. | Ross McLellan | |
| Defense | 476 | | | SS1_00196353 | SS1_00196369 | Email & Attachment | 6/30/10 | Anandoth Poyil Krishnadasan et al. | Rick Boomgaardt | |
| Defense | 466 | | | SS1_00196027 | SS1_00196071 | Email & Attachment | 7/6/10 | Roul Haerden et al. | Rick Boomgaardt | |
| Defense | 467 | | | SS1_00648300 | SS1_00648305 | Email | 8/6/10 | Bryan Woodard | Ross McLellan | |
| Defense | 468 | | | SS2_00000144 | SS2_00000145 | Email | 11/2/10 | Ross McLellan, Edward Pennings, Chris Carlin | Tom Bryant | |
| Defense | 469 | | | SS2_00000143 | SS2_00000143 | Email | 11/2/10 | Edward Pennings, Ross McLellan, Chris Carlin | Tom Bryant | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Defense | 470 | | | SS1_01327241 | SS1_01327241 | File | 11/2/10 | N/A | N/A | |
| Defense | 471 | | | SS2_00000150 | SS2_00000202 | Email & Attachments | 11/2/10 | Ross McLellan | Edward Pennings | |
| Defense | 472 | | | SS2_00000210 | SS2_00000210 | Email | 11/2/10 | Ross McLellan | Edward Pennings | |
| Defense | 473 | | | SS2_00000234 | SS2_00000236 | Email | 11/3/10 | Edward Pennings | Ross McLellan | |
| Defense | 474 | | | SS2_00000231 | SS2_00000233 | Email | 11/3/10 | Ross McLellan | Edward Pennings | |
| Defense | 475 | | | SS2_00000237 | SS2_00000240 | Email | 11/3/10 | Ross McLellan | Edward Pennings | |
| Defense | 476 | | | SS1_00667117 | SS1_00667117 | Email | 11/3/10 | Anandoth Poyil Krishnadasan | Edward Pennings | |
| Defense | 477 | | | SS1_00502479 | SS1_00502498 | Email & Attachment | 11/18/10 | Anandoth Poyil Krishnadasan et al. | Adnan Choudhary | |
| Defense | 478 | | | SS1_00620776 | SS1_00620817 | File | N/A | N/A | N/A | |
| Defense | 479 | | | SS1_00758624 | SS1_00758624 | Email | 4/6/11 | Chris Carlin, Christopher Murphy | Ross McLellan | |
| Defense | 480 | | | SS1_00471414 | SS1_00471428 | Email & Attachment | 4/7/11 | Killian Buckley et al. | Rick Boomgaardt | |
| Defense | 481 | | | SS1_00128931 | SS1_00128931 | File | 6/1/11 | | | |
| Defense | 482 | | | SS_SEC_MCL000004874 | SS_SEC_MCL000005237 | File | N/A | | | |
| Defense | 483 | | | SS_SEC_MCL000001888 | SS_SEC_MCL000002279 | File | N/A | | | |
| Defense | 484 | | | SS_SEC_MCL000001868 | SS_SEC_MCL000001571 | File | N/A | | | |
| Defense | 485 | | | SS1_01346473 | SS1_01346474 | Email & Attachment | 2/3/11 | Rick Boomgaardt | Chris Carlin | |
| Defense | 486 | | | SS1_00226564 | SS1_00226568 | Email & Attachment | 2/24/11 | Tom Bryant, Ian Holden, Ross McLellan et al. | Chris Carlin | |
| Defense | 487 | | | SS1_00500497 | SS1_00500499 | Email & Attachment | 6/17/10 | Ross McLellan, Edward Pennings, Tom Bryant et al. | Chris Carlin | |
| Defense | 488 | | | SS1_00217613 | SS1_00217616 | Email & Attachment | 5/6/11 | Ross McLellan, Edward Pennings, Tom Bryant et al. | Chris Carlin | |
| Defense | 489 | | | SS3_000047095 | SS3_000047542 | File | N/A | | | |
| Defense | 490 | | | AXAStateStreetEmail34231 | AXAStateStreetEmail34231 | Email | 3/24/11 | Carla Byer, Brian Walsh, James Kelly | Kristen Morris | |
| Defense | 491 | | | AXAStateStreetEmail00043 | AXAStateStreetEmail00055 | Email Attachment | N/A | | | |
| Defense | 492 | | | SS1_00275242 | SS1_00275243 | Email | 3/1/11 | Ross McLellan, Kevin Walker | Peter Weiner | |
