UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ROSS MCLELLAN,        )<br>)<br>Defendant.      )<br>) | Criminal No. 16-10094-LTS |

## STIPULATION CONCERNING FINANCIAL INSTITUTIONS

The United States and the Defendant stipulate and agree that:

(1)   State Street Corporation is a financial institution, as defined in Title 18, United States Code, Section 20.

(2)   AXA Equitable Life Insurance Co. is a financial institution, as defined in Title 18, United States Code, Section 20.

| | |
|---|---|
| SANDRA MOSER<br>Acting Chief, Fraud Section<br>Criminal Division | ROSS MCLELLAN<br>Defendant |
| By:  */s/ William E. Johnston*<br>    WILLIAM E. JOHNSTON<br>    Trial Attorney | By: */s/ Martin G. Weinberg*<br>    MARTIN G. WEINBERG<br>    Counsel for Defendant |
| ANDREW E. LELLING<br>United States Attorney | By: */s/ Robert M. Goldstein*<br>    ROBERT M. GOLDSTEIN<br>    Counsel for Defendant |
| By:  */s/ Stephen E. Frank*<br>    STEPHEN E. FRANK<br>    Assistant U.S. Attorney | |

1

## **CERTIFICATE OF SERVICE**

    I certify that on June 1, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                                     /s/ *William E. Johnston*
                                                                     WILLIAM E. JOHNSTON