UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>ROSS MCLELLAN,            )<br>    Defendant               )<br>) | No. 16-cr-10094-LTS |

**NOTICE OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance as co-counsel for the Defendant, Ross McLellan, in the above-captioned matter.

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: June 3, 2018

## **CERTIFICATE OF SERVICE**

I, Maksim Nemtsev, hereby certify that on this date, June 3, 2018, a copy of the foregoing documents has been served, via electronic mail, upon Assistant U.S. Attorney Stephen E. Frank and U.S. Department of Justice Trial Attorney William Johnston.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.