

USA v. McLellan
Butts, John
to:
Maria_Simeone@mad.uscourts.gov
06/08/2018 06:56 PM
Hide Details
From: "Butts, John" <John.Butts@wilmerhale.com>
To: "Maria_Simeone@mad.uscourts.gov" <Maria_Simeone@mad.uscourts.gov>
History: This message has been forwarded.

Ms. Simeone,

You may recall that at a recent status conference Judge Sorokin asked me to reach out to two former State Street inhouse lawyers, Simone Paul and Krystyna Beck, and counsel for a former associate of one of State Street's outside counsel, Sarah Lewis, to share his views and encouragement that they voluntarily testify via videoconference.  I'm not sure how the Court wanted me to report back, and thought that you might pass on this note.

Each of these women carefully considered the Court's request and took some time to think about it.  Each has, however, declined to participate.

Thank you,

John

**John J. Butts | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6515 (t)
+1 617 526 5000 (f)
john.butts@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.