

**U.S. Department of Justice**

Criminal Division

---

Office of the Assistant Attorney General        Washington, D.C. 20530

**MAY 3 0 2018**

The Honorable Andrew Lelling
United States Attorney
District of Massachusetts
John Joseph Moakley
United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention:    Stephen E. Frank
                Williams Johnston
                Assistant United States Attorneys

      Re:    *U.S. v. Ross McLellan*

Dear Mr. Lelling:

      Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Stephen J. Finocchi to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                                            Sincerely,

                                            Raymond N. Hulser
                                            Deputy Assistant Attorney General