UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 16-10094-LTS-MBB |
| ROSS MCLELLAN and EDWARD PENNINGS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

JOINT MEMORANDUM FOR SECOND INTERIM STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(b).

1. Status of Discovery

The government has produced extensive automatic discovery as well as additional materials. The government has requested reciprocal discovery. The government has responded to several discovery requests of the defendants, and there are no additional discovery requests pending. The defendants are in the process of reviewing the materials produced by the government in order to determine whether they will file any discovery-related motions. The parties request that the Court set the following schedule for any such motions: defendants' motions due January 30, government's response due February 13, and defendants' reply, if any, due February 21.

2. Additional Discovery to Be Produced

The government expects to produce a very small volume (likely consisting of several hundred pages or less) of additional discovery within the next several days. Much of the

1

production will consist of versions of documents already produced, as well as notes of an FBI interview of defendant McLellan in another criminal investigation.

3. <u>Timing of Additional Discovery Requests</u>

As noted, the parties request that the Court set the following schedule for discovery motions: defendants' motions due January 30, government's response due February 13, and defendants' reply, if any, due February 21.

4. <u>Protective Orders</u>

The Court has previously issued two protective orders. <u>See</u> Dkt. 34, 51.

5. <u>Timing of Any Pre-Trial Motions Under Fed. R. Crim. P. 12(b)</u>

The parties propose that pre-trial motions, if any, be filed by May 8, 2017.

6. <u>Expert Witness Disclosures</u>

The parties propose a schedule for expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) and 16(b)(1)(C) with the government producing expert disclosures 70 days prior to trial and the defendants producing expert disclosures 45 days prior to trial with the Government producing disclosures as to any rebuttal experts 25 days prior to trial

7. <u>Defenses of Insanity, Public Authority or Alibi</u>

The defendants do not intend to advance a defense of insanity, public authority or alibi.

8. <u>Excludable Delay</u>

The Court has previously issued an order of excludable delay until the trial, which has been set for October 23, 2017. <u>See</u> Dkt. 42.

9. <u>Status of Plea Discussions and Estimated Length of Trial</u>

The parties have not engaged in any plea discussions. The government estimates that a trial is likely to last approximately 3 weeks.

10. <u>The Timing of a Final Status Conference</u>

The parties request a that the Court schedule a final status conference as soon as practicable on or after March 1, 2017.

Respectfully submitted,

| | |
|---|---|
| ROSS MCLELLAN<br>Defendant | WILLIAM D. WEINREB<br>ATTORNEY FOR THE UNITED STATES<br>Acting Under Authority Conferred by 28 U.S.C. § 515 |
| By: */s/ Martin Weinberg*<br>  MARTIN G. WEINBERG, ESQ.<br>  Counsel to Ross McLellan | By: */s/ Stephen E. Frank*<br>  STEPHEN E. FRANK<br>  Assistant U.S. Attorney |
| EDWARD PENNINGS<br>Defendant | ANDREW WEISSMANN<br>Chief, Fraud Section<br>Criminal Division |
| By: */s/ Roger A. Burlingame*<br>  ROGER A. BURLINGAME, ESQ.<br>  Counsel to Edward Pennings | By: */s/ Aisling R. O'Shea*<br>  AISLING R. O'SHEA<br>  Trial Attorney |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 13, 2017

*/s/ Stephen E. Frank*

3

Stephen E. Frank

4