UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 16-10094-LTS |
| ROSS MCLELLAN, | ) | |
| Defendant. | ) | |

**<u>GOVERNMENT'S SUPPLEMENTAL OBJECTIONS TO DEFENSE EXHIBITS</u>**

The government respectfully submits this brief synopsis of supplemental objections to defense exhibits proposed to be introduced. Due to a miscommunication, the government inadvertently did not review these additional exhibits when they were identified yesterday. The government is prepared to more fully explain its objections at the Court's convenience, and will separately email the objected-to exhibits to the Court.

Exhibit 300 – Relevance

Exhibit 309 – Relevance and hearsay

Exhibit 310 – Relevance and hearsay

Exhibit 344 – Hearsay

Exhibit 355 – Rule 104(b) – Conditional relevance.

Exhibit 365 – Relevance and hearsay

Exhibit 502 – Relevance and hearsay

Exhibit 505 – Relevance and hearsay

Exhibit 506 – Relevance and hearsay

Exhibit 507 – Relevance and hearsay

Exhibit 508 – Relevance and hearsay

Exhibit 509 – Relevance and hearsay

Exhibit 510 – Relevance and hearsay

                              Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | ANDREW E. LELLING |
| Acting Chief, Fraud Section | United States Attorney |
| Criminal Division | |
| | |
| By:  /s/ William E. Johnston | By:  /s/ Stephen E. Frank |
| WILLIAM E. JOHNSTON | STEPHEN E. FRANK |
| Trial Attorney | Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

I certify that on June 20, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                                  /s/ *Stephen E. Frank*
                                                 STEPHEN E. FRANK