UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 16-10094-LTS |
| ROSS MCLELLAN | ) |

VERDICT SLIP

We, the jury, being unanimous, have reached the following verdicts:

**1. COUNT ONE:** **CONSPIRACY TO COMMIT OFFENSES AGAINST THE UNITED STATES IN VIOLATION OF 18 U.S.C. §371**

    1.A.    CONSPIRACY TO COMMIT SECURITIES FRAUD

    _____ NOT GUILTY    _____ GUILTY

    1.B.    CONSPIRACY TO COMMIT WIRE FRAUD

    _____ NOT GUILTY    _____ GUILTY

**2. COUNT TWO:** **SECURITIES FRAUD IN VIOLATION OF 15 U.S.C. §78j(b), 15 U.S.C. §78ff(a), 18 C.F.R. §240.10b-5, AND 18 U.S.C. §2 (NTMA)**

    _____ NOT GUILTY    _____ GUILTY

**3. COUNT THREE:** **SECURITIES FRAUD IN VIOLATION OF 15 U.S.C. §78j(b), 15 U.S.C. §78ff(a), 18 C.F.R. §240.10b-5, AND 18 U.S.C. §2 (ROYAL MAIL)**

    _____ NOT GUILTY    _____ GUILTY

**4.  COUNT FOUR:**          **WIRE FRAUD IN VIOLATION OF 18 U.S.C. §1343 AND 18 U.S.C. §2 (NTMA, EMAIL DATED APRIL 5, 2011)**

_____ NOT GUILTY                    _____ GUILTY

**5.  COUNT FIVE:**          **WIRE FRAUD IN VIOLATION OF 18 U.S.C. §1343 AND 18 U.S.C. §2 (ROYAL MAIL, EMAIL DATED JUNE 22, 2011)**

_____ NOT GUILTY                    _____ GUILTY

**6.  COUNT SIX:**          **WIRE FRAUD AFFECTING A FINANCIAL INSTITUTION IN VIOLATION OF 18 U.S.C. §1343 AND 18 U.S.C. §2 (AXA, EMAIL DATED FEBRUARY 24, 2011)**

_____ NOT GUILTY                    _____ GUILTY

I certify that the above are the unanimous answers of the jury.

_____                    _____
DATE                                                    FOREPERSON'S SIGNATURE

2