IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>JUAN BRAVO-FERNANDEZ [1],<br>HECTOR MARTINEZ-MALDONADO [2],<br><br>**Defendants.** | CRIMINAL NO. 10-232 (FAB) |



RECEIVED & FILED
MAR 0 7 2011
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

## VERDICT

### COUNT I

With respect to Count I, conspiracy, we the jury unanimously find defendant Juan Bravo-Fernandez:

NOT GUILTY _____    GUILTY  _X_

If you find defendant Bravo-Fernandez not guilty, proceed to Count I with respect to defendant Hector Martinez-Maldonado. If you find defendant Bravo-Fernandez guilty, please answer the following questions.

Which one or more of these was the object of the conspiracy (check all that you unanimously find to apply):

Case 3:16-cr-00094-LTS Document 468-1 Filed 06/23/18 Page 2 of 6
Case 3:10-cr-00232-FAB Document 438 Filed 03/07/11 Page 2 of 6

Criminal No. 10-232 (FAB)                                                    2

To commit bribery concerning programs receiving federal funds (defendant Bravo-Fernandez's transfer of things of value to defendant Martinez-Maldonado and/or to Jorge de Castro Font):

YES _____          NO __X__

To commit bribery concerning programs receiving federal funds (defendant Martinez-Maldonado's and/or Jorge de Castro-Font's solicitation or acceptance of things of value from defendant Bravo-Fernandez):

YES _____          NO __X__

To travel in interstate commerce in aid of racketeering:

YES __X__          NO _____

With respect to Count I, conspiracy, we the jury unanimously find defendant Hector Martinez-Maldonado:

NOT GUILTY _____          GUILTY __X__

If you find defendant Martinez-Maldonado not guilty, proceed to Count II. If you find defendant Martinez-Maldonado guilty, please answer the following questions.

Criminal No. 10-232 (FAB)                                                                 3

Which one or more of these was the object of the conspiracy (check all that you unanimously find to apply):

To commit bribery concerning programs receiving federal funds (defendant Bravo-Fernandez's transfer of things of value to defendant Martinez-Maldonado and/or to Jorge de Castro Font):

            YES _____          NO _X_

To commit bribery concerning programs receiving federal funds (defendant Martinez-Maldonado's and/or Jorge de Castro-Font's solicitation or acceptance of things of value from defendant Bravo-Fernandez):

            YES _____          NO _X_

To travel in interstate commerce in aid of racketeering:

            YES _____          NO _X_

## COUNT II

With respect to Count II, Interstate Travel in Aid of Racketeering, we the jury unanimously find defendant Juan Bravo-Fernandez:

            NOT GUILTY _____          GUILTY _X_

If you find defendant Bravo-Fernandez not guilty, proceed to Count III. If you find defendant Bravo-Fernandez guilty, please answer the following questions.

Which one or more of these did defendant Bravo-Fernandez travel with the intent to do (check all that you unanimously find to apply):

Bribery concerning programs receiving federal funds:

YES \_\_\_\_\_  NO  _X_

Bribery in violation of Puerto Rico law:

YES  _X_  NO \_\_\_\_\_

## COUNT III

With respect to Count III, Interstate Travel in Aid of Racketeering, we the jury unanimously find defendant Hector Martinez-Maldonado:

NOT GUILTY  _X_   GUILTY \_\_\_\_\_

If you find defendant Martinez-Maldonado not guilty, proceed to Count IV. If you find defendant Martinez-Maldonado guilty, please answer the following questions.

Criminal No. 10-232 (FAB)                   5

Which one or more of these did defendant Martinez-Maldonado travel with the intent to do (check all that you unanimously find to apply):

Bribery concerning programs receiving federal funds:

YES _____      NO _____

Bribery in violation of Puerto Rico law:

YES _____      NO _____

### COUNT IV

With respect to Count IV, Federal Program Bribery, we the jury unanimously find defendant Juan Bravo-Fernandez:

NOT GUILTY _____      GUILTY _X_

### COUNT V

With respect to Count V, Federal Program Bribery, we the jury unanimously find defendant Hector Martinez-Maldonado:

NOT GUILTY _____      GUILTY _X_

Criminal No. 10-232 (FAB)                                                                 6

## COUNT VI

With respect to Count VI, Obstruction of Justice, we the jury unanimously find defendant Hector Martinez-Maldonado:

NOT GUILTY __X__          GUILTY _____

Signed: _____          Date: __03/07/11__
    DO NOT SIGN,
PUT ONLY YOUR JURY NUMBER