UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROSS MCLELLAN | Criminal Action No. 16-10094-LTS |

VERDICT SLIP

We, the jury, being unanimous, have reached the following verdicts:

1. COUNT ONE: **CONSPIRACY TO COMMIT OFFENSES AGAINST THE UNITED STATES IN VIOLATION OF 18 U.S.C. §371**

_______ NOT GUILTY    ___X___ GUILTY

2. COUNT TWO: **SECURITIES FRAUD IN VIOLATION OF 15 U.S.C. §78j(b), 15 U.S.C. §78ff(a), 18 C.F.R. §240.10b-5, AND 18 U.S.C. §2 (NTMA)**

_______ NOT GUILTY    ___X___ GUILTY

3. COUNT THREE: **SECURITIES FRAUD IN VIOLATION OF 15 U.S.C. §78j(b), 15 U.S.C. §78ff(a), 18 C.F.R. §240.10b-5, AND 18 U.S.C. §2 (ROYAL MAIL)**

_______ NOT GUILTY    ___X___ GUILTY

4. COUNT FOUR: **WIRE FRAUD IN VIOLATION OF 18 U.S.C. §1343 AND 18 U.S.C. §2 (NTMA, EMAIL DATED APRIL 5, 2011)**

_______ NOT GUILTY    ___X___ GUILTY

**5. COUNT FIVE:** **WIRE FRAUD IN VIOLATION OF 18 U.S.C. §1343 AND 18 U.S.C. §2 (ROYAL MAIL, EMAIL DATED JUNE 22, 2011)**

_______ NOT GUILTY X GUILTY

**6. COUNT SIX:** **WIRE FRAUD AFFECTING A FINANCIAL INSTITUTION IN VIOLATION OF 18 U.S.C. §1343 AND 18 U.S.C. §2 (AXA, EMAIL DATED FEBRUARY 24, 2011)**

X NOT GUILTY _______ GUILTY

I certify that the above are the unanimous answers of the jury.

6/26/18
DATE

[signature]
FOREPERSON'S SIGNATURE