UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 16-10094-LTS |
| ROSS MCLELLAN, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATUS REPORT REGARDING POST-TRIAL BRIEFING**

The government respectfully submits this brief status report regarding post-trial briefing.

The defendant filed a motion for a judgment of acquittal pursuant to Fed. R. Crim. P. 29 on June 19, 2018. On June 20, the Court noted that it intended to reserve decision on the defendant's motion, and was "not requiring the government to file a response to it." See 6/20/18 Tr. at 82:14-16.

The defendant has recently advised that he intends to file a renewed motion for a judgment of acquittal pursuant to Fed. R. Crim. P. 29(c), as well as a motion for a new trial pursuant to Fed. R. Crim. P. 33. Accordingly, absent further direction from the Court, the government's intention is to await these filings before filing a response.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | ANDREW E. LELLING |
| Acting Chief, Fraud Section | United States Attorney |
| Criminal Division | |
| | |
| By: */s/ William E. Johnston* | By: */s/ Stephen E. Frank* |
| WILLIAM E. JOHNSTON | STEPHEN E. FRANK |
| Trial Attorney | Assistant U.S. Attorney |

## **CERTIFICATE OF SERVICE**

I certify that on July 3, 2018, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ *Stephen E. Frank*
STEPHEN E. FRANK