UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ROSS MCLELLAN          )<br>)<br>Defendant.       )<br>_____ ) | Criminal No. 16-10094-LTS |

## ASSENTED-TO MOTION TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7.1(b)(4), the government respectfully seeks leave of the Court to exceed the 20-page limit and to file the attached opposition to the defendant's renewed Motion for Judgment of Acquittal and in the Alternative for a New Trial, as well as his predecessor motion for a judgment of acquittal. As grounds and reasons therefor, the government states that the additional pages are necessary to address the factual and legal issues raised by the defendant's motions and the three-week trial in this matter. The defendant, by his counsel, assents to the government's motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  */s/ Stephen E. Frank*
STEPHEN E. FRANK
Assistant U.S. Attorney

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division

By:  */s/ William E. Johnston*
William E. Johnston
Trial Attorney

Date:  July 23, 2018

2

**CERTIFICATE OF SERVICE**

      I, Stephen E. Frank, hereby certify that on July 23, 2018, I served a copy of the foregoing on counsel of record in this case by electronic filing.

                                                    /s/ *Stephen E. Frank*
                                                    STEPHEN E. FRANK
                                                    Assistant U.S. Attorney