UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 16-10094-LTS |
| ROSS MCLELLAN, Defendant | ) ) ) ) ) | |

**MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF FIVE PAGES TO GOVERNMENT'S OPPOSITION TO RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND IN THE ALTERNATIVE MOTION FOR NEW TRIAL**

Now comes the defendant Ross McLellan, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for leave to file a reply in excess of five pages responding to the government's opposition to his Renewed Motion for Judgment of Acquittal and in the alternative Motion for New Trial. As grounds and reasons therefor, Mr. McLellan states that additional pages are necessary to fully respond to the factual and legal issues raised by the government's 38-page opposition. Mr. McLellan further requests that his reply be due on July 31, 2018.

**WHEREFORE**, the defendant respectfully requests that the instant motion be allowed.

**Local Rule 7.1(a)(2) Certification**

The undersigned counsel conferred with counsel for the Government and the Government, by and through Stephen E. Frank, does not oppose this request. The Government does, however, oppose the request for judgment of acquittal or a new trial.

1

Respectfully submitted,

Ross McLellan
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: July 24, 2018

**CERTIFICATE OF SERVICE**

    I, Martin G. Weinberg, hereby certify that on this date, July 24, 2018, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg