UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | No. 16-10094-LTS |
| ROSS MCLELLAN, ) Defendant ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance as co-counsel for the Defendant, Ross McLellan, in the above-captioned matter.

Respectfully submitted,

**/s/ Michael Pabian**
Michael Pabian
Mass. Bar No. 684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

Dated: July 31, 2018

## CERTIFICATE OF SERVICE

I, Michael Pabian, hereby certify that on this date, July 31, 2018, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Michael Pabian**
Michael Pabian