Dear Judge Sorokin,

My name is Craig DeGiacomo and I am writing to you today on behalf of Ross McLellan. I am not writing to discuss the facts of Ross's case but to provide my insight into Ross as a former co-worker and more importantly as a friend.

A little about myself...I am 46 years old and I've lived in Marshfield MA for the past 18 years with my wife of 20 years and our three children who are 17, 15 and 13 years old. I worked at State Street from 1994 to 2011 then left for 7 years to work at Pioneer Investments and recently rejoined State Street in May of this year.

I have known Ross for about 20 plus years starting when we worked together at State Street. Although we worked in different divisions, myself at State Street Global Advisors and Ross in Global Markets, as our careers advanced we got to know one another better working on mutual client relationships, doing many joint meetings and even traveling quite a bit together to visit clients. In my 24 plus years in the industry I haven't met or worked with another individual with more professional integrity, intelligence, and client focus than Ross. Simply put Ross put the clients' needs first, always had their best interests in mind, and was very effective in working with clients in creating real solutions for their needs. I could poll all of the mutual clients we worked on together and they would all echo those comments. In fact many have reached out to me directly over the years to check in on Ross and wish him the best. Ross without a doubt created deep, long-lasting, and trustworthy relationships with his clients.

More importantly to me than the great professional relationship I have with Ross is the better personal friendship that has developed over the years. Ross and I have spent time together with our families, had dinners with spouses and enjoyed our favorite activity golf. I have come to know a man that puts his family first. He is a great father to his four children. He is very involved their activities, helps coach their sports and he is very involved in the community of Hingham where they live. He is also a devoted husband to his wife Lisa. He is always putting the kids and Lisa first.

Finally, there is an old saying that you really get to know a man from spending time on a golf course with him. I can tell you from my time with Ross I've been lucky enough to get to know a true friend. He is someone whom I have been able to get both personal and professional advice from, someone who would do anything for me without asking why, and finally someone whom I would trust with anything—knowing he would do what he felt was right. Ross is a good man and an even better father, husband and, friend.

Thank you for your time and best regards,

Craig DeGiacomo