Dear Judge Sorokin,

My name is Michael Feehily and I am writing to you today on behalf of Ross McLellan. I am 48 years old and have lived in Scituate, MA for the past 16 years with my wife, Michelle, and our two children ages 19 and 17. I have worked at State Street Corporation since graduating from Babson College over 26 years ago.

I have known Ross for more than 20 years now. Although we worked in different areas of the firm from the late 1990s until 2006, our groups interacted in the line of business quite often. It was easy to see from a distance that he was a person of tremendous intellect. I also got to know Ross over this period on a more personal level as we often commuted together to and from work and the South Shore on the Hingham ferry. In late 2006, Ross asked me if I would consider leading a new business reporting to him. I was humbled and honored by his offer and left my job of 9 years at State Street Global Advisors to accept this position. This turned out to be a great career decision for me as I learned as much in my 4 years working for him as I have throughout the rest of my career at State Street. I had always viewed Ross as a person of high integrity. During this time I was also able to witness firsthand his intelligence in action, his loyalty and devotion to his staff, the mentoring he provided to each and every member of the team, and his willingness to dig in the trenches to help whenever someone was struggling to grasp a certain task. The needs of his employees and their betterment always came first to Ross. Over the years, I came to see that the same was certainly true as it related to his family and friends. It was also amazing to see the reverence that many clients held Ross in during the time I worked for him. In fact, some of these clients that I have met with since then have continued to talk about their admiration for him.

One of the hardest things I have had to do in my career was to tell Ross, a person that I had so much respect for, that I was leaving for another position back at State Street Global Advisors in 2010. While I could tell he was disappointed, it was also quite apparent that he was happy for my opportunity and only wanted what was best for me. I have since turned to him for both professional and personal advice on many occasions and he has never hesitated to offer me his wisdom. He is truly somebody who would give the shirt off his back to anyone without hesitation. I am proud to count Ross as a good friend.

Ross has been a devoted husband to his wonderful wife, Lisa, and a loving father to his four young children – Luke, Matthew, Tommy, and Julia. He has volunteered many hours to coaching their athletic teams and working with the kids throughout his community. Despite being promoted to Executive Vice President at a very young age, a promotion he had very much earned and deserved, Ross and his family have always lived a relatively modest lifestyle true to his roots and upbringing.

I understand that a jury of his peers has found him guilty on five counts. It is not my intent to dispute or debate that finding in this correspondence and I certainly don't mean to diminish what he has been convicted of doing. I only want to say that we all make mistakes and everyone deserves a second chance. During this long ordeal, I know that Ross and his family have suffered tremendously. He has lost the ability to make a living during his prime earning years, he will never again be able to work in the industry he grew up in and thrived in, and I imagine that this long process of defending himself in this case has had a significant effect on the family's savings. While he may have brought this upon himself, I would hate to see this conviction result in him being separated from his wife and his young children who have stuck by him throughout. To make matters even worse, Ross also suffered the loss of both his parents within a few months of each other during this time. I humbly ask for your compassion and leniency.

I greatly appreciate your time and consideration.

Respectfully Yours,

*Michael Feehily*

Michael Feehily
(781) 812-9550