9/4/2018

• • •

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston MA 02210



Chris Hennessey
Entercom Communications
20 Guest Street
Boston MA 02135

Dear Judge Sorokin

I have gotten to know Ross and his family through our children's youth hockey. I remember the first time I met HIM, because a mutual friend pointed him out in a rink and was boasting about what a great friend he has been to him and his family. He said I must meet him. Ross asked me questions about me and my family clearly making me feel welcome.

Many times when I meet people in circumstances like this they feel that they must brag about their kids or personal situation often times to make you feel uneasy. Not Ross. He generously would give his time and attention to anyone.

I have come to find out that Ross volunteered countless hours behind the scenes without wanting or receiving any recognition. I have witnessed him playing with his own kids and can see that he is in love with his family. While others stand by and watch their kids play, he actively engages with them and other kids and I find this to be so heart-warming.

To SUM up Ross in a few words would be impossible, but kindness, tolerance, integrity, modesty, generosity come to mind. Most of all, he is a true gentleman that loves his family and the community.

Thank you for your consideration and service to our nation

Chris Hennessey