

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

August 6, 2018

Re: Ross McLellan

Your Honor,

I am grateful for the opportunity to speak on behalf of my husband, Ross McLellan, and our family. Ross and I have been partners for nearly 22 years. We met in Boston in the 1990s, shortly after I finished my graduate degree from Boston University and Ross was working at his first job and putting himself through a graduate program at Boston College in the evenings. I had no intention of remaining in Boston at the time, and had already secured a job in educational publishing in New York City, where I planned to live and work to be near my family (I come from a large, close-knit Italian American family in New Jersey, where both of my parents spent decades as public school teachers and my grandfather was a high school principal). But I was drawn to Ross's intelligence, his kindness, his brilliant sense of humor, his generosity; and so we maintained a long-distance relationship. After a few years living in New York, during which time Ross took the Peter Pan bus from South Station to visit me most weekends, I arranged a work transfer and moved back to Boston to be with Ross. It was a difficult and life-changing decision for me to move away from my family, but one that I would make again today, without hesitation. Ross and I married a year later, in 2000.

In 2001 we left the city and moved to the South Shore, where we knew we wanted to start a family. We chose Hingham because of the excellent public schools. Our first son was born in 2005, and by late 2010, we had three more children, including a set of twins. During that time, we quickly realized it was unsustainable for us both to work full-time and raise our children the way we wanted to, so I left my job at Pearson Education to freelance (eventually re-joining the staff on a part-time basis). Ross had a demanding job at State Street that required frequent travel. He enjoyed his job but hated to be away from his family, and would often take overnight flights home so he could be with us.

28 West Henderson Road
Columbus, Ohio 43214

1-614-261-5360
hello@ohlingerpublishing.com



Ross is the hardest-working person I know. His parents did not go to college, nor did they have the financial resources to fund his education. As a teenager he worked multiple jobs to help support his family, and he continued that financial support until his parents passed away. He put himself through college and graduate school on scholarship and loans. Both he and I have very strong work ethics and place a very high premium on education. Ross has been a faithful donor to his alma mater, Stonehill College, and has mentored and helped several young alumni secure positions in the financial industry. We also feel very strongly about the need to give back to the community. While at State Street, Ross led volunteer teams in service of the Cradles to Crayons organization, donated a percentage of his salary to the United Way, and was a sponsor for the Jimmy Fund. More recently, he and I are on the planning committee for an annual summer fundraiser in our town to benefit Children's Hospital. Ross spends countless hours helping to organize this charity Wiffle ball tournament—from ordering t-shirts, to recruiting teams, to working the event itself.

When Ross left State Street in 2011, he was distressed about the loss of a job to which he was so dedicated. But Ross is incredibly intelligent and self-motivated, and it surprised none of us when he persevered. He began reaching out to previous clients and set about building his own financial consulting firm. Ross was delighted when his small business, Harbor Analytics, started gaining traction. This career move allowed him the flexibility to spend more time with our children and afforded him the opportunity to pursue one of his passions: volunteer coaching for our town's various youth sports organizations. With Ross working fewer hours, it became feasible for me, and economically necessary, to resume my own career in academic publishing. I am currently a senior editor at an editorial firm based out of Columbus, OH, where I must travel for meetings several times a year. Since my return to full-time employment in 2016, Ross has assumed many of the primary daily parenting responsibilities for our large family: he packs lunches, drives the children to school and religious education classes, takes them to medical appointments, attends parent-teacher conferences, and coaches their youth hockey teams. Further, our oldest son has special needs, diagnosed at age 7 by a neurologist at Boston Children's Hospital with severe attentional deficits that impact his academic and social development. Ross is devoted to our son's care and medication management. I cannot fathom bearing the burden of being both the primary wage earner and also sole care provider for our four children.

The last few years have been stressful and challenging for our family. Ross lost both of his parents within a few months of each other in 2016. My own father is battling metastatic cancer.



Our children have experienced much loss in a short period of time. Ross and I have felt the strain of caring for both young children and aging and ailing parents. That strain is particularly acute for me because my own family is out-of-state. Additionally, Ross's professional and legal struggles have been made very public, and his small business (and income source) has disintegrated. My older two sons, in particular, are painfully aware of the situation. My 13-year-old son has had to withstand insensitive comments about his father's case in the middle school cafeteria. Yet throughout it all, Ross has been a model of resiliency and grace for our children, always answering their questions honestly, teaching them to be kind to others, and encouraging them to stand up for what they believe in. During his trial, Ross was adamant that this was his burden to shoulder alone, and actively discouraged his many family members and friends from coming to court to support him. He was concerned that I would jeopardize my own employment and our livelihood by taking too much time away from work to attend the trial, and was only comfortable with me attending on a handful of days. The most wrenching day of his June trial was the day he had to miss his fifth grader's graduation ceremony. And yet even in these bleakest and most uncertain of times, Ross exhibits a profound sense of gratitude for his family and his blessings. I could not be more proud of the example he has set for our children.

Quite simply, Ross is adored by our four children: ▮ (13), ▮ (11), ▮ (7), and ▮ (7). They know no other world than the one in which he packs their backpacks, plays catch in the yard, drives them to practices, applauds at dance recitals, cheers them on at their games, reads with them, and tucks them into bed at night.

In our more than two decades together, I've never doubted Ross's integrity, the depth of his character, or his moral compass. He is a model neighbor, friend, and brother. He is the first person to lend a hand to someone in need – whether that be an elderly neighbor who needs her driveway shoveled, a friend who is down on his luck, a cause he feels passionately about that he can support financially or by devoting his time, a youth sports team that needs a coach. He is a beloved member of our community. He is an *extraordinary* husband and father.

Thank you again for your time and attention.

Respectfully,

Lisa Ziccardi McLellan

28 West Henderson Road
Columbus, Ohio 43214

1-614-261-5360
hello@ohlingerpublishing.com