

The Honorable Leo T. Sorokin  
United States District Court  
John Joseph Moakley Courthouse  
1 Courthouse Way  
Boston, MA 02210

August 1, 2018

Re: Ross McLellan

Dear Judge Sorokin,

I am writing this letter on behalf of my nephew, Ross McLellan, who is a loving, caring, and capable son, husband, father, brother, grandson, and uncle. He wears many hats. From my perspective, the best way to describe him is "family man" and all that entails.

Ross is the youngest of my late brother's three children. As a child growing up he was a happy, fun loving, caring individual. He was academically gifted, especially in math. As a teenager, his first job was at Almac supermarket in the meat and produce department. The first thing he did upon getting the job was to join the union, thus receiving a higher wage. Ross was always a good manager.

He was, and still is, an avid sports enthusiast. I love it when he and I text back and forth during a Patriot's or Celtic's game. He played hockey for Pilgrim High School. What he lacked in natural talent he made up in determination and effort. As the goalie for his high school team they won the division championship.

After graduating from Stonehill College he met and married the love of his life, Lisa. He began working at State Street Bank. As he rose in the ranks his position required him to travel more and took him away from his growing young family. He did not want to find that in future years he did not know his children. After he parted ways with State Street Bank and started his own business, he quickly found the silver lining and enjoyed being more involved with his young family. His four children are very actively involved in sports. It seems there is always a practice,

game, recital or some other event to attend. Ross is always on the go! He is in his glory when he is with his children!

At family gatherings, whether preparing, cooking, serving or cleaning up, Ross and Lisa work as a team. The same would happen if the celebration was held at his late parents' home. Since their home was very small and lacked some modern amenities (such as a dishwasher), Ross would be the first one to jump up and start washing the dishes. When it came to caring for his aging parents, if he saw a need, he addressed it. Ross kept daily tabs on his parents, both of whom died in 2016. As they became more incapacitated he and his siblings were totally involved with their care. At his lunch break he might have to travel from Hingham to Cumberland, Rhode Island to check on them or attend a care conference. No small feat.

It also always impressed me how well Ross and Lisa handle their parental obligations, whether monitoring their children's progress in school or managing their religious responsibilities such as attending weekly Mass, or making sure their children make their first communion.

Since I am a Religious Sister of Mercy and involved in fund raising for our community needs, on several occasions I have asked Ross for financial support for our causes. He always responded positively and has always been very generous.

As his aunt, I am very proud of what Ross has become: a caring, loving, sensitive person.

Regards,

*Sister R A McLellan*

Sister Rose Angela McLellan

Religious Sisters of Mercy