The Honorable Leo T. Sorokin

United States District Court

John Joseph Moakley Courthouse

1 Courthouse Way

Boston, MA 02210

**RE: Ross McLellan**

My name is Jeff Chisholm, and I live in Hingham with my wife and three children. We moved to Hingham in 2010 and have grown to know Ross and Lisa McLellan and their four children; ███████████ and ███. Our children attend school together and have been on several sports teams together. I've also had the opportunity to coach hockey with Ross and serve alongside him on the Hingham Youth Hockey Board. We have spent countless hours together simply cheering our children on during both their school and sporting events. All of this has led to a wonderful friendship between our families.

I consider Ross to be one of my closest friends in Hingham. It is hard not to like Ross as he has so many traits that make him such a great friend. First and foremost, you can always count on Ross. They often say it takes a village to raise kids these days and if this is the case then we are certainly blessed to have Ross McLellan part of our village. I can't even begin to count the number of times he has driven our kids to practices and games. If asked, he' would probably tell you that we've done the same, but in all honesty we haven't even come close to returning all the times he has helped out our family. Ross truly is that friend who is always willing to help others. He is that friend that shows up at your door to take you to dinner knowing your family is not around to help you celebrate your birthday. He is that friend that would drop his plans or rearrange his schedule to help you out again and again never expecting anything in return.

Ross is not only a friend to me, but also a friend to his entire community. He spends numerous hours volunteering his time within our community. He has coached several teams for Hingham Youth Hockey and doesn't hesitate to offer his help with other sports. Coaching with him, I have witnessed first-hand the positive influence he has had on the kids in our community. He is able to coach in a manner that promotes both growth, sportsmanship, and respect for their team. I would actually describe him as the driving force behind Hingham Youth Hockey serving as both equipment manager and league representative. He has done such an outstanding job managing our equipment that he has rightfully earned the nickname "USA Equipment Manager of the Year". This past winter, he even took it upon himself to organize a Mite House hockey Holiday tournament in Hingham. He wanted the kids to have something fun to do during their school vacation. My son still talks about this tournament and how much fun he had playing in it. Most recently, he assisted in organizing teams for a charity whiffle ball tournament benefitting Children's Hospital. This is yet another example of Ross's selfless devotion to not only his own children, but the children within our community. I often stand back in awe, wondering how he has the time for all this and still manage a business and his own four children. He does it with ease and an enthusiasm that is infectious among the kids. Simply put, Ross McLellan is a positive role model for all our kids.

If sense of humor can be described as a character strength than Ross scores high in this department. He is that guy you want to be around. I have often heard people describe him as hysterical. However, his humor is never intended to overtake a crowd. It is the type of humor that makes you laugh even when this is not his intention. His quick wit is undeniable and he can bring laughter when it is most needed. The mood is always light when you are around Ross. His sense of humor has never dwindled even in the midst of his own personal despair.

I could continue to list attributes that I admire in Ross as I have only just highlighted a few. I write this letter on his behalf not only because he is my friend, but also because I know he would do the same for me. Ross is a selfless friend, an incredible dad, and a devoted husband. While all the volunteering within our community is certainly admirable, it is the devotion to his family and friends that I find the most admirable. I have witnessed his eyes light up when his son ▇ saves a goal or when his son ▇ scores that goal. I have witnessed his pride when his twins get up on stage at their elementary school to perform a song or recite a poem at all school meeting. I have seen the smile on his face when his daughter ▇ runs into his arms after her dance recitals or gymnastic meets eager to receive flowers from her Dad. I have seen the pride in his eyes when his son ▇ scores the winning goal on the soccer field. I have also seen the love that his family has for him. The strength, grace, and humility Ross and Lisa have shown is beyond astounding. They have never once projected their personal problems on others and in all that they have endured have ensured that their children are protected, loved, and have never lost the laughter.

Thank you for taking the time to read this letter and for your consideration.

Sincerely,

*Jeff Chism*

Jeffrey Chisholm

▇