The Honorable Leo T. Sorokin                                    July 25, 2018
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:  Ross McLellan


My name is Alexander LePage and I am Ross McLellan's nephew and godson. I am a nineteen year old college student. Adjectives such as generous, caring, and mentor come to mind when I think about his character. I have the utmost respect for my Uncle Ross and I am proud to be able to call him my godfather.

Ross is someone who would do anything for me and would truly do whatever he could to help anyone. He started a college savings fund for me and my sister (and each of my cousins) when I was born and it has been extremely helpful with the costs of school. When I was a small child, he would sometimes get Bruins or Red Sox tickets and he would always ask if I wanted to go. I remember when I was 9-years-old, he took me to my first Bruins game to watch them play the Washington Capitals and my favorite player, Alex Ovechkin. I will never forget that memory in my life. Ross also supported me when I first got my license. My grandfather had just passed away and he went out of his way to urge my parents to let me have his car. He truly has gone out of his way to help me and I will be forever grateful.

Ross is one of the most caring individuals I have ever known. He constantly calls and texts me about school, hockey, and everyday events in my life. During my four years of high school hockey, he consistently asked me about how my team was doing, went to numerous games and followed my team in the news. Throughout my college search, he would call me to give me information on schools. I was proud to be accepted into his alma mater, Stonehill College. When I was accepted, he offered to get in touch with alumni who were former classmates of his to assist me if I needed anything. He advised me so much and was a great resource during the decision process. I am thankful to have an uncle and godfather like Ross to look up to and go to him with anything.

Ross has been a great role model to me throughout my life.  I would be proud to follow in his footsteps as a businessman, husband, and father.  He has had many accomplishments such as an MBA from Boston College, numerous certifications in the financial industry, accomplished speaker and published writer in business journals.  If you met him personally you would realize that he is one of the most likeable guys you could ever meet.  He has more friends than anyone I know from all walks of life. But I respect him most for being a dedicated family man who I know I could go to with any problem and he would not judge me but offer support and guidance. He is one of the first people to offer to help coach a team that any of his children are on. Ross always makes sure that his wife and my mother have wonderful birthdays.  I look forward to him mentoring me in my future endeavors. I am truly blessed to have him in my life and I will support him with the same respect he has demonstrated to me through my life.

Respectfully,

Alexander R. LePage