

# Healthcare South, P.C.

**Cohasset Pediatrics**
223 Chief Justice Cushing Highway
Cohasset, MA 02025

www.healthcaresouth.com
Phone (781) 383-6800
Fax (781) 383-6504
Appointment Line (781) 383-6803

*Margaret G. Carolan, M.D.*
*Kevin J. Corbett, M.D.*
*Freya Emspak, M.D.*
*Kate Levin, M.D.*
*J. Douglas Pinney, M.D.*

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

I am the pediatrician for the children of Mr. Ross McLellan. I understand that Mr. McLellan is facing the possibility of incarceration, resulting in separation from his family. I am writing on behalf of his children, ▇ age thirteen, ▇ age eleven, and twins ▇ and ▇ age seven.

It would seem obvious that the separation from a parent, whether due to death, divorce, military service, or incarceration, would have significant, negative effects on dependent children's well being, both mentally, behaviorally and physically. In fact, this impact has been found to be true in multiple studies. In April of 2014, the Journal Pediatrics published a study indicating increased rates of depression, and anxiety, as well as risks to short and long-term physical health, among children of incarcerated parents.

Children at key developmental periods may be particularly vulnerable, and the McLellan children are at these stages. ▇ about to enter eighth grade, may be especially at risk. He already has to struggle with the difficulties of Attention Deficit Disorder. His father has been intimately involved in both the evaluation and ongoing treatment with ▇ administering his medication daily. As ▇ enters sixth grade, his father's presence and guidance are critical, with numerous new social and academic challenges. For second graders ▇ and ▇, a separation would be equally traumatic, as they begin to learn and understand more about their feelings and the larger future.

Thank you for the opportunity to express concern of the well-being of these children. I know that the Court will take into account the overall impact on the family, and hope that any negative effects can be minimized for these children who are both vulnerable and blameless.

Sincerely,

Kevin J. Corbett, M.D.