

Department of Neurology

541 Main Street, Suite 216, Weymouth, MA 02190
781-216-3763 | fax 781-216-3793

September 5, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Sir:

    I am a pediatric neurologist involved in the care of ▇ McLellan (DOB: 2/13/▇ since November 2012. I last saw him on July 23, 2018. ▇ has an Attention Deficit Disorder and takes medication for this every school day.

    His father's absence from home would put significant strain and stress on ▇ and his family. Due to his disorder he requires more support and supervision than one would suspect for his age. I ask you to please consider this in ▇ father's case.

Thank you,

Eugene Roe, M.D.
Attending Neurologist