# MURRAY LAW OFFICE
## ATTORNEYS AT LAW

VINCENT A. MURRAY, JR.*
STEPHEN H. MURRAY

OF COUNSEL
JONATHAN MACEDO†

*Also admitted in New Hampshire
†Also admitted in Florida

TWO CENTER PLAZA
SUITE 620
BOSTON, MASSACHUSETTS 02108

TELEPHONE (617) 720-4411
FACSIMILE   (617) 723-5370

Stephen H. Murray
smurray@murraylawoffice.com

8/9/2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

**Re: Ross McLellan**

Dear Judge Sorokin:

It is my honor to write this letter on behalf of my friend Ross McLellan, who has been an unwavering friend to myself and countless others over the years.

My involvement with Ross actually started before I knew him. He has four wonderful children, two of whom, ▓▓▓▓▓▓▓▓ have overlapped in youth baseball and hockey with my two oldest boys.

Through the first few years of athletics our children were not on the same team, but that didn't mean that Ross was not impacting my kids' lives.

I would watch in wonderment as at every practice or game, there would be a mass gathering around Ross, without fail. It would include everyone: kids, parents, coaches, opponents, referees, whoever was near him would gravitate toward him. He has a magnetic personality that is without equal. However, what sets him apart from so many is his ability to use that personality to make everyone around him feel special. He has an amazing ability to connect personally with everyone he meets, even if only for a few seconds, to offer them something that has true meaning for them.

As it pertains to my middle child, he is shy socially and does not have a lot of confidence. Getting him to games and practices was a chore, one that gave me great stress, as it was a constant battle. I noticed after a few weeks that he was no longer fighting me on going to

Murray Law Office
The Honorable Leo T. Sorokin
August 9, 2018
Page 2

practice and games. He became much more comfortable socially, I noticed him talking to the other kids around Ross as he was telling stories or congratulating the kids. Ross could sense that my child was shy and nervous, and even though he did not know me or my child at the time, he would call out my son's number and tell him in front of the others that he had made a great play. It made all the difference in the world for my son as the other kids would repeat it to him, and the praise was something that coming from someone who is not his parent, meant the world to him.

For Ross to do this for my son, who now plays with much more confidence, and is more at ease socially, without knowing either of us, told me everything I needed to know about him. He did this because he is a special person whose kindness to everyone knows no bounds. He had nothing to gain from going out of his way to help my son and put him at ease. He did it because that is the type of person he is. As a parent, when someone goes out of their way to make your child's life easier, there is no better feeling.

Shortly thereafter I introduced myself to Ross and thanked him for his overwhelming kindness. It didn't even register with him that he had done anything as it just happens naturally for him.

We have since become friends and have coached hockey together over the past two summers. In addition to the fun that always comes with spending time with Ross, it has given me the great opportunity to spend some time with his two boys, Luke and Matty and his wife Lisa.

I have tried in a way to repay Ross for his kindness to my son by doing the same for his two oldest, but it didn't come off as naturally as it does for Ross.

The two boys are the nicest and sweetest kids in town. They are exactly like their father in that their network of friends is overwhelming. They are the happiest and most outgoing children you will meet. Their house is the most popular around as Lisa and Ross have an open-door policy, and the amount of traffic between ten and thirteen-year old's who come in empty handed and leave with ice cream is astounding.

Ross is truly a beacon of our community. He does everything for others, never thinking of himself. He is a tireless contributor of his time to Hingham Youth Hockey and Hingham Baseball. He wears many hats through these organizations from coaching to fundraising, ordering equipment, setting up schedules for the teams, and of course driving all of the kids. These are all unpaid positions, but he does it because he is a wonderful father, friend, coach, and mentor to the kids.

My concern is that I will not adequately convey to you through this letter how impactful Ross' kindness has been on the development of my kids, as well as my personal friendship with him.

MURRAY LAW OFFICE
The Honorable Leo T. Sorokin
August 9, 2018
Page 3

He has an amazing bond with our community and it would not surprise me if you receive countless letters like mine, as our support for him is true and heartfelt.

We will support his children and Lisa during this difficult time with whatever they need, but truly no one can replicate the relationships he has fostered and his impact on our community.

He is the best of all things father, friend, community leader, coach, and human being. I am honored to have him as a friend.

Please feel free to contact me or if there is anything else I can offer to assist in your process, I would do so without hesitation.

Thank you.

Respectfully submitted, for Ross McLellan, by his friend,

Stephen H. Murray

Date: August 9, 2018