

**LANDLAW**
*Specialty Publishers*

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Ross McLellan</u>

Dear Judge Sorokin:

My name is Alex Mills and my wife is Sarah Mills. We have lived at ▮▮▮▮▮▮▮▮▮ in Hingham since 2005 and reside in the same neighborhood as Ross and Lisa McLellan. We have been close friends and have known their children, ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮ for most of that time.

I consider Ross to be a close friend and one of great character, wit, humor and empathy. I have spent many an evening watching Bruins games with Ross, often at his home. During those times, I've personally witnessed his love for and devotion to his children, often joking with them over allegiances to other teams, or cleverly relating events in the game to things he's witnessed in their budding sports careers. As a father of two girls myself, I've also witnessed on many occasions the unique connection between Ross and ▮▮ that only a father and daughter can share.

The McLellans have graciously opened their home to neighbors on the Fourth of July for as long as I can recall, offering their modest pool to all the neighborhood kids. Ross's commitment to their enjoyment of this day has led to a lasting tradition where, standing in the pool, Ross tosses a football to the kids who patiently line up—one by one—to jump from the diving board in an attempt to secure a catch. Other parents may come and go from the pool during this "contest," or socialize among themselves, but Ross will stay in the pool throwing ball after ball all the while offering an entertaining play-by-play. Lisa has joked that Ross's shoulder has been sore for a week after these gatherings. I can attest that our two girls (▮▮▮▮, 15 and ▮▮▮▮, 13) have looked forward to this tradition since they were very young. Despite circumstances, Ross was in the pool again this year, ensuring that this Fourth was the Fourth we have all come to cherish.

Publications
Civil Service Reporter
DEP Reporter
Discrimination Law Reporter
Housing Appeals Committee Reporter
Labor Cases
Labor Relations Reporter
Land Court Reporter
Newsclips
Special Education Reporter



Tel (800) 637-6330   Fax (617) 608-2798
Landlaw, Inc., 675 VFW Parkway, #354, Chestnut Hill, MA 02467
e-mail: alex@landlaw.com

Judge Sorokin my name is Sarah Mills, Alex's wife. I wanted offer an anecdote involving Ross that crystalizes for me Ross's character. Some years ago my husband was at the hospital with my father-in-law who was, at the time, quite ill. Alex had called to tell me that his mother was going to come stay the night with us to be closer to the hospital in case of an emergency involving his father. Our guest room bed was at the time "on loan" at a neighbor's house, and I could not collect it and set it up for her on my own. After speaking with a next-door neighbor, it was Ross who showed up a short time later, having heard through the "grapevine" that I needed help. Ross has never met my in-laws. Alex wasn't even home. Yet there he was. I have subsequently seen him routinely put others first before himself.

Thank you in advance for your consideration.

Sincerely,

*[signatures]*

Alex and Sarah Mills