*Jim Taylor*



August 25, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

**Re: Ross McLellan**

Dear Judge Sorokin:

I had the pleasure of first meeting Ross when we became neighbors in October of 2005. My wife and I had chosen this neighborhood because of its reputation as being very family friendly with many young children of similar ages to our own. During a holiday gathering during that first year, Ross came over to introduce himself to us, wanting to make sure that we felt welcome and included. We learned that his oldest child, ▉ and our son, ▉, were the same age. This began a long-standing friendship between our two families.

As the boys became older, they attended the same school and participated in many of the same activities. As they began playing sports, both Ross and I volunteered to coach the boy's teams. Ross, especially, would always be the first person raising his hand to help out. He is incredibly generous of his time, and has spent countless hours on the fields and in the rink coaching at all levels. We did our best to try to be on the same team and coach together. Over the years we have coached many soccer and baseball teams, and Ross has coached ▉ in hockey for multiple years. You can learn a lot about someone by watching them lead a team of young children, and I think how they react in certain circumstances speaks volumes about that individual. Accordingly, I wanted to pass along two stories I believe exemplify Ross and his character.

When our sons were both 9 years old and in Little League, Ross and I coached a team together. This team was not the most talented group of baseball players, and we were lucky to win a few games during the regular season. Throughout the year, though, Ross was incredibly encouraging to all of the players, urging them to believe in themselves, and to never give up. This carried through to the playoffs, when we

unexpectedly won our first game. Under Ross's leadership we won the next game, and the next. In fact, Ross led the team to 4 straight victories, and we ultimately made the Championship game. I remember vividly how each of the players would gravitate to Ross and his positivity. He made the players believe in themselves, and never let them get down if they made an error or didn't get a hit. Despite the fact we lost the Championship Game (on a bad umpire call...), Ross never let the players feel bad. In fact, our team was just happy about making it as far as we did versus the players on the team that won. This is what makes Ross special, his caring for others and setting such a positive example.

More specifically, though, Ross is an incredible father who takes others under his wing. My son is a perfect example of his paternalistic nature. ▆ enthusiasm for hockey has always outweighed his abilities. Hockey is a game where natural talents are necessary to truly excel in this sport, and sadly ▆ wasn't gifted with those skills. He's always struggled to keep up, and has worked very hard over the years to improve his game. Ross has coached ▆ on a number of his teams, and has been his constant advocate during countless seasons. Hockey team placements in Hingham have been given an unhealthy importance, and are often driven by non-performance issues. Over the years Ross had always been ▆ biggest cheerleader, speaking up for him and highlighting his hard work. This has helped ▆ make appropriate teams he wouldn't have otherwise. ▆ wasn't the only player Ross advocated for, though, as there were a number of others he went to bat for, ensuring their hard work and efforts were recognized and rewarded. I can't tell you how appreciated that is as a parent, to have your child's efforts validated. We didn't ask Ross to do that; he took it upon himself to speak up for these kids who didn't have a voice themselves. He wasn't looking for anything in return, just doing what he felt was right.

I have served in senior leadership roles in business and charitable entities. I have interacted with countless individuals over the years and seen how people react during all different circumstances. I can say without hesitation that Ross's character, selflessness, empathy, and kindness for others is exemplary. I have seen firsthand what a wonderful father and husband he is, and I am proud to call him a friend.

I am happy to provide any additional information you would find helpful. Thank you for your consideration.

Respectfully,

Jim Taylor