

8/2/2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

**RE: Ross McLellan**

The Honorable Leo T. Sorokin:

My name is Brian Koyce. I am a husband and father of 2 children, an Account Executive at TierPoint, (TierPoint is national hybrid Information Technology infrastructure provider)a Hingham, MA resident and neighbor to the McLellan's for the past 11 years.

The McLellan's children and ours are of similar ages, yet do not run in the same circles. We both have 11-year-old boys, however our son has special needs. My interaction and friendship with Ross developed in and around our neighborhood over the past 11 years independent of the kid's activities. As a New Jersey transplant, and diehard New York Jet fan, and Ross a diehard Patriots fan, we have talked a lot of football and sports over the years.
His dry, sarcastic humor that sliced through my team loyalty is part of my morning ritual and always gave me a good laugh to start the day at the kids bus stop.

Although my interactions with Ross haven't been through work or through joint coaching of our children, they have shown me who Ross is. With our son having special needs, his interests have not fallen in the traditional sport activities that many kids play and often are the topic of adult social discussions. Ross always asks about what our kids are doing and his supportive attitude towards our activities (mountain biking, skiing, etc) have always been appreciated. I have run into many parents that avoid this discussion with me. Ross always sums up that spending time with our kids is always the most important thing and he has a very realistic view of the kid's sports activities that we don't participate in. It always amazes me that Ross can verbally destroy me in jest over the Pats/Jets game and reassure me in parenting and what is important in the same conversation in the most, humble and knowing ways. In a world of fakeness and posturing, Ross McLellan is one of the most real people I know.

Thank you for your time and consideration.
Sincerely,

Brian Koyce