Sean Canavan



28 August 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

My name is Sean Canavan and I am writing you on behalf of Ross McLellan. I am an investment professional currently living in Boston with my wife and two children. I have been in the securities business for over 25 years and have worked for firms such as Fidelity, Tucker Anthony and State Street. It is at State Street, where I was an employee for thirteen years, that I met and developed a personal and professional relationship with Ross McLellan.

During my tenure at State Street I traded equities for the Transition Management team, a group managed by Ross. In that capacity, I had almost daily interactions with Ross and saw first hand how he managed and dealt with colleagues. Under Ross's leadership our work environment was professional, productive and enjoyable. Ross was a demanding yet friendly, reasonable and compassionate manager.

I would like to share two experiences I had with Ross that speak to his character. Early in my trading career at State Street, I made a large trading error that cost our firm a significant amount of money. I went home that night worried about a meeting I would have early the next morning with my direct manager and Ross. It was a humbling and embarrassing mistake and I thought I was going to get fired, or at the very least, harshly reprimanded. The next morning none of those things happened. Ross sat me down and calmly asked me to explain what happened the day before and then told me to forget about it. After that, we discussed ways to avoid such an occurrence in the future. With some input from some other traders we came up with some new protocols that would eliminate such errors in the future. I still fondly remember the way Ross handled this situation. He not only helped me develop professionally but he improved the way our desk operated going forward.

Later in my career at State Street, I ran into a personal situation at home that desperately needed my attention and required me to take some time off. Unfortunately, this was our busiest time of year and we really needed all hands on deck. I went to Ross to explain my situation and I asked for a few days off. Without blinking, he told me to take as much time as I need and come back when things were settled. I can't tell you how much this meant to my family and me. I will always remember this.

I considered Ross a great person to work for and with but he is also a great family man and valuable community member. Much of his time is spent coaching or organizing

sports activities for his kids. According to my sister who lives in Hingham, you can always find Ross at a field or in a rink, not just watching but coaching. In fact he has coached his son ▮ and my nephew ▮ in hockey for a few years now. When not coaching Ross spends much of his time raising funds for the town and other charity organizations. I can't speak highly enough of Ross and I appreciate the chance to provide some insight into the type of person he is.

Kind Regards,

Sean Canavan