Tom and Susanne Malloy

August 6, 2018

The Honorable Leo. T. Sorkin
United States District Court
John Joseph Coakley Courthouse
1 Courthouse Way
Boston, MA  02210

RE:  Ross McLellan

Dear Judge Sorkin,

Thank you for giving us the opportunity to provide a character reference for Ross McLellan.  We have been friends and neighbors of Ross for the past 16 years.  We feel very fortunate for Ross's friendship and greatly appreciate this chance to share some of our experiences with Ross with you.

We know Ross to be a loving, caring and compassionate husband, father, friend, neighbor and community volunteer.  Living just down the street from the McLellan family, we get to see and interact with Ross and his family regularly.  We are constantly impressed with his dedication to his family, friends and community.  We always see him outside playing with his children shooting hockey pucks or playing basketball.  He is a supportive father and spends many hours dedicated to his children's schools and activities.

We have three teenage children who also adore and love Ross.  At neighborhood gatherings he is always the dad who spends countless hours playing games with the kids and making the kids laugh.  Our kids and many others look forward to the annual games at cookouts.  Something we have noticed over the years is how when the games get very competitive as they often do with a large group of kids of different ages, Ross is always keeping an eye out for the child that might need some encouragement to get involved.  He is always there to provide that needed confidence boost.  He is an amazing dad with his own children but his reach extends even further to his neighborhood and his community.  Our middle son had the pleasure to have Ross as a Little League baseball coach.  Just one of many volunteer coaching and community events that Ross has helped out with over the years.  He is someone that you know you can count on to help wherever and whenever needed.

On a very personal note, we have relied heavily on Ross's compassion and friendship in recent years when our oldest son was diagnosed with an extremely rare and at the time, life threatening disease. Ross was always there for our family whether it was a quiet check in to see how we were doing or kind offers of support and encouragement. We always knew we could count on him for anything during what was the most difficult time of our lives. He is the type of friend you know you can count on and he will always be there to help.

Most recently, Ross has been an integral part of a charity fundraiser that our teenage son started to raise awareness of his rare disease and to benefit the children's hospital where he is currently a patient. When we sent out requests for help with this endeavor, it was no surprise to us that Ross was one of the first to respond to say that he would help in whatever way we needed assistance. Many people will offer help in a situation like ours but then life gets busy and it is hard to help out which is certainly understandable. However over the past two years during what we know has been the most difficult time in his life, he has helped out in so many ways to support our charity event and support his friends. He is always there to help with whatever we need. He often works quietly behind scenes to get things done. For example, last year at the height of frenetic last minute event planning he arrived at our door with all the event t-shirts in hand. Without being asked, he had driven into the city to pick up the shirts for us and deliver them because he knew everyone was overcommitted with other tasks. He is a friend who cares deeply about others and is always there to help a friend in need.

We are not sure we can adequately put into words what a good and decent man we know Ross McLellan to be but we greatly appreciate this opportunity to tell you about our friend. Thank you.

Sincerely,

Tom and Susanne Malloy