

August 31, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

Dear Justice Sorokin:

I am writing this letter on behalf of Ross McLellan. My name is Brian Doyle. I am 46 years old, happily married for nineteen (19) years and fortunate to have three (3) wonderful children. I serve as a Director for Medical Information Technology, Inc. (MEDITECH) specializing in directing the sales of software to support clinicians that care for patients in their homes. I have been employed by MEDITECH for eighteen (18) years.

Ross and I have been good friends for 28 years, first meeting during orientation weekend of our freshman year at Stonehill College. We became friends immediately. We both were brought up by hard-working middle-class parents with multiple siblings and understand the sacrifices they made to give us the opportunity to go to college. We take pride in our family heritage, value and appreciate the communities we grew up in. We mutually share common interests like sports, card and trivia games, music and church. Although, our studies took us in different directions following college we remain to this day, close friends.

Ross did great academically and he is a hard worker. After graduating from Stonehill he earned an advanced degree from Boston College, Carroll School of Management.  From there, he immersed himself professionally in careers with State Street Bank and Harbor Analytics, LLC.  Though focused in his career, Ross was not self-consumed.  Ross appreciates the wisdom and experience of others and has the uncanny knack of learning from those encounters to make himself and those around him grow. Indeed, I have made plenty of calls and shared many pints over the years with Ross seeking his

input on my own career path, being a Dad, and growing older. He always showed patience, ability to listen and perhaps fortitude to help keep me on track. Ross is a friend I will always cherish.

Recently, I had the opportunity to experience Ross' generosity in a community setting. Ross and his wife Lisa managed the second annual Wiffle Ball Tournament to raise money for the Children's Hospital. Ross' neighbor's son is currently battling a rare bone disease along with another child in his town and they are seeking treatment at Boston Children's Hospital. Since both kids enjoy baseball, a wiffle ball tournament is a perfect fit for a fun community event that raises awareness and funds for an important cause. Ross lined the fields, organized the teams, instructed the volunteers, posted the tournament board, hugged and high-fived every child that participated and even managed to hit a couple of home runs for our team. The day was an absolute success and although Ross and Lisa would not take the credit for it, it would not have been a success without their direct involvement. Last year, the tournament drew over 50 teams and 250 participants, raising $32,000 for the hospital. This year they had a similar turnout. The tournament occurred on August 26th, therefore, the charitable figures are not yet available.

Finally, Ross is a devoted husband and family man. Ross has four kids, ▇ (grade 8), ▇ (grade 6) and a set of twins; ▇ and ▇ (grade 2) with his wife Lisa. As you might imagine most of our encounters these days are either at rinks, gyms or fields. All are bright, beautiful kids that are happy and respectful. It's quite evident they come from loving parents that are fully committed to their future success.

In closing, I thank you in advance your Honor and for taking this letter into consideration.

Respectfully,

*[signature]*

Brian P. Doyle
Director, Home Care Sales
MEDITECH
Medical Information Technology, Inc.
MEDITECH Circle,
Westwood, MA 02090