

August 29, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

**RE: Ross McLellan**

Your Honor,

My name is David Le Penske, and I am writing to you today on behalf of my wife Cherie as well as our three children, to share our unwavering support and personal perspectives of Ross McLellan for your consideration.

We first met Ross and Lisa shortly after moving from Seattle in August of 2010.  Moving across the country and leaving our friends and family behind was certainly both exciting and emotional.  We settled in Hingham and rented a small Cape to embrace our new cultural beginnings.  While Hingham has been a wonderful community over the years, it was certainly challenging to arrive in a town where we were all starting over.  We literally moved into Hingham not knowing a soul and found it initially difficult to meet people in town.  My wife met Lisa through running and their friendship soon became our family's friendship with the McLellan's.  Over our 8 years of living here we both cherish our friendship and deeply admire the lives they lead as husband and wife, father and mother, and as generous contributors to their neighbors and community.

We could share so much with you, but one of our fondest recollections of Ross was when we were first invited to attend the McLellans' annual 4th of July pool party in 2011. Ross and Lisa's pool party is an annual can't miss event, filled with everything you would hope to find on the 4th of July, a back yard BBQ of epic proportions with Ross manning the grill for a steady supply of hot dogs and cheese burgers that are devoured by kids of all ages running around in wet swimsuits with spots of left over ketchup and mustard on their faces.  It's a gathering of so many wonderful families in our community, all of whom have been touched by Ross and Lisa.  Ross literally and figuratively serves the quarterback of the entire day.  He has a wonderful sense of humor, knowledge of all things sports and a smile that makes you smile wider just being around.  After the food, Ross holds a competition in the pool for all the kids, which is the highlight every year.  He first playfully organizes 20 kids ranging in age from 5 years old to high school into age appropriate groups.  He then stands waist deep in the shallow end of the pool with a soft football, and one by one each takes their turn stepping onto the diving board at the other end to time their jump perfectly and catch the ball.  Easy throws then become a bit more difficult as the rounds progress until there is a champion boy and girl.  Ross nearly has as much fun as the kids and thoughtfully provides encouragement and a few second chances along the way, which makes every one of the kids participating feel special.  Once all of the age group champions are recognized, he then initiates the cannon ball competition himself, and away we go! This year even the moms chose to compete. I must share with you



that although Ross was simultaneously dealing with immense stress and sadness, you would never know it this year. All the kids including his own looked up to him as they always do and played the game just like every year. I will never forget the moment my wife and I looked out at the game and watched Ross and their 4 kids in the pool as if it was a normal July 4th. It took incredible courage for Ross knowing his life as he knows it could be forever changed but there he was playing in the pool with his kids and making sure all the kids had a great time the entire day. This is Ross. He is always the one watching out for everyone – his wife, his children, his parents, family, friends and community. We often see Ross walking or driving his kids to the bus stop or some hockey game. Knowing Ross and being in his inner circle, you know he always has your back. Ross and his family are the closest family we know in Hingham.

Ross is a father and husband we all look up to. As a father of three myself, my father wasn't around for me to learn from and emulate, and I have always been particularly observant of fathers with their children ever since I was a boy. While I don't have a ratings scale per se, I can share with you that I place Ross in the highest category of fatherhood. My wife also talks about the special relationship and marriage Ross shares with his wife Lisa. You can easily see it when they are in a room together. They are patient, kind and respectful of each other and laugh a lot together. I especially envy Ross' patience, continuous encouragement, and his sense of humor, which always contributes to what I feel are especially vibrant smiles on his children's faces and the sparkles in their eyes for their dad. Ross' life has always squarely been set around Lisa, the kids, and his community. He is a very special and vitally important father to his four young children, giving all of himself and his time for their joy and happiness. I mentioned a little bit about his hockey above but will point out there is no one more committed to the game and helping the young kids learn hockey in Hingham. He has been active as a youth hockey and sports coach, which I'm sure you'll read more about in other letters. He helps them with their homework on a daily basis, makes them breakfast, helps pack lunches, and volunteers in their classrooms. I know this because we see them regularly and it is something that stands out from most families. Simply put, Ross is the husband and father that every man would like to be, but very few ever truly become. While Ross and I are both the same age, my kids are all either in high school or starting their freshman year at college and have all served as McLellan babysitters. But Ross and Lisa's parenthood began much later, and if you have the opportunity to meet and learn about his family and their youngest kids, especially little ███ and ███, the thought of any prolonged separation from them to Cherie and I is just unbearable. Ross is a friend, husband, father, important contributor to our community that we are proud to stand beside and believe in. We thank you for your time and consideration of our letter on his behalf.

Very respectfully,

David Le Penske

Cherie Le Penske