The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

RE: Ross McLellan

Dear Your Honor,

My name is Adam Esposito, and I'm writing to shed some light on my relationship with Ross which has spanned many years.  I live in New York City, and grew up in northern New Jersey with Ross' brother-in-law Pete McGrath.  Pete and I went to high school and college together, and shared a first apartment when we first moved into the city back in 1998.  I work in finance, and in addition to my personal relationship with Ross which has grown from all the McLellan family events I've attended with Pete, I've crossed paths with him professionally as well which has certainly bolstered our friendship.

I've had a respectable career thus far, but have undoubtedly had moments when I've either been out of work or needed help with an introduction or reference in order to make the next logical step forward.   Each and every time I've reached out to Ross for help, he has responded energetically and has either put me in touch with the relevant team / firm (if he had a relationship) or put in a good word for me where appropriate.   In no instance was he the beneficiary from any action he took on my behalf, and conversely he put himself out in an effort to help me.  I can't count the number of instances I've called him for advice, and he always took the time to speak with me and provide his counsel.

I know from Pete that Ross is a devoted and loving father of four young kids with his wife Lisa.  He is constantly at hockey practices, baseball scrimmages, shuttling his various kids back and forth per their active schedules.  His most recent venture Harbor Analytics was much closer to home vs. his prior role at State Street, and allowed Ross to spend more time with his family which I know he loved.  Ross' folks passed away pretty recently, and I know his wife's parents in NJ are also dealing with certain health issues.   Throughout all of these challenges as well as this trial process, Ross has tried to remain upbeat and continue to be a pillar of strength for his family.

Should you have any questions or be interested in more detail on my relationship with Ross, I am more than willing to discuss.

Much appreciated,

Adam Esposito

The Honorable Leo T. Sorokin                    July 31, 2018
U.S. District Court
John Joseph Moakley Court
1 Court Way
Boston, MA 02210

Re: Ross McLellan

Dear Judge Sorokin,

   I am writing to you in regards to Ross McLellan. I have known Ross since he was 18 years old and have the pleasure of watching grow up from a young man in his first year of college into a husband, father, and role model for his children. I have been married to Ross's sister for the past 22 years. Ross has always put others before himself and has been a constant support for his family and friends. The way he treats others and conducts himself in life is something we can all learn from. He has been a valued person I could confide in who has always been fair minded and trustworthy, and because of these values my wife and I named him godfather of our son. He has been a great source of guidance for our son who is now 19 years old. Ross has been instrumental in his life and has taken an active part in shaping him into adulthood.

When it comes to being a husband and father Ross is without a doubt a great family man, always putting his family ahead of his personal needs. He is an active member of his children's sports teams and also volunteers as an unpaid coach on more than one team. I have witnessed his work with these teams personally and can say I would be proud to have him as my son's coach, mentor, and role model.

In the 28 years I have known Ross words that immediately come to my mind when his name is brought up are integrity, loyalty, empathetic, devoted, and considerate. He is deeply adored by his wife and children and it's clearly evident when they are viewed together.

Respectfully,


Robert J Le Page Jr.
Mt. Hope High School
B.A. 1989 S.M.U
M. Ed. 2000 F.S.U



9/1/18


The Honorable Leo T. Sorokin
Unites States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02110


RE:  Ross McLellan


Dear Judge Sorokin,


I am writing this letter today on behalf of Ross McLellan.  My name is Brenan P. Glynn, 200 Unquity Road Milton, MA.  I have known Ross McLellan for twenty-five years.  I first met Ross while visiting friends at Stonehill College.  I became friends with Ross during these visits and have maintained our friendship for the past twenty-five years.  After college, I was Ross's roommate in an apartment in Boston with other Stonehill graduates.  My wife Michelle has maintained a friend with Ross's wife Lisa thought out our friendship.  I know Ross to be a great father, coach, friend and person.  He has given to his community and is a man of honor.  Thank you for your consideration in this matter.


Sincerely,

Brendan P. Glynn

The Honorable Leo T. Sorokin
United Stated District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Ma. 02210

RE: Ross McLellan                                    August 24, 2018

Dear Honorable Judge Sorokin,

Thank you for taking the time to read my character letter on behalf of Ross
McLellan. Ross and I met at Stonehill College in our freshmen year in 1990. We
gravitated to each other like most of our college friends because of our families'
working-class backgrounds, our athletic backgrounds, and a general sense of
curiosity as to where the four years at Stonehill would lead us. As our group of
friends at Stonehill can attest to, Ross McLellan has been a solid individual who
has remained loyal to all of us throughout the years. We have attended his and
his wife Lisa's wedding, we have watched them support each other throughout
the years in good times and bad, in sickness and in health. We have watched with
delight as both he and Lisa have raised four beautiful children, ████████
and ████ All four children seemingly have bright futures as a result of the love
and support from both Ross and Lisa. Both Ross and Lisa understood the
magnitude of their obligation when becoming parents and they have done a
wonderful job as parents in what will be their most important legacy. We have
seen Ross take care of both his parents in their time of need before their death.
Just as Ross has remained loyal to his wife, his children, and his friends he gave his
parents the ultimate gift of loyalty by taking care of them when they needed him
the most.


Ross is an intelligent individual but he does not feel the need to come across that
way. He does not size up the room and then portray himself as the smartest
person in the room. He is easily satisfied with holding a conversation with the
person who maintains and cleans the room. He is thoughtful and caring. There is
no pretense to him. This upcoming weekend he will be holding a charity
fundraiser in his hometown to benefit Boston's Children's Hospital. He is a
believer in giving back to those in need and to those less fortunate than others.

That is a testament to Ross's character. Over a nearly thirty-year span that I have known Ross he has been a generous and kind soul. He is not perfect like all of us. He realizes this fact, however, he has the courage of his conviction and he believes strongly in what he believes in. In all my interactions with Ross he has been nothing but forthright. In the limited financial/investment discussions that we have had he has given sound, honest advice. The biggest help Ross has given me has been his feedback to our conversations concerning my children's academic and athletic endeavors. He simply would remind me just to be at all of their events and to support them by loving them and not judging them. They have enough pressure in the classroom, on the athletic fields and in their social world. The advice has stuck with me for many years and it has been a guide to how I parent my children.

In conclusion, I want to thank you again for taking time out of your schedule to read my character letter on behalf of Ross McLellan. I am proud to have become and maintained my friendship with Ross for nearly thirty years. Hopefully this letter sheds some positive light on Ross McLellan's character. Thank you again for your time and your continued service on the bench.

Sincerely,

Brian Whelan

Brian J. Whelan
Middle School Teacher
Thurston Middle School
Westwood, MA

# BONNER KIERNAN

## BONNER KIERNAN TREBACH & CROCIATA LLP

40 Court Street  •  3rd Floor  •  Boston, Massachusetts 02108  •  Telephone: (617) 426-3900  •  Facsimile: (617) 426-0380

www.bonnerkiernan.com

August 14, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Ross McLellan

Dear Judge Sorokin:

My name is Chris Jefford and I am a lawyer in the Commonwealth practicing primary civil litigation. I write to you, however, as a friend and neighbor of Ross McLellan, his wife Lisa and their four beautiful and outgoing children. I live in Hingham, MA with my family in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ neighborhood where Ross resides. I suspect you may have a number of letters from other families in this neighborhood as we truly are an extended family and village if you will all similarly situated and doing our very best to raise our children with good values, empathy toward others and all the while enjoying the journey.

I have known Ross and his family for just over ten years. Ross is foremost a loving father and husband. He would most likely tell you that his favorite activities are accompanying his children at the bus stop, coaching their little league games, supporting all their activities and just laying low with his family, and maybe another family or two, in his backyard or fire pit. Ross is also a close friend to many. My experiences with and observations of Ross over the years is how easily he can make friends with all different types of individuals. He is never one to judge or critique, but rather he comforts those in his company with an easy going way and a conversation that revolves around them and their current life experiences. I truly admire Ross for that trait. Lastly, I will share a brief story that I think encompasses all of the above. I have a son ▮▮▮▮ who is fourteen and this spring just started umping little league baseball games. He was nervous and uncomfortable for his first few games. When I picked him up and asked him how it went the person he mentioned who put him at ease and gave him confidence was one of the coaches, Ross McLellan. Ross cares about others and lives his life that way, but you would never hear him boast that. It is how he was raised and what he passes on to his family and to those who are privileged to be his friend.

Thank you for your consideration of this letter in support of Ross McLellan.

Very truly yours,

Christopher L. Jefford

Connecticut  |  Maryland  |  Massachusetts  |  New Jersey  |  New York  |  Pennsylvania  |  Rhode Island  |  Virginia  |  Washington, DC

The Honorable Leo T. Sorokin

United States District Court

John Joseph Moakley Courthouse

1 Courthouse Way

Boston, MA  02110

8/31/18

RE: Ross McLellan

Dear Honorable Sorokin,

My name is Chris Dubois and I have known Ross McLellan for over 10 years both personally and professionally.  I consider Ross to be one of the most dedicated and committed father, husband, friend, and coach that I have met in my 14 years living in Hingham.  He is a very valued member of our community.

Professionally I have interacted with Ross as a colleague, competitor, and partner.  He is a strong leader who always displayed high moral standards with an honest, straightforward approach.  He is a pleasure to work with and I was very disappointed when he left State Street.

It is my hope that the court will take this letter into consideration and recognize that Hingham is a much better community with Ross involved, volunteering, and most importantly, raising his four wonderful children.

Sincerely,

Chris Dubois

9/4/2018

. . .

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston MA 02210



Chris Hennessey
Entercom Communications
20 Guest Street
Boston MA 02135

Dear Judge Sorokin

I have gotten to know Ross and his family through our children's youth hockey. I remember the first time I met HIM, because a mutual friend pointed him out in a rink and was boasting about what a great friend he has been to him and his family. He said I must meet him. Ross asked me questions about me and my family clearly making me feel welcome.

Many times when I meet people in circumstances like this they feel that they must brag about their kids or personal situation often times to make you feel uneasy. Not Ross. He generously would give his time and attention to anyone.

I have come to find out that Ross volunteered countless hours behind the scenes without wanting or receiving any recognition. I have witnessed him playing with his own kids and can see that he is in love with his family. While others stand by and watch their kids play, he actively engages with them and other kids and I find this to be so heart-warming.

To SUM up Ross in a few words would be impossible, but kindness, tolerance, integrity, modesty, generosity come to mind. Most of all, he is a true gentleman that loves his family and the community.

Thank you for your consideration and service to our nation

Chris Hennessey

Chris Smith
█████████████████████████

August 28, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Ross McLellan

Dear Judge Sorokin:

I have had the pleasure of knowing Ross McLellan since 2000, when our wives began working together. Ross and I became fast friends, finding common ground as husbands in new marriages, then as fathers in growing families. We have enjoyed many family outings, dinners, and holidays over the years.

I have admired Ross as a husband, father, and friend. He is devoted to his wife Lisa, and he cherishes beyond words his kids ████████████████████ A bit ahead of me in establishing a family, Ross was quick to offer helpful advice on fatherhood, from providing support during labor and delivery to looking for our first house. In his modesty, he would laugh at the idea that his advice stuck with me, but it helped me navigate important new terrain.

