| From: | Pennings, Edward [/O=STATE STREET/OU=EUROPE/CN=ROYAL EXCHANGE/CN=USERS AND GROUPS/CN=EPENNINGS] |
|---|---|
| Sent: | Thursday, March 25, 2010 1:49:10 PM |
| To: | Mcgroarty, Stephen P |
| Subject: | FW: residuals.xls |
| Attachments: | residuals revised.xls.zip |

Will you check with the client?  Make sure you remove the headline "including Comm" in column G before sending it.

---

**From:** Mooney, Benjamin A
**Sent:** 25 March 2010 13:21
**To:** Mcgroarty, Stephen P; Pennings, Edward
**Cc:** Finocchi, Stephen J; Spyropoulos, Gregory J; Bryant, Tom; Clemmenson, Thomas; Barnes, Ian R; Holden, Ian N
**Subject:** RE: residuals.xls

Stephen / Ed,

Here is the updated file with Tom and Barney's best bids including 2bps yield.

Please let us know how the client wishes to proceeds.

Regards

Ben

---

**From:** Clemmenson, Thomas
**Sent:** 25 March 2010 13:13
**To:** Mooney, Benjamin A
**Cc:** Pennings, Edward; Mcgroarty, Stephen P; Finocchi, Stephen J; Spyropoulos, Gregory J; Bryant, Tom
**Subject:** residuals.xls

Here is the updated file

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

Confidential pursuant to Securities Exchange Act s.24(d).