# In The Matter Of:

*United States of America  v.*
*Ross McLellan*

*Phone Call*
*November 3, 2011*

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Original File Phone Call 11-3-11.txt
**Min-U-Script® with Word Index**

```
                                                                    1

 1               UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3                  CASE NO.: 16CR-10094-LTS

 4

 5

 6   *******************************

 7   UNITED STATED OF AMERICA,         *

 8            Plaintiffs               *

 9   v.                                *

10   ROSS McLELLAN,                    *

11            Defendants               *

12   *******************************

13                    RECORDED PHONE CALL

14                  DATE:  NOVEMBER 3, 2011

15

16

17

18

19

20

21                          Mary Indomenico, ACT, CET

22                          Official Court Transcriber

23

24
```

Phone Call - November 3, 2011

2

1        CALL SS3_000000546:

2        RICHARD BOOMGAARDT:  Hello?

3        CASSANDRA WALTER:  Hi, sorry.  I was just on with
4   Paul.

5        RICHARD BOOMGAARDT:  Yeah, no.  I was going to
6   say, I meant to grab you before you -- before you left
7   with him.  What was I going to say?

8        Around NTMA, Freshfields is going to ask me for
9   some context around that deal, you know, what the client
10  understanding of things was going to be.  But, I wasn't
11  really in many of those conversations really.  It was
12  mostly -- mostly, I guess, Ed, but to a degree you were --
13  you were in there as well.

14       CASSANDRA WALTER:  Yep.

15       RICHARD BOOMGAARDT:  What's -- what's your
16  understanding of what -- what they understood, I guess.
17  If that makes any sense.

18       CASSANDRA WALTER:  What, on this last one?

19       RICHARD BOOMGAARDT:  Yeah.

20       CASSANDRA WALTER:  They -- it was -- I have to be
21  really up front.  There was a lot of confusion.

22       RICHARD BOOMGAARDT:  Okay.

23       CASSANDRA WALTER:  So, my recollection is going
24  to be pretty hit and miss on this.  There was a

Phone Call - November 3, 2011

3

1  conversation had that originally we went in at 1.65 I
2  think --
3          RICHARD BOOMGAARDT:  Yep.
4          CASSANDRA WALTER:  -- for everything, basis
5  points of value.
6          RICHARD BOOMGAARDT:  Yep.
7          CASSANDRA WALTER:  Now, we had had previous
8  discussions with that client and where -- like, none of
9  its documented, so I don't know if that's any relevance or
10 whatever.  But basically, we had had clients lunches and
11 meetings with them where we lost to Nomura a load of
12 times.
13         RICHARD BOOMGAARDT:  Yeah.
14         CASSANDRA WALTER:  And the client said to us,
15 look, you're coming in more expensive.  Like your
16 competitors -- and at that point, you knew it was only
17 Nomura because Citi had come off the list --
18         RICHARD BOOMGAARDT:  Yep.
19         CASSANDRA WALTER:  -- that basically they were
20 coming in subsequently lower than -- significantly lower
21 than us.
22         RICHARD BOOMGAARDT:  Yep.
23         CASSANDRA WALTER:  And we were going in at like
24 three and sometimes four.  So, ultimately, they said -- we

Phone Call - November 3, 2011

4

1  said to them, look, we cannot do it for less, unless -- we
2  can't do it for less, unless they're taking the spread
3  somewhere else.  And they said that's fine.  Like -- what
4  a -- our compliance department makes those decisions --
5          RICHARD BOOMGAARDT:  Yep.
6          CASSANDRA WALTER:  Like our compliance department
7  goes to the lowest cost provider.
8          RICHARD BOOMGAARDT:  Right.
9          CASSANDRA WALTER:  So, the decision was taken
10  that we would go in at 1.65.
11         RICHARD BOOMGAARDT:  Okay.
12         CASSANDRA WALTER:  And we won the deal.
13         RICHARD BOOMGAARDT:  Right.
14         CASSANDRA WALTER:  On the condition that we drop
15  to 1.25.
16         RICHARD BOOMGAARDT:  Right.
17         CASSANDRA WALTER:  So, there was discussion
18  around 1.65 and 1.25.  Now, we did 1.65 for the first -- I
19  want to say like billion or --
20         RICHARD BOOMGAARDT:  Yep.
21         CASSANDRA WALTER:  Or 1.8 billion or whatever.
22         RICHARD BOOMGAARDT:  No, it was more than that.
23  It was on the first kind of -- I mean we had 4 ½ billion
24  or something, didn't we?  Or 3 ½ billion?

