| | |
|---|---|
| **From:** | McLellan, Ross [/O=STATE STREET/OU=MFBOSTON/CN=INVESTMENTMANAGEMENT/CN=TRADER USERS/CN=RMCLELLAN] |
| **Sent:** | Tuesday, November 02, 2010 11:22:06 PM |
| **To:** | Woodard, R. Bryan |
| **CC:** | Pennings, Edward; Carlin, Chris |
| **Subject:** | NOTICE |
| **Attachments:** | Periodic Notice Signed.pdf.zip |

Bryan - Here is the notice they have sent. We have not signed yet although they are not a huge fan of negotiations.


Regards,

Ross McLellan, CFA
Portfolio Solutions | Senior Managing Director | State Street Global Markets
Tel 617.664.1865 | Fax  617.664.4225 | Mobile 617.372.0939

State Street Financial Center
One Lincoln Street
Box 5501
Boston, MA 02111

This transmission is intended solely for use by the named addressee(s) and any information contained in this email transmission and any attachment(s) is confidential, proprietary and/or privileged information/communication and intended solely for the use of the named addressee(s). If you are not an intended recipient or a person responsible for delivery to an intended recipient, please immediately notify the author and destroy this transmission in its entirety, whether in electronic or hard copy format. Any unauthorized use (and reliance thereon), copying, disclosure, retention or distribution of this transmission or the material in this transmission is forbidden.

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS1_01099467

Confidential pursuant to Securities Exchange Act s.24(d).




**Kuwait Investment Authority**
Investment Accounts Dept.

الهيئة العامة للإستثمار
إدارة محاسبة الإستثمار

Ref.  IAD / 509 / 10 - 506 219

Date  October 25, 2010

السرقم :
التاريخ :

## PERIODIC NOTICE-TRANSITION 121
## FIXED INCOME
## KUWAIT INVESTMENT AUTHORITY

Mr. Edward Pennings
State Street bank Europe
London

Dear Edward,

### TRANSITION 121- 4 Billion USD from RNLU (2 Billion) and RNLS (2 Billion) to LCAH (2 Billion), LCAG (1 Billion) & LCAL (1 Billion)

#### Kuwait Investment Authority

By transition management agreement dated 9 February 2004 (the "Agreement") Kuwait Investment Authority (the "Customer") has authorised State Street Bank Europe Limited ("the Manager") to provide the Customer with transition management services for the periodic restructuring of certain portfolios of securities identified by the Customer from time to time.

Consistent with the terms of the Agreement, which are incorporated by reference herein and made a part hereof, please be advised that the Manager is hereby authorised and directed to perform the restructuring of the Allocation with respect to the following accounts:

Transition 121 – an approximately USD 4 billion fixed income portfolio from Accounts RNLS (Western) and RNLU (Blackrock) to fund target managers Pimco (USD 2 billion), Putnam (USD 1 billion) and Goldman Sachs (USD 1 billion). The custodian is State Street Bank & Trust in London and the transition is anticipated to be completed in November 2010.

The Manager will be acting as risk less principal with trades executed on a multi-dealer competitive basis.

For and on behalf of

KUWAIT INVESTMENT AUTHORITY

ADEL N HAMADAH
DIRECTOR

CC: Mr. Othman Al Issa, Executive Director, Operations & Administration

- 1 -

مجمع الـوزارات - بلـوك رقم ٣ - ص.ب / ٦٤ الصفــاة 13001 الكـويت - تلفــون : ٢٢٤٨٥٦٠٠ - فاكـس : ٢٢٤٢٥١٢٣ ، ٢٢٤٣٩٤٨٠
Ministries Complex - Block No. 3 - P.O.Box / 64 Safat 13001 Kuwait - Tel.: 22485600 - Fax : 22439480 - 22425123

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

ss1_01099468

Confidential pursuant to Securities Exchange Act s.24(d).

 

Kuwait Investment Authority

Investment Accounts Dept.

الهيئة العامة للإستثمار

إدارة محاسبة الإستثمار

Ref. ............................................................

Date ............................................................

الـرقم : ............................................................

التاريخ : ............................................................

## KUWAIT INVESTMENT AUTHORITY – TERMS OF THE TRANSACTION – TRANSITION 121

| | |
|---|---|
| Customer | Kuwait Investment Authority |
| Transition Manager | State Street Bank Europe Limited |
| Custodian | State Street bank, London |
| Transition Account | RNSE |
| Commencement Date of Transition Trading | November 1, 2010 |
| Estimated transition period (from assets taken-on to hand-over to destination manager) | Nov 1,2010 to Nov16th,2010 |
| Portfolio Size | Approximately USD 4 Billion |
| From Portfolios | RNLU & RNLS |
| To Portfolios | LCAH 2 Billion |
| | LCAJ 1 Billion |
| | LCAL 1 Billion |
| Execution Type | Risk less Principal |
| Execution Benchmark | Implementation Shortfall |
| Estimated Days to Trade | 3 Days |
| In-kind crossing | Zero charges |
| External crossing | Zero |
| Extra compensation | Custody charges to be met by the Transition manager |

- 2 -

Ministries Complex - Block No. 3 - P.O.Box / 64 Safat 13001 Kuwait - Tel.: 22485600 - Fax : 22439480 - 22425123

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

ss1_01099469

Confidential pursuant to Securities Exchange Act s.24(d).

  

**Kuwait Investment Authority**
Investment Accounts Dept.

الهيئة العامة للإستثمار
إدارة محاسبة الإستثمار

Ref. ........................................
Date ........................................

الـرقم : ........................................
التاريخ : ........................................

### Notes to Transaction Terms:

1) The Crossing Estimate may be subject to change prior to receipt of final legacy and destination holding lists.

2) Shares Traded are defined as shares that have not been crossed with State Street or wholly owned entities.

3) The above commissions are exclusive of all exchange fees and taxes.

4) The time periods and estimates provided above are subject to change due to market conditions.

5) Equity trades crossed internally will not attract any commissions.

6) A VWAP execution report will be provided for the portfolio at the end of the transition.

7) In carrying out its duties and responsibilities, the Manager will at all times act in good faith, with due diligence and in a manner that a prudent manager would believe at the time to be in the best interests of the Customer.

8) Any foreign Exchange transaction needs to be done with the prior approval of KIA.

9) Pre-hedging is forbidden as per KIA's policy.

Accepted without changes

State Street Bank Europe            Kuwait Investment Authority

- 3 -

مجمـع الـوزارات - بـلـوك رقـم ٣ - ص . ب / ٦٤ الصفـاة 13001 الكـويت - تلفـون : ٢٢٤٨٥٦٠٠ - فاكـس : ٢٢٤٢٥١٢٣ ، ٢٢٤٢٩٤٨٠
Ministries Complex - Block No. 3 - P.O.Box / 64 Safat 13001 Kuwait - Tel.: 22485600 - Fax : 22439480 - 22425123

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

ss1_01099470

Confidential pursuant to Securities Exchange Act s.24(d).