| | |
|---|---|
| **From:** | McLellan, Ross [/O=STATE STREET/OU=MFBOSTON/CN=INVESTMENTMANAGEMENT/CN=TRADER USERS/CN=RMCLELLAN] |
| **Sent:** | Wednesday, November 03, 2010 10:42:32 AM |
| **To:** | Hansen, Mark R |
| **Subject:** | Fw: NOTICE |

Regards,

Ross McLellan, CFA
Senior Managing Director
State Street Global Markets
p 617.664.1865
f  617.664.4225
m 617.372.0939

State Street Financial Center
One Lincoln Street
Box 5501
Boston, MA 02111

This transmission is intended solely for use by the named addressee(s) and any information contained in this email transmission and any attachment(s) is confidential, proprietary and/or privileged information/communication and intended solely for the use of the named addressee(s). If you are not an intended recipient or a person responsible for delivery to an intended recipient, please immediately notify the author and destroy this transmission in its entirety, whether in electronic or hard copy format. Any unauthorized use (and reliance thereon), copying, disclosure, retention, or distribution of this transmission or the material in this transmission is forbidden.

---

**From**: Pennings, Edward
**To**: Woodard, R. Bryan; McLellan, Ross
**Cc**: Carlin, Chris; Paul, Simone; Beck, Krystyna; Bryant, Tom
**Sent**: Wed Nov 03 05:49:13 2010
**Subject**: RE: NOTICE

All,

We discussed this issue here this morning and the conclusion was that we are OK to have Rates quote prices as one of the potential liquidity providers but it will have to be on a competitive (blind) basis. Our trading desk has to ensure best execution and has the final say as to whom they trade with. The contract states the following:

> The Manager may deal on the Customer's behalf with any of the Manager's Affiliates as long as the term are as favourable to the Customer as would be obtained from a non-affiliated broker or dealer.

Under no circumstance should we give Rates preferential treatment. If we are set up operationally to trade with Rates and they provide us with the best quote then we can deal with them, but if not then we will deal with whoever provides the best price as per our usual competitive bid process.

Regards,
Ed

---

**From:** Woodard, R. Bryan
**Sent:** 02 November 2010 23:24

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY STATE STREET

SS2_00000227

**To:** McLellan, Ross
**Cc:** Pennings, Edward; Carlin, Chris
**Subject:** RE: NOTICE

Krystyna

Can you look at this in the morning and discuss with Ed. I'll send some thoughts later tonight.

---

**From:** McLellan, Ross
**Sent:** Tuesday, November 02, 2010 7:22 PM
**To:** Woodard, R. Bryan
**Cc:** Pennings, Edward; Carlin, Chris
**Subject:** NOTICE

Bryan - Here is the notice they have sent. We have not signed yet although they are not a huge fan of negotiations.

Regards,

Ross McLellan, CFA
Portfolio Solutions | Senior Managing Director | State Street Global Markets
Tel 617.664.1865 | Fax  617.664.4225 | Mobile 617.372.0939

State Street Financial Center
One Lincoln Street
Box 5501
Boston, MA 02111

This transmission is intended solely for use by the named addressee(s) and any information contained in this email transmission and any attachment(s) is confidential, proprietary and/or privileged information/communication and intended solely for the use of the named addressee(s). If you are not an intended recipient or a person responsible for delivery to an intended recipient, please immediately notify the author and destroy this transmission in its entirety, whether in electronic or hard copy format. Any unauthorized use (and reliance thereon), copying, disclosure, retention or distribution of this transmission or the material in this transmission is forbidden.