UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) |
| v. | ) No. 16-cr-10094-LTS |
| ROSS MCLELLAN,<br>    Defendant | )<br>)<br>)<br>) |

## DEFENDANT ROSS MCLELLAN'S NOTICE OF APPEAL

Now comes the defendant Ross McLellan who notices his appeal to the United States Court of Appeals for the First Circuit from the judgment entered in the above-captioned case on October 18, 2018.

>Respectfully Submitted,
>Ross McLellan
>By His Attorney,
>
>**/s/ Martin G. Weinberg**
>Martin G. Weinberg
>Mass. Bar No. 519480
>20 Park Plaza, Suite 1000
>Boston, MA 02116
>(617) 227-3700
>owlmgw@att.net

Dated: October 18, 2018

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, October 18, 2018, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

>**/s/ Martin G. Weinberg**
>Martin G. Weinberg