| Defense | 493 | | | SS1_00275660 | SS1_00275666 | Email | 3/2/11 | Account-service-ssgm et al. | Kristen Morris | |
| Defense | 494 | | | SS1_00586205 | SS1_00586206 | Email | 3/18/11 | Kevin Walker | Ross McLellan | |
| Defense | 495 | | | SS1_00275041 | SS1_00275043 | Email | 2/22/11 | Ross McLellan | Kevin Walker | |
| Defense | 496 | | | SS1_00273649 | SS1_00273649 | Email | 3/1/11 | Ross McLellan, Kevin Walker et al. | Chris Carlin | |
| Defense | 497 | | | AXA-SSB-000494 | AXA-SSB-000498 | File | N/A | | | |
| Defense | 498 | | | SS3_000054535 | SS3_000054626 | File | N/A | | | |
| Defense | 499 | | | SS3_000060557 | SS3_000060557 | File | N/A | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Defense | 500 | | | SS3_000046421 | SS3_000046421 | Email | 10/3/11 | Trading Solutions et al. | Allyson O'Connor | |
| Defense | 501 | | | SS1_01123848 | SS1_01123848 | Email | 8/30/11 | Jack Ho, Niall O'Sullivan | Marc Littlewood | |
| Defense | 502 | | | SS1_00732870 | SS1_00732870 | Email | 6/2/11 | Paul Gallagher, Michael Mahoney et al. | Christopher Martin | |
| Defense | 503 | | | SS1_01198238 | SS1_01198241 | Email | 5/4/11 | Rick Boomgaardt, Cassie Waller et al. | Raymond Pestana | |
| Defense | 504 | | | SS1_00460089 | SS1_00460089 | Email | 5/30/11 | Edward Pennings, Rick Boomgaardt | Faheem Malik | |
| Defense | 505 | | | SS1_01157292 | SS1_01157293 | Email and Attachment | 6/16/11 | Edward Pennings, Rick Boomgaardt et al. | Killian Buckley | |
| Defense | 506 | | | SS1_01165632 | SS1_01165632 | Email and Attachment | 6/22/11 | Edward Pennings, Lachlan French et al. | Anadoth Poyil Krishnadasan | |
| Defense | 507 | | | SS1_00077222 | SS1_00077222 | Email | 10/30/11 | Edward Pennings, Lachlan French et al. | Anadoth Poyil Krishnadasan | |
| Defense | 508 | | | SS1_00075059 | SS1_00075060 | Email | 3/3/11 | Edward Pennings, Rodney Ringrow | Anadoth Poyil Krishnadasan 1 | |
| Defense | 509 | | | SS1_00553373 | SS1_00553373 | Email | 2/15/11 | Edward Pennings, Lachlan French et al. | Anadoth Poyil Krishnadasan | |
| Defense | 510 | | | SS1_00073667 | SS1_00073667 | Email | 12/20/10 | Edward Pennings, Michael Gardner et al. | Anadoth Poyil Krishnadasan | |
| Defense | 511 | | | SS3_000055445 | SS3_000055445 | Email | 4/7/11 | Thomas McNichol | Kevin Walker | |
| Defense | 512 | | | SS3_000050625 | SS3_000050625 | Email | 3/8/2011 | Kristen Morris, Allen Kwong | Michael Brunell | |
| Defense | 513 | | | SS3_000046340 | SS3_000046342 | Email | 3/1/11 | Michael Brunnell, Christoher Baker et al. | Renee Isberg | |
| Defense | 514 | | | SS3_000046325 | SS3_000046325 | Email | 3/1/11 | Michael Brunnell, Christoher Baker et al. | Renee Isberg | |
| Defense | 515 | | | SS3_000046240 | SS3_000046241 | Email and Attachment | 8/2/11 | Chris Carlin, Kevin Miller | Jason Lawrence | |
| Defense | 516 | | | SS3_000046180 | SS3_000046180 | Email | 3/10/11 | William Andrade | Kristen Morris | |
| Defense | 517 | | | SS3_000054370 | SS3_000054390 | File | N/A | | | |
| Defense | 518 | | | SS1_01357792 | SS1_01357792 | Email | 3/2/11 | Chris Carlin, Kevin Walker et al. | Thomas McNichol | |
| Defense | 519 | | | SS1_01357793 | SS1_01357795 | Email | 3/4/11 | Kristen Morris | Chris Carlin | |