Beyond advice, Ross's example of raising his children has helped me be a better father. He is quick to engage them in an observation, a lesson, a joke, and, occasionally, a stern word, even in the midst of an adult gathering. Most memorably, at New Year's Eve parties hosted by the McLellans for our two families, Ross would lead the countdown to midnight countdown – at 10 PM – and then join Lisa in putting the kids to bed.

As a friend, Ross is empathetic and generous. When he showed up at my father's funeral in Worcester, I was blown away. After meeting my eight siblings in the receiving line, he has asked about them by name ever since. When his mother passed away a couple of years ago, I saw the same support from his lifelong friends, who joined him in Warwick to help him say goodbye.

Ross is not one to brag, accept a compliment, or show much emotion. He is able to help a friend find the humor in any situation. That is what I appreciate most about him. He is devoted, loyal, and humble. His day in, day out example of being a husband, father, and friend makes him reliable and sets him apart.

Sincerely,

Chris Smith



The Honorable Leo T. Sorokin

United States District Court

John Joseph Moakley Courthouse

1 Courthouse Way

Boston, MA 02210

RE: Ross McLellan

I am writing in regards to my good friend Ross McLellan.  My  name  is Christian Enwright and I reside in Marshfield, MA.  I am married with three children (12,11 and 8 years old).  I have lived in Marshfield for 42 years. I work in the commercial property and casualty insurance industry and have been with RPS for the last 14 years as a broker as well as the Area President for the last four years.

I met Ross through mutual friends almost 16 years ago.  We have become great friends over that time and I have had the pleasure of seeing Ross in many facets of his life.  Our mutual friends were in the financial services industry and some of them  worked with Ross at State Street.  Although I did not work with or for Ross, I can tell you that the people that I know that did work in the same circles had the utmost respect and admiration for Ross.  They always spoke of him with the highest regard and talked about how much he helped others with their careers and how he was there for his employees.

I have been fortunate to spend a lot of time with Ross and his family over the last 16 years.  First and foremost Ross is family man.  He is always there for his family and adores his wife and kids. We have spent hundreds of hours talking about our families and he is a father and husband who truly enjoys his family.  Ross can be found behind the bench for most of his kids hockey games and has volunteered  countless hours to Hingham Youth Hockey.  Ross has always been a kind and community focused  person as well.  I have attended many charitable events with Ross and he is always supportive with his time and generosity.

I have often approached Ross with questions regarding my own career and with situations at work.  I have always found him to be eager to listen and provide sage advice no matter the situation.   I know that in our circle of friends we always look to Ross for advice and guidance as he always mangers to contemplate the situations and  provide advice, guidance or direction that is always prudent.

I admire Ross McLellan as a husband, father, community  member and friend.

Sincerely,

Christian T. Enwright

Christina Charello-McLellan

8/22/18

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

Dear Honorable Judge Sorokin,

I am Christina Charello-McLellan providing a character reference for Ross McLellan. I am married to Ross's brother and have had the pleasure to call Ross my family for over twenty (20) years. During this time, I have known Ross to be a kind, generous, and loyal individual who treats others with respect and consideration.

Ross welcomed me into his family and from the beginning it was clear to see that he was a loving and family oriented person with good moral character by the way he treated his parents, and also by the close relationship that he has with his siblings. He has very strong family ties and always ensured that his mom and dad were happy and comfortable in their later years, even though that meant balancing his demanding job and large family to drive for an hour and a half to their home to help them with something, which he did often.

It is difficult to pick out specific examples describing Ross's caring and considerate nature because he is always very warm, down to earth, and compassionate. He makes time, not only for his children, but for my children as well, along with his other nieces and nephews by attending parties and sports events, engaging with them by playing in the yard, or just having a conversation about their interests or their education. He has always been an

attentive, fun, and supportive uncle to my children, an excellent role model, and a positive influence in their lives.

Ross not only cares about the well-being of his own immediate family, but is concerned about his extended family, friends, and others as well.  He fostered a relationship between his in laws and my parents because he knew that they had a lot in common and would enjoy each other's company and they have remained friends for many years.

Lastly, Ross is an optimistic, trustworthy person who is enjoyable to be around during ordinary times, and also the kind of person that you can rely on during difficult times.  He is an individual who possesses integrity and creates a positive environment for all those around him. I consider myself lucky to have him as a brother in law and as a friend.

Warm regards,

Christina Charello-McLellan

Dear Judge Sorokin,

My name is Craig DeGiacomo and I am writing to you today on behalf of Ross McLellan. I am not writing to discuss the facts of Ross's case but to provide my insight into Ross as a former co-worker and more importantly as a friend.

A little about myself...I am 46 years old and I've lived in Marshfield MA for the past 18 years with my wife of 20 years and our three children who are 17, 15 and 13 years old. I worked at State Street from 1994 to 2011 then left for 7 years to work at Pioneer Investments and recently rejoined State Street in May of this year.

I have known Ross for about 20 plus years starting when we worked together at State Street. Although we worked in different divisions, myself at State Street Global Advisors and Ross in Global Markets, as our careers advanced we got to know one another better working on mutual client relationships, doing many joint meetings and even traveling quite a bit together to visit clients. In my 24 plus years in the industry I haven't met or worked with another individual with more professional integrity, intelligence, and client focus than Ross. Simply put Ross put the clients' needs first, always had their best interests in mind, and was very effective in working with clients in creating real solutions for their needs. I could poll all of the mutual clients we worked on together and they would all echo those comments. In fact many have reached out to me directly over the years to check in on Ross and wish him the best. Ross without a doubt created deep, long-lasting, and trustworthy relationships with his clients.

More importantly to me than the great professional relationship I have with Ross is the better personal friendship that has developed over the years. Ross and I have spent time together with our families, had dinners with spouses and enjoyed our favorite activity golf. I have come to know a man that puts his family first.  He is a great father to his four children.  He is very involved their activities, helps coach their sports and he is very involved in the community of Hingham where they live. He is also a devoted husband to his wife Lisa. He is always putting the kids and Lisa first.

Finally, there is an old saying that you really get to know a man from spending time on a golf course with him.  I can tell you from my time with Ross I've been lucky enough to get to know a true friend. He is someone whom I have been able to get both personal and professional advice from, someone who would do anything for me without asking why, and finally someone whom I would trust with anything—knowing he would do what he felt was right. Ross is a good man and an even better father, husband and, friend.

Thank you for your time and best regards,


Craig DeGiacomo

# Basis Global Analytics

**Damian Hoult**
Co-Founder & CEO

Level 29, Chifley Tower
2 Chifley Square
Sydney NSW 2000

**The Honorable Leo T. Sorokin**
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

26th August, 2018

Dear The Honorable Leo T. Sorokin,

I first met Ross McLellan in 2000 when I joined State Street Global Markets (SSGM) in Sydney, Australia, as Head of Trading, Asia Pacific. Part of State Streets induction process involved me spending a week in Boston to better understand the scale of the business and meet the broader transition management team.

My first memories of State Street were formed after meeting Ross, whose passion and drive for the business was clear, as was the high regard with which he was held by senior management and staff. Over the course of that week, Ross made time in his schedule to personally run me through State Streets business model, demonstrate the technology used by the transition business, and introduce me to each member of the team.

Ross proudly showed me around Boston, introduced me to some clients and hosted dinners on my behalf with State Streets transition team in order for us to get to know each other better. While I arrived in Boston feeling tentative, as a result of Ross' efforts, I left feeling confident about my decision to work for State Street and excited about working for their transition business.

We became friends over the 5 years that I worked for State Street, and have remained so ever since. It is fair to say that the confidence, knowledge and experience I gained working with Ross, enabled me to take on the next challenge in my career, as Executive Director, Global Head of Execution Services, at Macquarie Bank. While several of State Streets senior management expressed their annoyance when I resigned, and chose not to remain in contact; Ross, whose business was arguably most impacted by my leaving, congratulated me, and offered his full support.



Over my years at at Macquarie Bank, I hired over 100 staff in different cities around the world, including several from State Street, who had been trained, mentored and managed by Ross. These were without fail my best hires, due to their work ethic, diligence, industry knowledge and professionalism.

In 2016, after 11 years' service, I left Macquarie Bank to start my own business, Basis Global Analytics, an independent trade analytics business. The most significant factor for me leaving Macquarie Bank, was that I had become disenchanted by the financial services industry generally, and many of those who operated in it. In my 30 years working for Banks and Institutions, their engrained greed and dishonesty, coupled with superficial relationships simply wore me down.

Ross was again one of the first people to congratulate me, and offer his support when he heard I had left Macquarie Bank. I discussed my new business idea with Ross and asked for his help on several technical aspects of the analytics business, which he was more than happy to provide. Ross' input proved invaluable; and helped with the realization of my dream, to start an independent financial consultancy aligned to its clients' interests.

Ross' dedication and passion for business is surpassed only by the love and commitment he has for his family. Whether talking about his children, wife, or his ill father in law, it was always clear that for Ross, family came first. Then there were the many occasions Ross cut short a call to his cell phone because he had arrived to coach his son's hockey team – for Ross this always took precedence over a business call.

Ross embraces the responsibilities that come with being a parent and is one of the most engaged and involved fathers I know. I only wish I could have spent more time with Ross and his family, but sadly most of my career has been spent working in foreign countries.

No matter what the situation, Ross' demeanor is always calm, his words well considered and support for friends and family unfailing. It is for this reason I will always respect Ross and count him as a close friend.

Sincerely,

Damian Hoult





# CROWDLENDING.COM

August 15, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

      RE: Ross McLellan

Dear The Honorable Judge Sorokin;

      My name is Daniel J. Najarian and I am an attorney licensed to practice in the Commonwealth of Massachusetts. I'm a graduate of Boston College and Suffolk University School of Law and, until a recent career change, I had a small real estate practice on the South Shore. I came to know Ross through golf as we were both members at Marshfield Country Club.

      At the outset our friendship the relationship was strictly a golfing one. I would call or text him when I need a player to round out a foursome and vice versa. Over the course of time we learned that we had many similar interests; we were both ex-hockey players (Ross having played collegiately during his time at Stonehill); we both coached youth hockey in our respective hometowns; we both enjoyed the position of hockey goalie and both had a child that played that position; we both enjoyed watching college and professional football in the fall.

      Through these common interests our friendship grew and soon Ross became a bit of a sounding board for me on many topics but, most specifically, youth hockey and raising a hockey goalie. Ross had a unique perspective on this situation because he lived it himself as a youth goalie and he was helping his son, who is a year older than my daughter, handle the pressures of youth sports today and, more specifically, the pressures of being a hockey goalie. Through our many talks, some casual some in depth, Ross helped me formulate a plan for my daughter and he helped me avoid many of the pitfalls of youth sports.

      There isn't one piece of advice or one "a-ha" moment that I can point to that would sum up my relationship with Ross. It is more of a litany of small events, small conversations, small pieces of insight that, when stacked on top of each other and viewed from afar reveal themselves to be a mountain.