Phone Call - November 3, 2011

5

1   CASSANDRA WALTER:  3 ½ billion I think it ended
2   up being.
3   RICHARD BOOMGAARDT:  Yeah.  And that's right,
4   this --
5   CASSANDRA WALTER:  So, we did 1.25 for the first
6   part.  And then for the second traunch of it, they said to
7   us, do the second traunch, but because we've now given you
8   the whole thing, can you revert to 1.25?
9   RICHARD BOOMGAARDT:  Yep.
10  CASSANDRA WALTER:  And that was when we had a lot
11  of really weird conversations where they basically lead us
12  to believe that we were getting the rest of the
13  transition, and then we subsequently didn't get it.
14  RICHARD BOOMGAARDT:  Yep.
15  CASSANDRA WALTER:  Do you remember that?  I don't
16  know if you remember that.  Like that's why  --
17  RICHARD BOOMGAARDT:  Oh, no, I --
18  CASSANDRA WALTER:  -- I'm a bit hazy on it.
19  RICHARD BOOMGAARDT:  -- do remember there was -
20  there was going to be more coming, but I guess it's -- I
21  guess it's more around would he have expected us to take a
22  spread on it or not.
23  CASSANDRA WALTER:  Look, I have to be honest.  We
24  quoted -- I don't know, I mean like they're pretty

Phone Call - November 3, 2011

6

```
 1   insightful guys -- like, we quoted on 14 deals.
 2          RICHARD BOOMGAARDT:  Yeah.
 3          CASSANDRA WALTER:  All of the rest of them, we
 4   quoted four bips or five bips.
 5          RICHARD BOOMGAARDT:  Yeah.
 6          CASSANDRA WALTER:  On the one where we quote
 7   1.65, where we've had the conversation with them time and
 8   time again, we win.
 9          RICHARD BOOMGAARDT:  Um --
10          CASSANDRA WALTER:  Yeah, so like -- I mean I
11   don't know.  I think if you called him up and asked him,
12   he would say no.
13          RICHARD BOOMGAARDT:  Yeah.  Yeah, well of course
14   he would.  It's just going to be quoted -- of course he
15   would say that, wouldn't he?
16          CASSANDRA WALTER:  Yes.
17          RICHARD BOOMGAARDT:  Okay.
18          CASSANDRA WALTER:  The one -- there was initial
19   correspondence in Ed's emails though.  And I don't know if
20   I was copied in on them or if we had conversations.
21          RICHARD BOOMGAARDT:  Saying what?
22          CASSANDRA WALTER:  But then you were on holiday,
23   weren't you?
24          RICHARD BOOMGAARDT:  I can't remember.  But I
```

```
 1    just -- it was all of a sudden, you know, three people
 2    didn't need to be involved in going through all this --
 3            CASSANDRA WALTER:  Paul McGee -- this is my point
 4    -- Paul McGee was involved.
 5            RICHARD BOOMGAARDT:  But what was the -- yeah, I
 6    guess what I'm trying to do is just understand the nature
 7    of the conversations, if there was any, that they would
 8    have been expecting to see.  You know -- expecting that we
 9    would have been making money off of the back end of it,
10    that's all.
11            CASSANDRA WALTER:  Look, there was -- what I will
12    say is there were several conversations that were had in -
13    - in this five-year period we've been on this panel -- or
14    four-year period, where we talked explicitly about the
15    fact.  And keeping in mind we also had Kevin O'Neil from
16    Nomura.
17            RICHARD BOOMGAARDT:  Yeah.
18            CASSANDRA WALTER:  And Kevin -- Ed was not short
19    on saying that we have -- we have an employee who used to
20    work at Nomura -- it's called "Price Adjustment."  That's
21    why they come in staying on target every time.
22            RICHARD BOOMGAARDT:  Yeah.
23            CASSANDRA WALTER:  So, those conversations were
24    all had, you know?  And I remember sitting at a lunch
```