      As I have traveled through hockey rinks and other golf tournaments, I am struck by how many people have approached me, asked about Ross and shared a quick antidote about what he

did for them or their son or daughter. Each and every story ends with, "man, he is such a great guy." Again, it is not these singular acts but the overriding and overreaching kindness to everyone that defines Ross.

Thank you for the opportunity to address the Honorable Court as it has truly been my pleasure. I hope this letter finds you doing well and I hope you take it, and the many others you will receive, into consideration when formulating your sentence.

Very truly yours,

Daniel J. Najarian

David Francis



August 27, 2018


The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Ross McLellan

Dear Honorable Leo T. Sorokin:

My name is David Francis and I have known Ross McLellan for many years, having worked for him at State Street Global Markets from 2003-2006 and a continued friendship since through Ross's activities in youth sports.

Ross is a very talented person. Highly intelligent, very articulate and possessing a great sense of humor, he was a gifted leader and I enjoyed working for him. It was a high pressure job but he had a talent for keeping the team loose. Further, I felt he did a good job sharing his knowledge and looking out for people on the team.

In the years since 2006, I continued to see Ross around, as he is active in coaching youth hockey. That he made time to coach is consistent with his generous nature.




Sincerely,



David Francis

# DAVID M. SCHILLER

████████████████████████

August 30, 2018

The Honorable Leo T Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA O2210

**RE: Ross McLellan**

Dear Judge Sorokin:

My name is Dave Schiller and I have been friends with Ross for over 20 years and I am honored to be writing this letter on his behalf. I met him while working with him at State Street, where he was a well respected and talented colleague, who I looked up to both professionally and personally and regularly sought his advice – and humor.

Our friendship developed away from the office as well and grew very close to him along with our families. We both had children around the same ages and our wives became good friends. Their 3 boys and 1 girl matched up in ages with our 3 girls and we would regularly get together for family outings. Ross and I often trade stories about our kids growing up and the trials and triumphs we both experienced along the parenting trail.

We also see each other often at hockey rinks where he is a dedicated coach for his sons' teams. You can see his love and enthusiasm for the sport in his coaching and it is obvious his players love him and his fun attitude on and off the ice. My oldest daughter, ██████ sometimes plays against his oldest boy ████, which makes for a fun rivalry. He consistently asks about ██████ development both on and off the ice and regularly asks about all my girls and if they are as hard to raise as his boys. I don't think either of us realized how hard it would be raising kids, but it is quite obvious the he has done a great job and is quite role model to them.

Ross has always been a big supporter of mine professionally as well and about 2 and a half years ago when I was let go from my job, he was one of the first people to reach out to me and offer his support. He has many well-respected connections in the financial industry and helped me set up several networking meetings and eventually land a new job. I note this because during this time he had many other concerns going on in his life, including losing both of his parents in the span of just months – but still managed to offer his support on my behalf – and for that I am grateful to him.

It is quite apparent that Ross is a tremendous coach, husband, and father and I am honored to call him one of my greatest friends.

Best regards,

August 30, 2018

*Carpionato*
GROUP

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE:    Ross McLellan

I joined State Street several months after Ross McLellan in 1999. The position I held was as office manager / executive assistant to Nick Bonn. This was an extremely explosive and exciting period in financial services. Specifically in the Broker/Dealer, Equities Trading and Transition Management business lines that Nick established for State Street. One of the first directives I received from Nick when I joined the company was to, "take care of Ross – he is my protégé".

Ross was 27 years old and one of the hardest working young men I had ever encountered. He would be working side by side with the support staff late into the evening printing, collating and binding Transition Management presentations that he would be presenting to clients across the globe. Ross's only fault was his inability to accept or ask for help. This is when I would step in and tell him to go home – "we got this".

I had the privilege to assist him with client meetings in various locations throughout the U.S. I witnessed his eloquence, inspiration and brilliance whether he was presenting to CEO's of large corporations or entry level operations staff at Town Hall meetings. As State Street Global Markets grew our responsibilities and roles within the division expanded. It was amazing to watch as his career advanced, he married and flourished as a husband and father.

We supported each other as he and Lisa conquered obstacles conceiving their first child and my husband was diagnosed with cancer. Ross's compassion and loyalty never wavered. He is a brilliant and honorable man that I have been blessed to call my friend.

Warmest regards,

*Deborah K. Casali*

**Deborah K. Casali**
Carpionato Group, LLC
Regional Property Management
1000 Chapel View Boulevard, Suite 128
Cranston, Rhode Island 02920
Phone: 401.944.9909
DCasali@carpionatogroup.com | www.rpmadmin@carpionatogroup.com

September 18, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

**RE: Ross McLellan**

My name is Donald Payne and I am writing with respect to my relationship
with Ross McLellan. I met Ross when I was working at the Massachusetts
Pension Reserves Investment Management Board (PRIM) which is responsible
for the pensions of state teachers, employees, as well as the majority of cities
and towns throughout the Commonwealth. I worked there for 11 years as a risk
management officer and currently the Chief Operating Office for iCash. I got
to know Ross while I was an employee of PRIM through his work at Harbor
Analytics.

The PRIM staff is responsible for all of the investments within the multiple
Funds overseen by the PRIM board. Ross was introduced to us from a
competitor of State Street's given his reputation in the industry. This person
indicated that he would be able to save us money in operating our plan. After
multiple introductory meetings we decided to give his firm a chance for a trial
period which he performed for free to the PRIM board. Harbor Analytics began
analyzing all of our investment managers trading of equities and foreign
exchange in addition to acting as a consultant to staff when the need for
transition management arose. We were extremely happy with the results of the
free trial period so we hired Harbor Analytics on retainer in early 2015. We
made this decision as Harbor became an invaluable part of our management
oversight process that enabled us to measure and manage our transition costs
that had been opaque for many years. The small fee we paid Harbor was
insignificant when compared to the millions in transaction costs we were saving
the plan.

While the savings to the PRIM plan was significant, Ross also provided unique
insight into the workings of broker dealers, transition managers and investment
managers that enabled us to better serve our constituents. This was NOT part of
the relationship between PRIM and Harbor Analytics but Ross never refused to
help us in any manner even if it required hours more of his time. The

additional uncompensated work resulted in better returns for our plan that continued to compound into the future.

I have no insight to the charges against Ross nor offer any opinion on them.  I wanted to demonstrate his value to the public pension sector and hope for leniency for him.

Regards,

DocuSigned by:

*D. Payne*

1624AC2BC4E6471...

Donald Payne

# DOUGLAS GAY

6/29/2018

Dir Sir:

Thank you for taking a moment to consider this letter of reference for Ross McLellan. We have known Ross and his family for over 15 years and consider our friends an integral part of this close knit community. To say that Ross is a good neighbor is an understatement. He is the person who is actively volunteering in the community, bringing the neighborhood children together for games, and having the impromptu barbeque. On many occasions, I have witnessed Ross lead by example through acts of kindness and sincere generosity, always performed with his infectious smile. Ross and his family live their lives by the Golden Rule.

I'd like to share a personal experience to be considered as a representative example of Ross' depth of character. Upon hearing of my being out of work, Ross quietly pulled me aside and asked me to join him for lunch. I had been looking for work for a number of months and the stress showed. We met and went through a list contacts that Ross had prepared as a potential networking group to accelerate my return to gainful employment. I didn't ask for this help, Ross did it on his own, he gave me resources and confidence to succeed. This selfless act is the norm for Ross and representative of his good heart.

Ross and his family are important to our community, they are counted on for support and guidance and a pleasure to know and love.

Sincerely,

Douglas Gay

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

We have had the pleasure of knowing Ross McLellan for over 13 years. Our families are similar in size, including twins. We initially meet Ross and Lisa through mutual friends in Hingham.  Our friendship blossomed.  We have family gatherings, adult dinners and have spent weekends in North Conway together.

As our children grow older we see Ross all over town.  On the sports fields, volunteering at school events and in the hockey rink. One year I was lucky enough to coach Little League with Ross.  He was amazing with the kids.  He taught the kids the basics of hitting and fielding the ball, as well as what being a good teammate meant.  He had all the kids believe they were the next David Ortiz.

Ross is also very involved in Hingham Youth Hockey. Wether it's lacing up skates, attaching goalie pads or buckling helmets, he is the first one to jump in and help.  The kids never hesitate to ask him for anything.

Ross also volunteers at school events.  He helps at the elementary school all day during their annual field day.   He can also be found volunteering in the classroom during special activities.

In their neighborhood, Ross is a favorite with kids and adults alike.  The McLellans host an annual July 4th Pool party that their entire neighborhood is invited to as well a few other lucky families.  When he's not manning he grill, Ross organizes a football catching competition off of the diving board  for all of the kids. He cheers them with a timely, funny comment.  It was amazing to watch kids of all ages (ranging from 3 – 16) line up for their toss from Ross. Good family fun!

We are proud to call Ross McLellan our friend.  He is truly one of the kindest, most giving adults we have had the pleasure of meeting.

Sincerely,
Gary and Becca Peirce



7/12/2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Your honor,

I am writing today on behalf of my good friend Ross Mclellan. My name is Jack McIntosh. I live in Duxbury, Ma. With my wife of 18 years and my 3 children ages 13, 10 & 8. I own a small business in Norwell Ma and know Ross as we are members of the same golf club. Up until a couple of years ago I would have characterized Ross and I as acquaintances with a similar group of friends. To be honest, I am not sure I would have been compelled to write this letter a few years ago. Ross and I have grown to become very good friends over the last few years. We have spent time together on and off the golf course and I have really gotten to know who he is as a person and most importantly as a father. Being a father is one of the greatest responsibilities a man can have. Not only the impact you can have on your own children, but the impact you can have on the children that your kids surround themselves with. Ross is one of those guys who is always raising his hand when needed. Whether that be to coach, sit on a board, be a conference rep or listen to parents complain about one thing or another. Some people get involved to make sure their own kid gets ahead. Ross gets involved to make sure all the kids have the best experience possible. Finding people who are not agenda driven and instead are program driven are hard to find. Ross is one of those guys.

A couple of our kids overlap in ages so I get to see Ross often over the winter in one rink or the next. He is always in his Red Hingham Hockey jacket either ready to head out to the bench or ready to stand in the corner and support his kids as they play. Too many people these days get wrapped up in how good their kids are. Ross just cares that they are having fun and are safe.

In your life you run into a few people that you are drawn to because of who they are as a person and how they are with their families. Ross is one of those guys. I regret that I didn't get to know who Ross was as a person sooner, but I am glad that he has become what I would consider a close friend.

Sincerely,

Jack B. McIntosh

Securities offered through LPL Financial, Member FINRA/SIPC. Investment advice offered through BCA Advisory Group, a registered investment advisor.
BCA Advisory Group and BCA Financial Group are separate entities from LPL Financial.



The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston Ma 02210

RE: Ross McLellan

Dear Judge Sorokin;

My name is Jack Doherty. I became friends with Ross approximately six or seven years ago. We met through our children who were playing for Hingham Youth Hockey. I know over the past years he has been very involved in his kids activities. He is a goalie Dad and is always at each end of the ice supporting his son with positive reinforcement. He is always running to the next game or to his daughters dance classes or recitals. Being involved and being there for his wife and children is a major part of Ross's life.