Phone Call - November 3, 2011

8

1  where Ed explicitly -- I remember flying over ahead of
2  either 13 or 14 --
3           RICHARD BOOMGAARDT:  Yep.
4           CASSANDRA WALTER:  -- and saying to them, like
5  over lunch, you know, the only way these guys can take it
6  to making any money off of it, is if they're taking a
7  spread.  There's no way somebody can quote at one, and
8  then we go in and quote at 1.25 or whatever.
9           RICHARD BOOMGAARDT:  Yeah.
10          CASSANDRA WALTER:  So, you're not going to find
11 any of that in the emails or on the recorded line.  I
12 mean, I'll be up front with that.  I mean like that was
13 all over lunch.  I mean ask Paul; Paul was at a couple of
14 those meetings.  So, I mean --
15          RICHARD BOOMGAARDT:  Yeah, okay.
16          CASSANDRA WALTER:  -- if he has the same
17 recollection as I do.  I mean I know the conversations
18 were had about that number and that they must be making
19 money elsewhere.
20          RICHARD BOOMGAARDT:  Yeah, but it's more you
21 know, that we're quoting this, this is how we're doing it
22 as well.  That's the --
23          CASSANDRA WALTER:  Yeah.
24          RICHARD BOOMGAARDT:  Okay.

Phone Call - November 3, 2011

9

1  CASSANDRA WALTER:  You know, I suppose if you're
2  putting two and two together --
3  RICHARD BOOMGAARDT:  Yeah, I think we need to put
4  two and two together for him directly, but -- all right.
5  CASSANDRA WALTER:  And we could -- I can
6  categorically tell you, we did not do that.
7  RICHARD BOOMGAARDT:  Okay.
8  CASSANDRA WALTER:  We did not tell him he was
9  taking -- we were taking a spread on it.
10  RICHARD BOOMGAARDT:  Okay.
11  CASSANDRA WALTER:  That much I can tell you,
12  definitely not.
13  RICHARD BOOMGAARDT:  Probably all I need to know.
14  CASSANDRA WALTER:  There were conversations had -
15  - yeah, there were conversations had around it.  Ed was
16  pretty explicit about how Nomura made their money when
17  they were quoting one or zero.  And the one time we then
18  quote for you know, one or zero close to as low as we can
19  go, we win the deal.  So --
20  RICHARD BOOMGAARDT:  Understood.  Okay.
21  CASSANDRA WALTER:  Yeah.
22  RICHARD BOOMGAARDT:  All right.  That's cool.
23  CASSANDRA WALTER:  Is our ding -- is our dingbat
24  secretary around?

Phone Call - November 3, 2011

```
                                                              10
 1           RICHARD BOOMGAARDT:  I haven't seen her today,
 2   but --
 3           CASSANDRA WALTER:  Is Emma (indiscernible)
 4   around, do you know?
 5           RICHARD BOOMGAARDT:  I don't see either of them
 6   at the desk right now.
 7           CASSANDRA WALTER:  I'm in a bit of a bind.  I've
 8   just gotten my reminder for my flight tonight --
 9           RICHARD BOOMGAARDT:  Yep.
10           CASSANDRA WALTER:  -- and like she booked me in
11   and out of Heathrow, because I brought my car there; I
12   parked it.
13           RICHARD BOOMGAARDT:  Yeah.
14           CASSANDRA WALTER:  And apparently I'm going back
15   to Gatwick tonight.
16           RICHARD BOOMGAARDT:  Oh, that's good.
17           CASSANDRA WALTER:  Isn't it?  I'm not really
18   quite sure what to do.  So, that's fine, I'll just call BA
19   directly and handle it.
20           RICHARD BOOMGAARDT:  Yeah, I don't -- neither of
21   them are at their desk right now, I don't think.
22           CASSANDRA WALTER:  That's fine.  I'll call Carl.
23   Cool.
24           RICHARD BOOMGAARDT:  Cool.  All right.
```