Family is first for Ross, but his friends and community are a close second. Over the past years I have seen Ross volunteer to coach baseball and hockey. It was at a hockey tournament that I saw Ross turn a seventh place finish into what felt like a Stanley Cup win! Sounds crazy, but if you asked the kids on the team about that day the first thing you would see is a big smile on their face as they recall that day! Ross pumped the kids up with positive locker room speeches, loud music, and face paint. When the kids stepped on the ice they had forgotten they were skating for a seventh place finish. I know this to be true because both my son and daughter played for Ross that weekend.

Ross is clearly an asset to his friends and the community. Without Ross around his friends will definitely miss his positive energy and company. The community too will miss all of the volunteering he does year after year. Not all Dads step up to the plate like Ross has done. The biggest loss here will be the absence of a great Dad and husband. Friends will have other friends to lean on. The community will hopefully have some new volunteers. Unfortunately there will be no replacement for Ross's children and wife. That would be a void no one could replace.

For my good friend Ross, who has only done good in our community, I ask for leniency when determining Ross's sentence. Thank you for your consideration.

Sincerely,

Jack Doherty

Jacqueline A. McDermott

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Ross McLellan

Dear Judge Sorokin:

My husband Chris and I met Ross and Lisa McLellan in the spring of 2000. Lisa and I begin working together at Allyn & Bacon academic publishing company in Boston. We were 26 and so excited to have found the men we were going to marry and to start out in our exciting field of work. The four of us hit it off right off the bat. Ross and Lisa's down-to-earth attitude, sense of humor, and innate goodness became apparent to both my husband and myself. It was the beginning of what is now an 18-year friendship. Over the following years we have been there for each other and good and in terrible times. When Lisa and Ross had their first son,          we went to South Shore Hospital to meet him. A couple of years later we were there again to meet their son          Chris and I had our own two sons at about the same time. They had a miscarriage and so did I. Then came their wonderful twins,          and          After a heart-wrenching miscarriage, the birth of the twins brought so much joy to their family.

Over the years, we have spent so many holidays, weekends, and just ordinary days together. Clearly the most important thing for both of them is being with their children. Taking care of the big, boisterous family they have created. While Lisa works while the kids are in school she must finish her work in the evenings while Ross takes over. They juggle this big, active family the best way they know how. Ross coaches all the boys in hockey in addition to taking them to baseball, soccer basketball, and for Julia, to dance and gymnastics. The name of the game for them is family.

For nearly 20 years, each February they spend school vacation week with Lisa's parents in Florida. Once a year they spend time with college friends for a week at Martha's Vineyard. These are the only vacations I have ever known them to they take. Not fancy, not splashy. Always centered around long-term friendships and family.

When Chris and I moved out of Boston, we looked on the north and south shore but kept being drawn to the South Shore primarily because our dearest friends lived there. We happily settled in Scituate and have lived 15 minutes away from Ross and Lisa since 2008. Together we have watched our children play, watched them grow up, watched them fail and learn from their mistakes. We've talked about everything: politics, religion, commerce, and through it all Ross and Lisa's rock solid foundation of decency has shown through. While our political views are not the same, we could always hear what the other person was saying. And have respected that the place each of us comes from is not greed or malice or selfishness, but what we thought what was right for the country, for individuals, and for families. Ross is generous, he is kind, he is good. He and Lisa have been there for us and times of terrible joy and terrible sadness. When my husband's father passed away, Ross and Lisa and their two very young boys traveled out to the funeral in Worcester. When Ross lost both of his parents in 2016 we were there in Rhode Island for him. The past few past years have been so very hard on them, financially, emotionally, in terms of loss of reputation and for what it has done to their children. For them both, seeing their children struggle through this has been unimaginably painful. But I continue to see my friend Ross rise up, to go out each day into the world and try to make their life right. To be a person that his children can be proud of. To be the husband Lisa needs him to be. He is not one to show his emotions, his Scottish background has taken care of that. But I know he feels regret so deeply and painfully at what his career in finance has wrought on his family.

Is it my hope that looking forward this family can mend. That they can find a way through this terrible time and that Ross can continue to be present in the role that is most important to him, the father of ███████ and ███ and partner, co-provider, and husband to Lisa.

Sincerely,

Jacqueline A. McDermott

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

9/04/2018

RE: Ross McLellan

Dear Honorable Leo T. Sorkin,

I have known Ross both personally and professionally since he started in the industry in 1997. I can attest to the fact he has been a true leader and team player liked by all who worked with him and for him throughout the years. He was always the first person in the office to ask if you needed help even if it meant coming in early or staying late on his own time. I was always the late guy anywhere from 9pm to 10pm and can remember him staying to assist on a regular basis.  I continued to see him on a weekly basis throughout the years and he always took the time to catch up, ask how things were going personally, professionally and sometimes even buy me a coffee.

Sincerely,

Jason Custodie

Jayne K. (Fielding) Platt



August 28, 2018

Dear Honorable Leo Sorokin,

My name is Jayne Platt, first cousin to Ross McLellan. My mom and Ross' (late) mother were sisters. Our moms were very close and lived only about 1 mile apart, speaking daily on the phone or just showing up at the door. As such, our lives were very intertwined with daily details.

As kids, we visited often only being down the street – birthdays, cookouts, holidays, dinner parties. Ross' mom worked at the elementary school as a School Lunch Aide and knew all the kids and parents in our combined neighborhoods. Ross' dad knew everyone in the neighborhood too as a member of laity at the church down the street.

There are two things I know well about Ross. (1) he and his brother, Andrew, and his sister, Patricia, have always had a nice rapport and have consistently supported each other through the trials of raising children, knowing their friends and caring for aging parents. And (2), Ross' wife, Lisa, is a real testament to him as a life partner. She is kind and giving, and the two of them are exceptional parents to their four children. They are the essence of calmness, intuitiveness and their real virtue - humor.

This is a tiny fraction of whole lives. To sum up in words a person's daily impact on the lives around them would require a biographer. Nevertheless, we all would be in a better place if there were more humans on the planet like my cousin, Ross.

Most Sincerely,

Jayne

September 1, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02110

**RE: Ross McLellan**

Dear Judge Sorokin,

My name is Jeff St. Mary. I live in Hingham, MA and I am a neighbor of Ross McLellan. I have known Ross McLellan for over 10 years. I know him to be a good neighbor, a good father and a good husband.

The great coach John Wooden once said, "The true test of a man's character is what he does when no one is watching." Ross is known for his anonymous acts of kindness and unsolicited assistance to our neighborhood community. He is generous with his time and the first to lend a helping hand. To be sure, you will receive other letters from those in our neighborhood who have been the recipients of Ross's random acts of kindness. From afar, I often see Ross in our neighborhood playing with his children and their friends, always with a big smile. He is kind, patient, and has a tremendous sense of humor. His children are thoughtful and well-mannered – a product of good parenting and a loving home. Seeing Ross with his family, it is obvious there is no place he would rather be.

I know Ross to be a person with strong family values and principles. He is an important member of our close knit community. Ross McLellan is a good man.

Regards,

Jeff St. Mary



**ASSET MANAGEMENT**

The Honorable Leo T Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

August 31, 2018

RE:  Ross McLellan

Dear Judge Sorokin:

I am writing to you on behalf of my friend and former colleague, Ross McLellan.  My association with Ross began back in the late 90's, when we met each other as fellow commuters to Boston from the South Shore.  We became social acquaintances, enjoying the occasional libation on the Hingham ferry or in town.  At the time I was employed as a VP by Goldman Sachs here in Boston.  Fast forward to 2003, and Ross and I began to discuss the possibility of my coming to work for him, as a Transition Management salesperson within State Street Global Markets.  I ended up taking that job at SSGM, in large part because of my faith in Ross McLellan, both as a friend/mentor but also as a very smart and successful businessperson in an incredibly competitive industry.

I worked for Ross at SSGM until 2007, when I transitioned to a similar role at State Street Global Advisors. However, Ross and I remained good friends after I left his group, and would continue to see each other to catch up and discuss our families, etc. every other week or so.  I can unequivocally state that in all the time I have known Ross McLellan I have always found him to be a kind, generous person who cares deeply about his family; and about the other people in his professional circle – he has been an extremely powerful mentor/advocate for many people in the finance business both locally in Boston but also in New York, London, etc.  I know that, in my instance, if he had not trusted in my abilities as a salesperson and given me the job at SSGM I may have had a much harder time supporting my family.

From my interaction with Ross I know that he has been very active in his community, both as father and as a neighbor.  I believe he has devoted significant time to coaching his children's' various sporting activities, and I know he has always been a generous donor to various charities and causes espoused by his community of friends and family.  When he was running the group at SSGM, he was instrumental in pushing for a more diverse workforce, to include women, minorities, and also the underprivileged youth from Boston's city schools.

I hope that these words may have some small effect on your pending decision.  I would be happy to elaborate or defend any of these statements, at your convenience.  I thank you for your consideration, and ask that you please do not hesitate to contact me for any further details.

Sincerely,

**John D. Black**
Senior Vice President
Business Development Officer

Amundi Pioneer Institutional Asset Management
60 State Street | Boston, MA 02109 | USA
Tel: 617-422-4494 – Fax: 617-422-4283
John.Black@amundipioneer.com
www.amundipioneer.com

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

Greetings,

I would like to introduce myself. My name is Julia Whitney. I am a Hingham mom
of three children. My middle child is ▮▮▮, an eighth grader. ▮▮▮ started playing
hockey when he was in third grade, which is late for Hingham status. When ▮▮▮
was in fifth grade we were introduced to Ross McLellan as one of the coaches for
▮▮▮ hockey team. ▮▮▮ is not a large child, and having started late in hockey was
timid and impressionable on the ice and at the rink. Ross was a dedicated and a
nurturing role model to ▮▮▮. Ross would always greet ▮▮▮ with a huge smile and
some sort of an uplifting motto. Before you knew it ▮▮▮ was carrying his own
hockey bag and tying his own skates.  Ross provided those boys with confidence,
independence, and encouragement. ▮▮▮ called that team the "Dream Team."
One would think that name would reflect a Champion team, but this team came
in seventh in a tournament with smiles, pride, and a sense of accomplishment .
Ross gave my son and his teammates a memory  and experience that is a staple in
their path of growing up. ▮▮▮ and his teammates learned that the goal is to play
the sport with great effort, support your teammates, and never give up until the
game is finished.  Those boys felt like champs, and learned a valuable lesson.
Ross was at every practice, game, and tournament.  Ross reflected true team
spirit, and respected the team  on every level.
I have spent time with Ross and his family.  He is a hands on Dad being present at
every sporting or school event.   Ross and his wife have brought up well
mannered, behaved children.  It is always a pleasure to see Ross  and his family.
Ross holds a special place in our life, he gave my son a chance that could have
turned out dramatically different for him. We will never forget Ross for that.
Much appreciation,

Julia Whitney

Kathryn Creedon Sullivan
7 Whitcomb Lane
Hingham, Massachusetts 02043

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA  02210

August 30, 2018

**Re: Ross McLellan**

Dear Judge Sorokin:

Please accept this letter in strong support and respect for Ross McLellan.  My family and I have known Ross for over a decade as both a friend and neighbor.