Phone Call - November 3, 2011

11

1    CASSANDRA WALTER:  All right.  I've got to go.
2    Call me if you need anything --
3    RICHARD BOOMGAARDT:  How's the conference going?
4    CASSANDRA WALTER:  Yeah, it's a waste of time.
5    RICHARD BOOMGAARDT:  Really?
6    CASSANDRA WALTER:  It's a waste of time because
7    it's not organized.
8    RICHARD BOOMGAARDT:  It's not organized from our
9    end or?
10   CASSANDRA WALTER:  Yes, correct, yeah, from our
11   end.  Like, don't get me wrong, like they'll stand up and
12   there's treats, and free pens, and paraphernalia, like our
13   marketing literature is all there --
14   RICHARD BOOMGAARDT:  Yeah.
15   CASSANDRA WALTER:  From the marketing side, it's
16   organized; but from a sales on our end side, like I've
17   barely seen anyone from the Dutch office.  In fact, today,
18   Simone and Dennis and all those guys are actually in
19   London.
20   RICHARD BOOMGAARDT:  Really?
21   CASSANDRA WALTER:  Yeah.  So, it's being manned
22   by Andreas from -- and Franka -- Franka Grosvelt who is
23   (indiscernible), which is fine.  I mean like I'm around
24   and -- but, like it's just -- I mean I don't know, maybe

Phone Call - November 3, 2011

12

1  it's just the way the Dutch work.  Yeah, like, I probably
2  would have gotten the list six months ago when delegates -
3  main delegates that registered and done some sort of
4  dinner like we do at NAPS.
5           RICHARD BOOMGAARDT:  Yeah.
6           CASSANDRA WALTER:  But anyway -- it's wrapping
7  up.
8           RICHARD BOOMGAARDT:  Okay.  Yeah, I mean it's
9  important to get the most of those things that you can
10 really.
11          CASSANDRA WALTER:  Yeah.
12          RICHARD BOOMGAARDT:  Okie dokey --
13          CASSANDRA WALTER:  I just don't understand why we
14 wouldn't have, but anyway, that's a side note.  Okay.  I'm
15 going to go.
16          RICHARD BOOMGAARDT:  All right.
17          CASSANDRA WALTER:  Call me if you need anything
18 else.
19          RICHARD BOOMGAARDT:  Will do.
20          CASSANDRA WALTER:  And I'll talk to you later.
21          RICHARD BOOMGAARDT:  Sounds good.  Okay.
22          CASSANDRA WALTER:  All right, bye.
23          RICHARD BOOMGAARDT:  See you, bye.
24 (End of phone call.)

                                                                13

1

2                    C E R T I F I C A T I O N

3        I, MARY INDOMENICO, AN APPROVED COURT TRANSCRIBER, DO

4   HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND ACCURATE

5   TRANSCRIPT FROM THE AUDIO RECORDING PROVIDED TO ME BY THE

6   OFFICE OF MARTIN G. WEINBERG, P.C. IN THE ABOVE ENTITLED

7   MATTER.

8        I, MARY INDOMENICO, FURTHER CERTIFY THAT THE

9   FOREGOING IS IN COMPLIANCE WITH THE ADMINISTRATIVE OFFICE

10  OF THE TRIAL COURT DIRECTIVE ON TRANSCRIPT FORMAT.

11       I, MARY INDOMENICO, FURTHER CERTIFY THAT I NEITHER AM

12  COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE

13  PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN, AND

14  FURTHER THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED

15  IN THE OUTCOME OF THE ACTION.

16   *[signature: Mary C. Indomenico]*

17  _____

18  Mary C. Indomenico

19  March 19, 2018

20

21

22

23

24

14

1

## A

**actually (1)**
  11:18
**Adjustment (1)**
  7:20
**again (1)**
  6:8
**ago (1)**
  12:2
**ahead (1)**
  8:1
**Andreas (1)**
  11:22
**apparently (1)**
  10:14
**Around (8)**
  2:8,9;4:18;5:21;
  9:15,24;10:4;11:23

## B

**BA (1)**
  10:18
**back (2)**
  7:9;10:14
**barely (1)**
  11:17
**basically (3)**
  3:10,19;5:11
**basis (1)**
  3:4
**billion (5)**
  4:19,21,23,24;5:1
**bind (1)**
  10:7
**bips (2)**
  6:4,4
**bit (2)**
  5:18;10:7
**booked (1)**
  10:10
**BOOMGAARDT (62)**
  2:2,5,15,19,22;3:3,
  6,13,18,22;4:5,8,11,
  13,16,20,22;5:3,9,14,
  17,19;6:2,5,9,13,17,
  21,24;7:5,17,22;8:3,
  9,15,20,24;9:3,7,10,
  13,20,22;10:1,5,9,13,
  16,20,24;11:3,5,8,14,
  20;12:5,8,12,16,19,
  21,23
**brought (1)**
  10:11
**bye (2)**
  12:22,23