My husband, Joe, our two daughters, and I live just several doors down from the McLellan family in Hingham. During the time I have known Ross, I have found him to be a kind and compassionate man, a loving and strong father and husband, and a hard-working and responsible professional. We have children the same age and I have witnessed Ross's involvement and commitment to his four children. Whether it be as a youth hockey coach, participating at the school, taking them to the bus stop or just simply playing with them out on our dead end street, teaching them to ride their bikes, play ball etc., Ross is a daily fixture in their lives and ours. He has a wonderful sense of humor and good-natured teasing way with my daughters and the other neighborhood kids.

It is difficult to translate my support for Ross into one short letter, and I am sure you have heard many, many examples of his help and support of our neighbors, but when I think of his character and things that stand out over time one very specific example comes to mind. My mother passed away in late October 2016 following a harrowing battle with cancer at the end. At what was arguably one of the worst times in Ross's own life, he went out of his way to offer his condolences and support personally to me. I was genuinely struck by his selflessness at that time.

In closing, I again offer my strongest support and respect for Ross. My family and I are proud to submit this letter on his behalf and extremely grateful for your consideration.

Sincerely,

Kathryn C. Sullivan

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210
8.31.18

**RE: Ross McLellan**

Dear Honorable Sorokin,

My name is Kevin Carroll and I have had the pleasure of knowing Ross both personally and professionally for the past 10 years. I have worked with, coached sports with and been involved with Ross in numerous community activities in our town of Hingham, MA.

Ross is a valued member of our community who consistently goes above and beyond anyone's expectations. Wherever there is a need for a coach or a parent to lend a hand, Ross can be found first in line to offer his time. I cannot think of another Hingham parent who has given more hours of his time to serve others.

Professionally, Ross is a pleasure. He is a true leader who manifested high moral standards and is adored by his peers and all those who worked for and with him. When he was forced to depart from State Street, there were tears in the office.

Personally, I've known Ross to be a dedicated and loving father and husband. With four young children relying on their father to provide for them and raise them, Ross has set a wonderful parental example for those in our community.

It is my sincere hope that the court takes this letter into consideration.

Sincerely,

Kevin Carroll

The Honorable Leo T Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA.  02210

RE: Ross McLellan

Dear Honorable Leo T. Sorokin,

My name is Kevin Morris Sr. and I am writing this letter for a friend that I never thought I would have to write.  I hope my words may have some baring in helping you know more about Ross McLellan as a friend, family man and a good human being.

Ross and Lisa moved into our neighborhood 18 years ago and they bought the house across the street from our family.  When they moved in they quickly became our close and most trusted friends. We have two sons and a daughter and as the saying goes "It takes a Village to raise our children". Lisa and Ross were our Village and still are with our 15-year-old daughter.   Ross was always the second set of eyes on our boys when they were young.  From picking them up after wiping out on their bikes, to playing catch, shooting hoops or playing in their pool.  Ross was always there for them and now that our boys are in their twenties he is still a confident and good friend to them.   Our daughter  spends a lot of time at the Mclellan house as she loves being with her second family.

I have had the privilege of watching Ross's journey of being a newlywed too being a great Father to his four young beautiful children.   Ross has always been a hands on Dad as he is involved in coaching, volunteering and attending every practice, game, and any event which involves his children. The suffering that Ross has endured personally has been immense.  The thought of him being away from his family for any length of time is unconscionable as I cannot imagine the impact it would have on his family and our community.   I wish you could have the opportunity to know the man, husband, and Father that I come to know all these years.

Sincerely,

Kevin Morris Sr.

DocuSign Envelope ID: 23D2FE9B-12A3-477D-8620-9EDA27B0DBAB

The Honorable Leo T. Sorokin
    United States District Court
    John Joseph Moakley Courthouse
    1 Courthouse Way
    Boston, MA 02210

RE: Ross McLellan

My name is Kevin Morris Jr, I'm 24 years old and am currently a young professional in software sales. I've been a neighbor to Ross McLellan for roughly 15 years. Growing up in a small dead-end neighborhood there were few people to influence my life the way that Ross has.

Our relationship started when I was a young annoying 8 years old that only wanted to play sports. At the time Ross hadn't had any kids of his own yet. He spent time with me and my younger brother playing anything from baseball, basketball, or throwing the football in the yard. After school, my brother and I would wait by the window to see Ross's car pull into his driveway. We'd then run over and ask if he'd come play sports with us. Looking back on it, he was obviously exhausted after long work days, but he never showed it.

As the years went on, our bond grew closer. He took us to some of our first professional sporting events which included Celtics, Bruins & Red Sox games. As infatuated as we were with sports, he continued to preach the importance of academics.

As we continued to grow up my brother and I became star athletes in town, but Ross continued to remind us the importance of academics. He'd come to the Hingham High basketball & lacrosse games to support us while reminding us  that we had to put school first and sport seconds. Although at the time I didn't believe him, he would remind us that the odds of going pro in Basketball, lacrosse, or football were extremely unlikely and that an education would last you forever. No one can take away your knowledge. Knowledge is power.

I believe his words and guidance paved the way to my future. Both my brother and I went on to become NCAA student athletes but more importantly both graduated on time. I no longer get to play sports competitively, but I continue to learn every single day.

Ross is more than just the fun neighbor that would play sports with us. He is a coach, neighbor, friend, & mentor that I've had the good fortune of spending close to 15 with. He's helped mold myself, brother, and sister into student athletes and positive members of society.

DocuSigned by:

*Kevin Morris*

CBDC652A0DDE42E...

Mr. Weinberg,                                                                              9/1/2018


My name is Kevin Schiller and I have had the pleasure of calling Ross one of my best friends over the past 15 years. I met Ross through my brother Dave who worked with Ross at State Street for many years. Many of us commuted on the ferry in and out of the city from Hingham. I was always impressed with the career trajectory that Ross achieved at such a young age, but when you spend enough time with him, you quickly understand why he has been so successful. Ross is intelligent, thoughtful, caring, honest and genuinely interested in other people and their well-being. You see that every day in the way he approaches life. He is truly about family, friends and his community. Ross is the father of 4 and is an active coach in the Hingham Youth Hockey program. His wife and kids mean the world to him and you see that in the time and energy he invests in his kids' lives every day. You will see him in the rinks and on the field supporting his kids in all of their sporting events. I am also in the finance community and I have looked up to Ross over the years for personal and career advice. He always has a unique view into any situation that you bring his way and is always interested in lending a hand.


I am proud to call Ross one of my best friends over the past 15 years. I have truly learned a lot from him and always admired his dedication to his family and community.


Kevin Schiller



The Honorable Leo T. Sorokin                                          August 7, 2018
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

My husband and I, Pete and Lori McGrath, are writing this letter to you on behalf of Ross McLellan. Ross is married to my sister Lisa. After knowing Ross for 20 years, calling him my "brother-in-law" would be too simple. He is one of a kind and I'm so lucky that he is my brother! One of my favorite things about our relationship is that Ross and Pete are also very close. After meeting 17 years ago, not only are they family, they are also very good friends.

My sister and I are just 2 years apart in age and are very close. When Ross came into our life, it was important to all of us that he was the right partner for my sister. Well, that was an understatement: smart, witty, reliable, trustworthy, funny, and loves Lisa unconditionally! After all these years, he has held up to all of those traits and more. Besides being an awesome Dad to his four amazing children, he is also a superstar uncle and godfather to my own children. Whether he is organizing a catch, playing a game, or simply chasing our 4-year-old daughter ▮▮▮▮▮, he is always engaged.

Family is important to us and it is evident that family is everything to Ross as well. Watching him treat my parents as if they are his own has been something that has meant a lot to us. They have a very close relationship and it warms my heart. While my parents are getting older, and health issues have struck our family, seeing one another has gotten a bit harder. However, we can always count on Ross to drive the family down to NJ for a visit to see us all.

I have watched Ross support Lisa's publishing career while raising their kids. As a working mother myself, I know how challenging that can be. Without Ross there by her side, I'm not sure Lisa would be able to raise those kids as well as she does and continue doing what she loves. They are quite a team.

Ross is someone we would trust to raise our own children. Thank you for taking the time to read our letter.

Sincerely,

Lori and Pete McGrath

Marc Glennon

████████████████
████████████████

August 30, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Ross McLellan

Your Honor,

I am writing on behalf of my friend Ross McLellan. I moved to Hingham in late 2013 and met Ross the following year when each of our children became involved in the town youth hockey program. His youngest son ██████ and my oldest son ██████ play hockey in the program together. Ross is a long-standing member of the Board of Directors as well as the (thankless) role of Equipment Manager for the program.

I came to know Ross as the friendly guy at the rink or the ballfield, coaching a group of kids with a big smile on his face. A guy that will go out of his way to help you with anything from good advice to handing out an extra official Hingham Youth Hockey winter hat when your forgetful 7yr old loses his. For me, Ross has been a mentor and trusted soundboard as I began coaching my children and joining the Board. Navigating the tricky waters of coaching youth sports and all that comes with it -parents as well as kids - can be overwhelming for someone learning the ropes, and Ross is always my first call for a sanity check and balanced advice. I get the sense he is 'that guy' for many people in Hingham. It's not an exaggeration to call Ross an asset to our community – as a parent, a volunteer, and as a coach. And for all he gives, he's never looking for anything in return.

It was a big surprise when I learned that Ross was involved in this case; it didn't seem possible based on the character of the person I have come to know. My hope is you can grant him as much leniency as possible in sentencing.

Regards,

DocuSigned by:



D1CA5CEE9C30424...

Marc Glennon

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

My husband and I have known Ross McLellan for over 10 years.  His son and our son have been close friends since Kindergarten.  Ross and his family have been like a second family to my son throughout Elementary School.  During the years, we have known Ross, it is clear he is very dedicated to his family and our community.  Time spent away from his family will be very difficult for all involved because they are such a tight knit family.

Ross is an enthusiastic leader who has volunteered countless hours to our community sports programs.  With patience and an ability to explain and demonstrate strategies clearly he drew out the very best in our kids, who in turn look up to him.  Ross is always either coaching or on the sidelines with a smile and motivating the kids to do their best.  He is always supportive, responsible and proactive.  Ross has given tirelessly to help make our community and children better.  Ross is an integral part of not only all four of his children's lives but so many more.

It is an honor to have such a wonderful family friend and role model in Ross McLellan.

Best,

Maura & Justin Silverio

Dear Judge Sorokin,

My name is Michael Feehily and I am writing to you today on behalf of Ross McLellan. I am 48 years old and have lived in Scituate, MA for the past 16 years with my wife, Michelle, and our two children ages 19 and 17. I have worked at State Street Corporation since graduating from Babson College over 26 years ago.