## C

**CALL (6)**
  2:1;10:18,22;11:2;
  12:17,24
**called (2)**
  6:11;7:20
**can (7)**
  5:8;8:5,7;9:5,11,
  18;12:9
**can't (2)**
  4:2;6:24
**car (1)**
  10:11
**Carl (1)**
  10:22
**CASSANDRA (61)**
  2:3,14,18,20,23;
  3:4,7,14,19,23;4:6,9,
  12,14,17,21;5:1,5,10,
  15,18,23;6:3,6,10,16,
  18,22;7:3,11,18,23;
  8:4,10,16,23;9:1,5,8,
  11,14,21,23;10:3,7,
  10,14,17,22;11:1,4,6,
  10,15,21;12:6,11,13,
  17,20,22
**categorically (1)**
  9:6
**Citi (1)**
  3:17
**client (3)**
  2:9;3:8,14
**clients (1)**
  3:10
**close (1)**
  9:18
**coming (3)**
  3:15,20;5:20
**competitors (1)**
  3:16
**compliance (2)**
  4:4,6
**condition (1)**
  4:14
**conference (1)**
  11:3
**confusion (1)**
  2:21
**context (1)**
  2:9
**conversation (2)**
  3:1;6:7
**conversations (9)**
  2:11;5:11;6:20;7:7,
  12,23;8:17;9:14,15
**cool (3)**
  9:22;10:23,24
**copied (1)**
  6:20
**correspondence (1)**
  6:19
**cost (1)**
  4:7
**couple (1)**
  8:13
**course (2)**
  6:13,14

## D

**deal (3)**
  2:9;4:12;9:19
**deals (1)**
  6:1
**decision (1)**
  4:9
**decisions (1)**
  4:4
**definitely (1)**
  9:12
**degree (1)**
  2:12
**delegates (2)**
  12:2,3
**Dennis (1)**
  11:18
**department (2)**
  4:4,6
**desk (2)**
  10:6,21
**didn't (3)**
  4:24;5:13;7:2
**ding (1)**
  9:23
**dingbat (1)**
  9:23
**dinner (1)**
  12:4
**directly (2)**
  9:4;10:19
**discussion (1)**
  4:17
**discussions (1)**
  3:8
**documented (1)**
  3:9
**dokey (1)**
  12:12
**don't (11)**
  3:9;5:15,24;6:11,
  19;10:5,20,21;11:11,
  24;12:13
**done (1)**
  12:3
**drop (1)**
  4:14
**Dutch (2)**
  11:17;12:1

## E

**Ed (4)**
  2:12;7:18;8:1;9:15
**Ed's (1)**
  6:19
**either (2)**
  8:2;10:5
**else (2)**
  4:3;12:18
**elsewhere (1)**
  8:19
**emails (2)**
  6:19;8:11
**Emma (1)**
  10:3
**employee (1)**
  7:19
**end (5)**
  7:9;11:9,11,16;
  12:24
**ended (1)**
  5:1
**expected (1)**
  5:21
**expecting (2)**
  7:8,8
**expensive (1)**
  3:15
**explicit (1)**
  9:16
**explicitly (2)**
  7:14;8:1

## F

**fact (2)**
  7:15;11:17
**find (1)**
  8:10
**fine (4)**
  4:3;10:18,22;11:23
**first (3)**
  4:18,23;5:5
**five (1)**
  6:4
**five-year (1)**
  7:13
**flight (1)**
  10:8
**flying (1)**
  8:1
**four (2)**
  3:24;6:4
**four-year (1)**
  7:14
**Franka (2)**
  11:22,22
**free (1)**
  11:12
**Freshfields (1)**
  2:8
**front (2)**
  2:21;8:12

## G

**Gatwick (1)**
  10:15
**given (1)**
  5:7
**goes (1)**
  4:7

**good (2)**
  10:16;12:21
**grab (1)**
  2:6
**Grosvelt (1)**
  11:22
**guess (5)**
  2:12,16;5:20,21;
  7:6
**guys (3)**
  6:1;8:5;11:18

## H

**handle (1)**
  10:19
**haven't (1)**
  10:1
**hazy (1)**
  5:18
**Heathrow (1)**
  10:11
**Hello (1)**
  2:2
**Hi (1)**
  2:3
**hit (1)**
  2:24
**holiday (1)**
  6:22
**honest (1)**
  5:23
**How's (1)**
  11:3