I have known Ross for more than 20 years now. Although we worked in different areas of the firm from the late 1990s until 2006, our groups interacted in the line of business quite often. It was easy to see from a distance that he was a person of tremendous intellect. I also got to know Ross over this period on a more personal level as we often commuted together to and from work and the South Shore on the Hingham ferry. In late 2006, Ross asked me if I would consider leading a new business reporting to him. I was humbled and honored by his offer and left my job of 9 years at State Street Global Advisors to accept this position. This turned out to be a great career decision for me as I learned as much in my 4 years working for him as I have throughout the rest of my career at State Street. I had always viewed Ross as a person of high integrity. During this time I was also able to witness firsthand his intelligence in action, his loyalty and devotion to his staff, the mentoring he provided to each and every member of the team, and his willingness to dig in the trenches to help whenever someone was struggling to grasp a certain task. The needs of his employees and their betterment always came first to Ross. Over the years, I came to see that the same was certainly true as it related to his family and friends. It was also amazing to see the reverence that many clients held Ross in during the time I worked for him. In fact, some of these clients that I have met with since then have continued to talk about their admiration for him.

One of the hardest things I have had to do in my career was to tell Ross, a person that I had so much respect for, that I was leaving for another position back at State Street Global Advisors in 2010. While I could tell he was disappointed, it was also quite apparent that he was happy for my opportunity and only wanted what was best for me. I have since turned to him for both professional and personal advice on many occasions and he has never hesitated to offer me his wisdom. He is truly somebody who would give the shirt off his back to anyone without hesitation. I am proud to count Ross as a good friend.

Ross has been a devoted husband to his wonderful wife, Lisa, and a loving father to his four young children – ██████████████████████ He has volunteered many hours to coaching their athletic teams and working with the kids throughout his community. Despite being promoted to Executive Vice President at a very young age, a promotion he had very much earned and deserved, Ross and his family have always lived a relatively modest lifestyle true to his roots and upbringing.

I understand that a jury of his peers has found him guilty on five counts. It is not my intent to dispute or debate that finding in this correspondence and I certainly don't mean to diminish what he has been convicted of doing. I only want to say that we all make mistakes and everyone deserves a second chance. During this long ordeal, I know that Ross and his family have suffered tremendously. He has lost the ability to make a living during his prime earning years, he will never again be able to work in the industry he grew up in and thrived in, and I imagine that this long process of defending himself in this case has had a significant effect on the family's savings. While he may have brought this upon himself, I would hate to see this conviction result in him being separated from his wife and his young children who have stuck by him throughout. To make matters even worse, Ross also suffered the loss of both his parents within a few months of each other during this time. I humbly ask for your compassion and leniency.

I greatly appreciate your time and consideration.

Respectfully Yours,

*Michael Feehily*

Michael Feehily

██████████

Michael Sheskey

8.30.2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Ma. 02210

**RE: Ross McLellan**

Dear Judge Sorokin,

My name is Michael Sheskey and I have had the pleasure of being a friend of Ross
McLellan for 15 years now. I am grateful for our friendship and have much admiration
and respect for Ross. He is a gentleman, a loving husband to his wife Lisa and devoted
father to his young children.

Ross is the most respected and well liked friends I have ever had. Everyone respects his
opinion and turns to him for advice and guidance. As I grew closer with him, I have seen
how wonderful he is to his family, friends, and the community. He is extremely active in
his children's hockey and baseball and donates so much of his time coaching.

I thoroughly enjoy every time I am with Ross. He is very intelligent, kind, caring, and
generous. He is the most humble person I have ever met which in today's world is very
rare and refreshing.

I am honored to have Ross as a dear friend and will always support him and be there for
him as he has for me.

Thank you for your consideration.

Regards,

Michael Sheskey

# Michael Cummings

Aon Benfield | Inpoint

Principal Partner



August 20, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

Dear Honorable Leo T. Sorokin:

I am writing on behalf of Ross McLellan who I first met when our children attended the same day care over 10 years ago and I have been friends with him ever since. Over the years of our friendship, I have seen Ross be an incredible father and supporting husband for his family, a person who gives back to the community in countless ways and one of the most principled persons I have ever met.

Since both Ross and his wife have worked over the years, I would often see Ross at pickup for our children at day care as well as see him take time off from work to attend special events for his children at school.  Additionally, he would leave social events to attend to the needs of his family by picking up one of his children (or in some cases pick up my sons) to make sure everyone got to their activities or he attended to other family matters.  Ross also gives a lot of his time to coach his children in hockey where I had the honor of coaching with him for a couple of season.  As a coach, Ross is always supportive of his children and other members of the team making for a fun atmosphere where kids learn new skills and consistently improved throughout the season.

Ross is also a person who has given back to his community by volunteering his time at charity events while also serving on the board of Hingham Youth Hockey.  In his role on the Hingham Youth Hockey board, he has the thankless job of managing all hockey equipment for the entire league and he makes sure all teams are well supplied every year which takes an incredible amount of his time.

On two separate occasions I have seen Ross stick to his principals to stand up for what he believes.  While we were coaching our sons in hockey a couple of seasons ago, Ross and I were put in a situation where we were paired with a head coach that was not a positive influence on the team.  The head coach began the season by berating players on their play and causing stress on team members who were 9 and 10 years old.  Ross saw the toll it was taking on the team and through several meetings with the head coach, he persuaded him to change his coaching style. This resulted in the players having more fun and improving as a team resulting in a winning record the rest of the season and making the playoffs.  The success of the team would not have happened if Ross had not intervened.

On a second occasion, Ross was involved in evaluating try outs for Hingham Youth Hockey.  Tryouts and the formation of hockey teams in our town is a very intense event and is politically charged.  My oldest son was trying out and due to politics, he was not getting a fair evaluation with the evaluation committee.  Ross made a point to speak up for my son (without any urging from me) and defend his play which resulted in my son getting fairly placed on a team for this season.  In the politically charged atmosphere of youth hockey, it would have been easier for Ross

not to say anything, but he unsolicitedly took the time to stick out his neck to defend my son which was greatly appreciated.

In conclusion, Ross is a compassionate father, a person that gives his time back to the community making him a highly respected individual within our town and I am proud to call him my friend.


Sincerely,

Michael Cummings



## HINGHAM YOUTH HOCKEY

27 August 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: **Ross McLellan**

Dear Judge Sorokin,

My name is Mike Richardson and I am the President of Hingham Youth Hockey (HYH), a 501 (c) (3) charitable organization which operates youth hockey programs for the benefit of approximately 400 children in the town of Hingham. All board members and coaches are volunteers. I am writing to share my experiences working with Ross McLellan and to highlight his contributions to the program and to the children in our community over the past several years.

I joined the HYH Board in June 2013, and I have been serving as President of the organization since June 2015. Ross began coaching in the program in 2013 and he has been serving as a Board member since being nominated and elected in June 2016. I really didn't know Ross well until he joined the board, but since that time I've gotten to know him very well and I have come to truly value his insight. He is typically the first person I reach out to for advice when I have a decision to make or when I'm looking for feedback because I value his judgment and his motives are pure. Ross is highly respected not only by me but by every other member of the board because his sole motivation is doing what is best for the program and for the kids in town. This is his compass. He doesn't choose sides or form alliances and has never shown a personal agenda. Instead, he listens to all sides and forms his own opinions and recommendations.

We had several open positions on the board when Ross joined, and he came with a great attitude and a willingness to help with whatever was needed. In his first year, he agreed to be our representative to the South Shore Conference (SSC), which is the league that our travel teams play in. This is one of the more thankless roles on the board and the person in the role before him had been trying unsuccessfully to find a successor for several years. The role entails attendance at monthly meetings as well as frequent communication with league representatives regarding scheduling, rule changes, disciplinary issues involving players and coaches, and other logistical issues. Ross embraced this role and quickly built a great rapport with the officers of the SSC and his peers from other programs. The following year, Ross volunteered to take on additional responsibilities and also assume the role of Equipment Coordinator. This is another thankless role that entails negotiating with vendors for new jerseys and equipment, maintaining our storage facility, and collecting equipment at the end of each year. On top of this, Ross also took the initiative to work with a vendor and create our own online HYH merchandise store.

While Ross has made a significant impact in fulfilling his board responsibilities, I've been even more impressed with the time and effort that Ross has put in beyond the scope of his role. Two examples from last season really stand out to me. The first was a holiday tournament that he organized for kids in our mite house program. This program is for 7

27 August 2018

and 8-year olds that are just learning how to play hockey and had never competed against kids from other towns. Ross took the initiative and organized and ran the tournament all by himself. He worked with the local rink to find available ice time, recruited teams from neighboring programs, hired referees, set the schedule, and picked up prizes for the participants. He didn't do this for himself, as he did all of the work the way he prefers - behind the scenes and out of the limelight. He did it because he knew the kids would have a blast and he was spot on. The tournament was the highlight of the season for most of the kids and their parents. We're already getting calls from other programs to make sure we are planning to host this tournament again this year.

The second example is another tournament that Ross organized over February vacation for the elementary and middle school kids in our program. Again, he took complete initiative and organized the entire tournament by himself. We have four elementary schools in Hingham, and Ross organized the teams based on the elementary school that the kids attended. There were two divisions, one for the younger kids and one for the older kids and Ross spent over sixteen hours at the rink over the course of two days. Ross set the perfect tone to make sure the games were competitive but friendly, and it could not have worked out any better. The kids had an absolute blast, and my boys still talk about how much fun they had playing with their friends from elementary school.

I share these examples just to give a glimpse of the Ross McLellan that I have come to know over the past few years, but I could list a dozen other small things he's done that have made a big difference. He embodies everything you would want from a fellow board member – extremely generous with his time, thoughtful, reliable, respectful, trustworthy, resourceful, selfless, personable, and passionate about helping kids and keeping the game fun.

As I finish writing this letter, I would be remiss if I didn't share one more anecdote about Ross from this past weekend. This doesn't involve hockey or the HYH board, but it does demonstrate again his selflessness and his willingness to help others. A family in Ross' neighborhood was helped by the great care their son received at Children's' Hospital recently, and they organized a wiffle ball tournament in town to show their appreciation and help raise money for Children's'. Ross gave up his entire weekend to help out. He spent several hours on Saturday helping to get the fields and tents set up and all day Sunday umpiring games, managing schedules and playoff brackets, and cleaning up afterwards. This epitomizes the Ross I know – dependable, selfless, and always willing to help others - and I was not at all surprised to see him out on the fields all weekend! In fact, this was the second annual wiffle ball tournament the family organized for Children's', and I heard from several others that Ross spent just as much time helping out with the inaugural tournament last year.

In closing, I just want to express my gratitude for Ross' willingness to volunteer his time and my appreciation for his efforts to make the experience as positive as possible for all of the kids in our program. The 400+ children in our program have all benefited from his service.

I am extremely proud to call Ross McLellan a trusted colleague and friend.

Sincerely,

Mike Richardson
President – Hingham Youth Hockey



Pamela Adams Sharpe

████████████████

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

August 26, 2018

RE:   **Ross McLellan**

Your Honor,

I wish to provide a character reference for Ross McLellan, a long-time friend and neighbor. I am a former Enrolled Actuary in the human resources consulting field. I am married and have three children.

Ross and I grew up together in Warwick, Rhode Island, and have been friends for almost 40 years.  We first became acquainted as classmates during second grade catechism at St. Timothy's Church. My first impressions of Ross were his gregarious nature and humor.  Coming from different elementary schools, we were all a little suspicious of one another, but Ross was approachable and friendly and made me feel at ease.  He was an altar server in the church for many years and seemed to take on this role with the respect and importance that it deserved.