## I

**I'll (4)**
  8:12;10:18,22;
  12:20
**I'm (7)**
  5:18;7:6;10:7,14,
  17;11:23;12:14
**I've (3)**
  10:7;11:1,16
**important (1)**
  12:9
**indiscernible (2)**
  10:3;11:23
**initial (1)**
  6:18
**insightful (1)**
  6:1
**involved (2)**
  7:2,4
**Isn't (1)**
  10:17
**it's (15)**
  5:20,21;6:14;7:20;
  8:20;11:4,6,7,8,15,
  21,24;12:1,6,8

## K

**keeping (1)**
  7:15
**Kevin (2)**
  7:15,18
**kind (1)**
  4:23
**knew (1)**
  3:16

## L

**last (1)**
  2:18
**later (1)**
  12:20
**lead (1)**
  5:11
**left (1)**
  2:6
**less (2)**
  4:1,2
**line (1)**
  8:11
**list (2)**
  3:17;12:2
**literature (1)**
  11:13
**load (1)**
  3:11
**London (1)**
  11:19
**look (4)**
  3:15;4:1;5:23;7:11
**lost (1)**
  3:11
**lot (2)**
  2:21;5:10
**low (1)**
  9:18
**lower (2)**
  3:20,20
**lowest (1)**
  4:7
**lunch (3)**
  7:24;8:5,13
**lunches (1)**
  3:10

## M

**main (1)**
  12:3
**makes (2)**
  2:17;4:4
**making (3)**
  7:9;8:6,18
**manned (1)**
  11:21
**many (1)**
  2:11
**marketing (2)**
  11:13,15
**maybe (1)**
  11:24
**McGee (2)**
  7:3,4
**mean (11)**
  4:23;5:24;6:10;
  8:12,12,13,14,17;
  11:23,24;12:8
**meant (1)**
  2:6
**meetings (2)**
  3:11;8:14
**mind (1)**
  7:15
**miss (1)**
  2:24
**money (4)**
  7:9;8:6,19;9:16
**months (1)**
  12:2
**more (5)**
  3:15;4:22;5:20,21;
  8:20
**most (1)**
  12:9
**mostly (2)**
  2:12,12
**much (1)**
  9:11
**must (1)**
  8:18

## N

**NAPS (1)**
  12:4
**nature (1)**
  7:6
**need (5)**
  7:2;9:3,13;11:2;
  12:17
**neither (1)**
  10:20
**Nomura (5)**
  3:11,17;7:16,20;
  9:16
**none (1)**
  3:8
**note (1)**
  12:14
**NTMA (1)**
  2:8
**number (1)**
  8:18

## O

**O'Neil (1)**
  7:15
**off (3)**
  3:17;7:9;8:6
**office (1)**
  11:17
**Okie (1)**
  12:12
**one (7)**
  2:18;6:6,18;8:7;
  9:17,17,18
**only (2)**
  3:16;8:5
**organized (3)**
  11:7,8,16
**originally (1)**
  3:1
**out (1)**
  10:11
**over (3)**
  8:1,5,13

## P

**panel (1)**
  7:13
**paraphernalia (1)**
  11:12
**parked (1)**
  10:12
**part (1)**
  5:6
**Paul (5)**
  2:4;7:3,4;8:13,13
**pens (1)**
  11:12
**people (1)**
  7:1
**period (2)**
  7:13,14
**phone (1)**
  12:24
**point (2)**
  3:16;7:3
**points (1)**
  3:5
**pretty (3)**
  2:24;5:24;9:16
**previous (1)**
  3:7
**Price (1)**
  7:20
**Probably (2)**
  9:13;12:1
**provider (1)**
  4:7
**put (1)**
  9:3
**putting (1)**
  9:2