Ross and I went on to build upon this relationship in both middle and high school.  Through shared classes, friends and interests, Ross quickly became a trusted friend and confidant during these formative years.  I recall many instances when I was able to rely on Ross in times of need, whether it be collaborating on school projects or a safe return home from sports games and school events.  Our friendship was a lifeline to me during a particularly difficult time, when my parents divorced during my sophomore year of high school.  I always knew Ross to be a diligent and hard-working student, and as Captain, he led our hockey team to win the State Championship in our senior year.

In post-college years, our friendship continued, and he remains a dedicated and loyal friend.  Serendipitously, we both chose Hingham, MA, as the place to settle and raise our respective families.  I have had the pleasure of spending time with Ross and his children and wife, Lisa, many times and witnessed the joy that they bring to each other.  He is a committed father and husband, a family man.  I attended his father's funeral in recent years, and I was struck by this fact as he spoke about his dad and family so eloquently and lovingly, not an easy task in a time of such grief.

I appreciate being given the opportunity to contact you on Ross' behalf, as he has been a true friend and support to me over these many  years.  I know him only as a person of integrity and upstanding character. If you need additional information, please do not hesitate to contact me.  Thank you for your consideration in this matter.

Sincerely,

*Pamela Adams Sharpe*

Pamela Adams Sharpe

████████████████

The Honorable Leo T. Sorokin                                      August 6, 2018
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Ross McLellan

Your Honor,

I have had the privilege of knowing my cousin-in-law Ross for over 20 years. Ross is my first
cousin's (Lisa) husband. I grew up having Sunday dinners with Lisa all through my childhood;
therefore she is like a sister to me. I've always looked up to my cousin Lisa and admired her ability
to be an amazing judge of character and surround herself around sincere, intelligent and most
importantly, loyal, individuals. When Lisa introduced Ross to our protective Italian family it was
easy to see that he encompassed all of these qualities.

 I can honestly say that Ross has been there for me as a cousin and a friend for as long as I can
remember.  Through my graduate school years at Northeastern University and during my
fellowship year, Ross and Lisa took care of me. They made sure I always had family to be around
and a house to go to for family dinners or just for a break from my challenging studies. Ross,
alongside my father, helped me move from each of my apartments and I moved to a different
apartment almost every year for 4 years with A LOT of stuff! I've always admired Ross's intellect
and devotion to not only his immediate family but also his extended family. I admire him as a
parent, a husband, a son-in-law and a cousin. He is not only there for his own children but he has
always been there for me when I needed a helping hand and for our family as a whole.

I am now fortunate to be in the medical field for over 13 years and have encountered and treated
many patients with traumatic brain injuries and tragic spinal cord injuries, one being my own god-
father (Ross's father-in-law) who suffered a life changing malignant tumor on his spinal cord,
leaving him partially paralyzed with continued weakness and ongoing medical and life challenges. I
have seen firsthand from a family perspective the effect this has had on our family. I have also
witnessed Ross's devotion to his father-in-law and all that he has done to be there by his side over
these difficult years. Ross has helped his father-in-law and mother-in-law out both physically and
emotionally. Ross and Lisa have been an essential part of my god-father's recovery in ways
unimaginable. Ross's actions and words through these difficult years exemplify his devotion to his
family and his overall character.

Above I've listed only a few of the many ways Ross is a wonderful, caring and honest asset to our
family. My cousin Ross not only continues to demonstrate his devotion to our family by supporting
my godfather (his father-in-law) but by giving both me and my husband sound advice on how to

manage our twins. We feel blessed to have Ross in our lives and know we can always count on him being there whenever he is needed.

Sincerely,


Rena Iellimo


The Honorable Leo T. Sorokin
United States District Court
Joh Joseph Moakly Courthouse
1 Courthouse Way
Boston, MA 02210
9.4.18

**RE: Ross McLellan**

Dear Honorable Sorokin,

My name is Richard Radulski and I have known Ross for 20 years both professionally and personally.

Professionally, Ross is a mentor and a true leader and I was fortunate enough to have worked with him for 15 years. Ross mentored myself and many others in an environment he created based on dedication, fairness, honesty and hard work.  Ross always had an open door policy and treated everyone with respect.  I can recall countless occasions where Ross gave his valuable time to assist those in need.

 As a fellow Hingham resident and with my four children overlapping with Ross', I have had the pleasure of seeing his children grow up over the years.  To see the example that Ross puts forth as a Father, Husband, Friend, & Coach has been inspirational to our community.

A few years back, Ross and I attended a 3 day, 2 night 4th grade field trip as chaperons for our oldest children.  (As you can imagine that sounds like a lot, and it was.)  I was overwhelmed at how well Ross conducted himself in what was a chaotic experience for me.  I witnessed Ross' sympathetic side as he became a father figure to a student who became homesick and needed someone to console him.  I witnessed Ross's natural leadership skills when it was time to organize many events such as pick-up sport games during free time.  I was simply amazed at his abilities while I and others struggled.  Ross always made sure that the students were enjoying themselves, were treating each other fairly and were respecting each other.

This is just one of many stories that show what type of person Ross McLellan is; A Father, Husband and Friend & Coach.  I sincerely hope that you take this letter into consideration.

Sincerely,

Richard Radulski

# Robert and Deanna Shickel

August 15, 2018
The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

Your Honor:

We, Robert Shickel, Head of Security for Global Atlantic Financial Group and Deanna Shickel, Artist and sole proprietor would like to provide a reference of character for Ross McLellan. Both of us have known Ross McLellan for more than eleven years since moving to Hingham, MA in 2006. As an abutting neighbor, we see Ross on a daily basis.

The last several years have been difficult for Ross, as he has suffered the loss of his business and livelihood.   In addition, Ross has endured a number of significant personal challenges.  Specifically, the passing of both his parents, at separate points in time, and severe medical illness of other family members.  These events alone would strain most individuals to the extreme; Ross has handled each circumstance with absolute dignity and class.

Ross has always exhibited admirable traits throughout the community; many of his acts of kindness have gone unknown by many.  His good deeds are often quietly done, never looking for credit – clearing snow and leaves for elderly neighbors, running errands for a friend fighting cancer.  A few of our neighbors have had health issues and Ross is the one to feed extra kids, take extra kids to movies, beach, etc. to help another family out – time and again.

He has played an active role model as a coach in youth baseball and hockey, donated to local causes and always participates in charitable events.

During the past 11 years Ross has become like family to us, and our two teen children. He is among the most honest, loyal, giving people we have come to know.   We see how close he is to his family and his wife's family.  Ross will prepare ramps to help his father in law with his wheel chair or walker to a comfortable outdoor spot just to chat.  Ross is the guys who welcomes everyone, friends, neighbors, family, nieces and nephews over to celebrate life events or to just catch up. We have observed the simplest acts of selflessness such as Ross volunteering to do dishes late at night so his wife can get to bed after a long day of work, then head off to hockey with the kids in the wee hours the next am.

We have been close witness to Ross as a dedicated father, tirelessly always making time for each of his four kids.  Even after difficult days at court we look out our window and see Ross pitching balls to his kids.  Ross takes the time to get to know and be an active part of our kid's lives.  He frequently attends our son's baseball and football games – showing up with his boys to watch and support our son.  He often follows up games with meaningful conversations and takes a genuine interest in our children's lives. When our daughter has endured difficult health setbacks, Ross has always been one to self-educate to understand the issues and provide whatever support is needed. Both of our children truly look up to Ross

and consider him family.  Ross has always been a hardworking and trustworthy person. Fair, compassionate and honest weaves itself into everything that we see in Ross McLellan.

Sincerely,

**Robert Shickel and Deanna Shickel**

# ROBERT G. NAJARIAN, Jr.

████████████

August 29, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

**RE: Ross McLellan**

Dear Judge Sorokin.

I write to provide my experience with Ross McLellan who will appear before you for sentencing October 11, 2018.

I have known Ross, his wife Lisa, and their family for over 11 years. During that time, I have seen Ross' unwavering commitment to his family and his community. He gladly donates considerable time and energy to the Town of Hingham's youth baseball and hockey programs through his coaching, and other support. His first thought is always for his family, and I have not known him to miss any of his kids' events. It is very clear that they are foremost in his life.

Ross is a thoughtful, insightful person who constantly asks after my family, always remembering where they are in their lives, and what they are doing. I have come to rely upon Ross' advice and counsel in many areas, particularly regarding my oldest son's travails in high school and as he started college. Ross always made time to listen, and consistently provides meaningful discussion or if needed, just a sounding board. I appreciate it very much.

I am very proud to call Ross a friend.

Very truly yours,

Robert Najarian, Jr.

August 28, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Ross McLellan

To the Honorable Leo T. Sorokin,

My name is Ron Sherwood and I have known Ross McLellan for 25 years in both a professional and personal capacity. Ross was my client for many years and helped to mentor some of my junior people. His help was invaluable and many of them have gone on to lead tremendously successful careers. I believe Ross had a very positive impact on their professional lives. He has always been there when I needed help throughout my career. I could count on the fact that if he said he was going to do something, he followed through.

On a personal note I live in Hingham, along with Ross and his wife. It is clear they are raising four great kids. Ross is deeply involved in their lives, and when you meet them, you know the kids have learned the importance of manners and respect. As a coach and town volunteer, we all wish there were more kids like this!

I have never beat Ross in a game of golf and have always walked away feleing like I won the day. Ross is a great guy and I am proud to have him as a friend.

Respectfully,

Ron Sherwood
Vice President, Sales
Axis Technology, LLC

Axis Technology, LLC        50 Milk Street, Boston, MA 02110        Page 1 of 1
http://www.axistechnologyllc.com

# Jason Rotondo
# Terri Rotondo



8/30/2018

To: The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Ma 02210

RE: Ross Mclellan

My name is Jason Rotondo. I am writing you today to provide a character reference for our friend Mr. Ross McLellan. I moved to Hingham with my wife Terri and son in 2012. My son had an interest in hockey so we signed him up to play. I wanted to help coach him so I signed up as well. There was a coach meeting I attended where I met Ross. Ross came right up to me and welcomed me into the group. I felt very comfortable and I remember thinking how wonderful this town was going to be and what nice people lived here.

Over the last 6 years my son has continued to play hockey. We would always see Ross around the rink and sometimes at the soccer field. Every time we passed him he had a friendly smile on his face and always included us in conversation. My son was on his hockey team this past year, and I was able to coach along side him. It was probably our best season yet. Coach Ross was very positive with all the kids whether it was in the locker room, during a practice or game or off the ice. My son ███ always



Ross not only volunteers his time as a coach for his children's sports teams but he also volunteers to be the equipment manager for Hingham Youth Hockey. Whenever my son forgot his game socks or lost his practice jersey Ross would go out of his way to supply us with a new one in a timely manner even if it meant he would have to leave where he was, go home get one and drive it to us. He is always there to help in any way he can.