## Q

**quite (1)**
  10:18
**quote (4)**
  6:6;8:7,8;9:18
**quoted (4)**
  5:24;6:1,4,14
**quoting (2)**
  8:21;9:17

## R

**really (8)**
  2:11,11,21;5:11;
  10:17;11:5,20;12:10
**recollection (2)**
  2:23;8:17
**recorded (1)**
  8:11
**registered (1)**
  12:3
**relevance (1)**
  3:9
**remember (6)**
  5:15,16,19;6:24;
  7:24;8:1
**reminder (1)**
  10:8
**rest (2)**
  5:12;6:3
**revert (1)**
  5:8
**RICHARD (62)**
  2:2,5,15,19,22;3:3,
  6,13,18,22;4:5,8,11,
  13,16,20,22;5:3,9,14,
  17,19;6:2,5,9,13,17,
  21,24;7:5,17,22;8:3,
  9,15,20,24;9:3,7,10,
  13,20,22;10:1,5,9,13,
  16,20,24;11:3,5,8,14,
  20;12:5,8,12,16,19,
  21,23
**Right (12)**
  4:8,13,16;5:3;9:4,
  22;10:6,21,24;11:1;
  12:16,22

## S

**sales (1)**
  11:16
**same (1)**
  8:16
**Saying (3)**
  6:21;7:19;8:4
**second (2)**
  5:6,7
**secretary (1)**
  9:24
**sense (1)**
  2:17
**several (1)**
  7:12
**short (1)**
  7:18
**side (3)**
  11:15,16;12:14
**significantly (1)**
  3:20
**Simone (1)**
  11:18
**sitting (1)**
  7:24
**six (1)**
  12:2
**somebody (1)**
  8:7
**sometimes (1)**
  3:24
**somewhere (1)**
  4:3
**sorry (1)**
  2:3
**sort (1)**
  12:3
**Sounds (1)**
  12:21
**spread (4)**
  4:2;5:22;8:7;9:9
**SS3_000000546 (1)**
  2:1
**stand (1)**
  11:11
**staying (1)**
  7:21
**subsequently (2)**
  3:20;5:13
**sudden (1)**
  7:1
**suppose (1)**
  9:1
**sure (1)**
  10:18

## T

**talk (1)**
  12:20
**talked (1)**
  7:14
**target (1)**
  7:21
**that's (12)**
  3:9;4:3;5:3,16;
  7:10,20;8:22;9:22;
  10:16,18,22;12:14
**There's (2)**
  8:7;11:12
**they'll (1)**
  11:11
**they're (3)**
  4:2;5:24;8:6
**though (1)**
  6:19
**three (2)**
  3:24;7:1
**times (1)**
  3:12
**today (2)**
  10:1;11:17

**together (2)**
    9:2,4
**tonight (2)**
    10:8,15
**transition (1)**
    5:13
**traunch (2)**
    5:6,7
**treats (1)**
    11:12
**trying (1)**
    7:6
**two (4)**
    9:2,2,4,4

**U**

**ultimately (1)**
    3:24
**Um (1)**
    6:9
**understood (2)**
    2:16;9:20
**unless (2)**
    4:1,2
**up (6)**
    2:21;5:2;6:11;
    8:12;11:11;12:7
**used (1)**
    7:19

**V**

**value (1)**
    3:5

**W**

**WALTER (61)**
    2:3,14,18,20,23;
    3:4,7,14,19,23;4:6,9,
    12,14,17,21;5:1,5,10,
    15,18,23;6:3,6,10,16,
    18,22;7:3,11,18,23;
    8:4,10,16,23;9:1,5,8,
    11,14,21,23;10:3,7,
    10,14,17,22;11:1,4,6,
    10,15,21;12:6,11,13,
    17,20,22
**wasn't (1)**
    2:10
**waste (2)**
    11:4,6
**way (3)**
    8:5,7;12:1
**we're (2)**
    8:21,21
**we've (3)**
    5:7;6:7;7:13
**weird (1)**
    5:11
**weren't (1)**
    6:23

**What's (2)**
    2:15,15
**whole (1)**
    5:8
**win (2)**
    6:8;9:19
**won (1)**
    4:12
**work (2)**
    7:20;12:1
**wouldn't (2)**
    6:15;12:14
**wrapping (1)**
    12:6
**wrong (1)**
    11:11

**Y**

**Yep (11)**
    2:14;3:3,6,18,22;
    4:5,20;5:9,14;8:3;
    10:9
**you're (3)**
    3:15;8:10;9:1

**Z**

**zero (2)**
    9:17,18

**1**

**1.25 (5)**
    4:15,18;5:5,8;8:8
**1.65 (5)**
    3:1;4:10,18,18;6:7
**1.8 (1)**
    4:21
**13 (1)**
    8:2
**14 (2)**
    6:1;8:2

**3**

**3 (2)**
    4:24;5:1

**4**

**4 (1)**
    4:23