Ross has always been there for our family. We have much respect for him as a coach as well as a friend. He is a good man who cares a great deal for the people in his life. We have observed first hand how great he is with his children and how much love they have for each other. My son is friends with his 2 older sons. They are all great kids and I believe that is a direct reflection of Ross as a person. We are glad we know him.

Warm regards,

Jason Rotondo
Terri Rotondo

*Sara Dickison Taylor*

████████████████

August 28, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02043

Dear Judge Sorokin,

As a busy working Mom of two, it truly takes a village to manage all the many moving parts of parenthood. The McLellan family is an integral part of my neighborhood support system and I continue to be grateful for their unwavering friendship and support.

I never wanted to be a hockey Mom and really didn't know the first thing needed to survive the cold rinks, out-of-town tournaments, the countless early morning practices or late weekday games.  My son was a true underdog when he first joined the hockey world; barely holding himself up on skates and continuously lacking that natural talent or innate skill. But he desperately wanted to play hockey and thank goodness for Ross McLellan.  He saw the kid behind the awkward stammer and truly believed in my son. As his coach for many years I'd watch Ross on the sidelines - forever patient, encouraging, helpful at just the right moment, always going the extra mile for ███ and the other members on his team.  I can't tell you how many times I texted Ross that a client call was running over and could he please pick up ███? Oh, and tie his skates and make sure all this stuff was in his bag? "No problem... consider it done" he would text back. Ross would have a car full of kids all the while tying my son's skates and gathering his heavy bag of equipment. He was even ███ s advocate when he had a bad hockey tryout and continually vouched for his perseverance and steady hard work.  Ross never expected any fanfare, thanks or applause... he just did it.

One of my favorite examples of Ross beaming his bright light was at a neighborhood pool party they hosted a few years back. Unfortunately ███ needed to leave early for another sports practice and sadly had to forego the grilled hamburgers and other barbeque fare. With no time to finish cooking a burger, Ross jumped away from his hosting duties and made Sam a turkey sandwich "to go", all in a flash! He was like a

high-speed deli worker, all made to order with even chips on the side. Ross didn't skip a beat and my son left with a smile.

It was situations like this where you see the real man in action. His family always comes first and I love witnessing the beautiful bond he has with his wife and each of his four children. He has always been incredibly present in their lives and many times you see him hold his youngest daughter in one arm, the hand of another child in the other, all while juggling a hockey bag across his shoulder.  He kneels down to each of his kids when he talks to them and truly comes to their level. He and Lisa have a true and committed partnership and Ross is always in the trenches with his family. He is present, loving, supportive and fun loving. One of the funniest guys I know, Ross will lighten up any situation and make you smile till your cheeks hurt! ☺

I could write pages and pages of fabulous Ross stories, but they all have the same theme. At the end of the day, Ross would walk to the ends of the earth for you and go above and beyond any call of duty. He would literally give you the shirt of his back, if needed. My husband and I are so blessed to have the McLellan's in our life and call them friends.

Please let me know if I can provide any additional information.

All my best,

Sara Dickison Taylor

September 30, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE:    Ross McLellan

Dear Judge Sorokin,

I feel compelled to write you so that you have insight into knowing Ross McLellan and all that he brings to his family, friends, community and even strangers. Ross McLellan is one of the greatest men that I have met. He is kind, genuine, positive, good natured, funny, hardworking and all around amazing.

I have the pleasure of being able to call Ross a friend for the last 11 years as we live in the same community. Ross is quiet but dynamic. What I love most about Ross is that he doesn't have an ego. As a matter of fact, he actually doesn't care for people with big egos or people who strive to always be the center of attention. People gravitate towards Ross because he isn't pretentious or fake. He is what we all know as a "down to earth" person.

Ross is one of the biggest cheerleaders for my family and my children. Over the years, Ross has coached my two sons in sports or has stood alongside me on the sidelines as a friend. He consistently makes it a point to boost my kids' confidence or make small accomplishments into great wins. He always has the right words or actions to memorialize a moment. He makes my kids feel great about themselves. There is not enough of this type of praise today. Actually, it is just the opposite. Whether in school, sports or theater and music classes, there is more emphasis on what the kids have done wrong and winning than on fun and development. Ross is focused on what is best for our kids and our community. He never deviates from this and as an active member in various organizations our children and other parents are better off with Ross McLellan in the community.

Ross is a terrific father, husband and friend. He is raising 4 beautiful children including twins. You can always find Ross and his wife and children together at any event. They have a strong family unit and are dedicated to providing their kids with a solid education and giving back. You frequently see Ross and his wife laughing. Ross has a great sense of humor which is why it is always fun to run into him around town.

There should be more Ross McClellans in our community.

Thank you for your time and consideration.

Respectfully yours,

Sheryl Tuach Cummings



Sisters of Mercy · Hermanas de la Misericordia

The Honorable Leo T. Sorokin                                          August 1, 2018
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Ross McLellan

To whom it may concern,

My name is Sister Faith Harding, and I have been a member of the Sisters of Mercy for 68 years
and a friend of the McLellan family for over 50 years. During those years I have had the
privilege of witnessing the growth of an outstanding family, the McLellans. Ross, the youngest
of three children, was a happy, fun-loving individual who was kept busy by being placed in
accelerated courses. He excelled at sports, especially hockey. As a teenager he also always
worked hard at part-time jobs.

During those growing periods from pre-kindergarten through Stonehill College and beyond, Ross
was nothing but an outstanding Christian young man and a model for young adults. His talents
and gifts, especially in math as well as his willingness to work hard led him to a successful
career at State Street Bank. When I heard that Ross was upset about leaving State Street, I knew
it was for the best. He always felt his family came first and his career second. God would
provide!

I know with certainty that a man of Ross's character and love of God and family would not in
any way jeopardize his life and his love for his family.

Kind Regards,

Sister Faith Harding
Religious Sisters of Mercy

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Honorable Sorokin,

My name is Stephen McKenna and I am writing this letter on behalf of my good friend Ross McLellan.

I have known Ross since we met at Stonehill College in the fall of 1990, and we have been friends ever since. Over those 28 years I have always known Ross to be a caring, compassionate, funny and generous friend who always put his family first.

My original thought when writing this letter was to give a specific example of a time when Ross was really there for me, but I couldn't give a "specific" example because there have been so many times Ross has been there for me. In good times he was always one of the first people to reach out with a congratulations and usually some good natured humor/ribbing. Bad times he was always one of the first to reach out and make sure I was ok and ask if he could do anything to help me out. A few years ago I went through a very hard personal situation and Ross was a big support for me, whether it was a simple phone call or a round of golf, he genuinely cared.

I thank you for taking the time to read this letter and I hope that it gives you some insight into who Ross McLellan is, because he is really is a great guy who has absolutely had a major and positive impact on my life.

Regards,

Stephen McKenna
Senior Territory Manager
Ranpak Corporation

August 30, 2018

Dear Honorable Leo Sorokin;

This letter is to inform you about my relationship to Ross McLellan.   I am Ross's Godfather, as well as his first cousin.   That said, I have spent much of my life in his company while enjoying family functions, social gatherings, and sporting events.   Simply put, I have always enjoyed his good humor, his down to earth style of intelligence, and his caring nature.

Ross and I have always shared athletic pursuits.   He was a goal tender in Hockey, and as adults, we have both become avid golfers.   Both on and off the golf course, we were both raised to behave like gentlemen, not to cheat, and to take a loss graciously, with humor.   I have witnessed both in sports and socially, that Ross is well-liked by everyone I've come across, and that he presents himself as the man we were both raised to be.

In closing, the thing I have enjoyed seeing in his character the most, is the way he is managing his own family.   Ross is a wonderful Dad who is always there for his children.   As fathers, we both understand the demands of fatherhood.   Again, I find myself admiring his natural easy way, his humor, and the stability he gives his children.   I have honestly always felt honored to have him in my family.   I am proud of him, and I truly admire the quality of the man he has grown into.

Sincerely,

Tom Fielding

August 29, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin,

As October 10th is approaching, I am writing to you on behalf of Ross McLellan and
his family.   I have no doubt that you have received numerous letters attesting to
Ross's character, strong commitment to his family and his ties to his community.  I
can easily substantiate those attributes as well, however, the focus of my letter will
be from the perspective of his wife, Lisa, and their four children: █████████████
and █████.

Lisa and I have been friends for nearly 30 years having met during our first year at
Bucknell University where we lived on the same dormitory floor.   Since then, we
have seen each other get married, welcomed children together, celebrated successes
and experienced losses.

And yet, thirty years later, despite sharing numerous milestones and life events, Lisa
continues to amaze me with her unwavering support, unparalleled work ethic, and
supreme devotion to Ross and their children.

As a supportive parent with a full-time career, Lisa always manages to find time to
attend a child's sporting or school event, help with homework and even volunteer at
their schools.   After struggling for many years to have a family, Lisa and Ross are
blessed to have four children who are surrounded with love, attention and
encouragement.

Given Ross' situation, Lisa is now the sole financial provider for her family, working
a full-time job with long hours while raising four children who are well cared for
and happy.  Never one to complain, Lisa is one of the hardest-working people I
know.  After a day of editing, her attention shifts to providing a home-cooked,
nutritious dinner and spending time with her family.   Frequently, she returns to
work after the children's bedtime.

Lastly, Lisa and Ross share one of the most loving, supportive relationships I know.
They have endured many hardships to have the family they do today.   Lisa and
Ross are true partners and a prolonged absence would dramatically alter the
composition of their family.   As a parent of a teenage child, I appreciate how
impactful these years are, and █████ and █████ (ages 13 and 11), especially, need Ross
during these formative years.   These are the years that shape adolescents into

responsible adults, and I know ████████████ and ███████ will benefit immensely from having both Ross and Lisa living in the same house.

Thank you for your consideration.  As this letter provides a small glimpse into my support of Ross and my relationship with the McLellan family, please feel free to contact me at ██████████ should you need any additional information or have any questions.


Sincerely,

Vanessa Day

August 30, 2018

The Honorable Leo T. Sorokin
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Personal character letter for Ross McLellan

Dear Judge Sorokin,

My name is Bill Jacobs. I am a close friend of Ross and Lisa McLellan and I'm writing you to provide you with some insight into the friendship that Ross and I have shared for over 25 years.

Ross and I were roommates at Stonehill College in Easton Massachusetts, class of 1994. Ross and I met as freshman and as business majors, shared many of the same classes as well as many interests outside of the classroom (sports and politics). Ross was one of the brightest students in the Stonehill business program at the time and I came to rely on his coaching and guidance to meet the challenges of the heavy curriculum. Ross effectively became an informal tutor for me and other fellow students. His selflessness and willingness to support his classmates left a lasting impression on me.

As the years went on we stayed in touch, mostly through sports. I was struck by how much he had invested himself in coaching his children, ▉▉▉▉▉▉▉▉▉▉▉▉ as he has become a fixture in Hingham youth sports programs. I observed the same patience and guidance that he had afforded me as a young student.

I've come to know Ross as a great family man who has dedicated so much of his time to his children and others in the Hingham community.

Sincerely

*Bill Jacobs*

William J. Jacobs
Walpole Massachusetts
Email: ▉▉▉▉▉▉▉▉▉▉▉
Phone: ▉▉▉▉▉▉