# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Ross McLellan

District Court Number: 16cr10094-LTS

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No _X_
If yes, document # ____

Sealed documents Yes _X_ No ____
If yes, document # 19,70,74,84,168,174,234

*Ex parte* documents Yes _X_ No ____
If yes, document # 201,216

Transcripts Yes _X_ No ____
If yes, document # 44,61,78,111,131,422-425

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:

### #522 Judgment

Other information:

(Additional Sealed Documents: 242,323,357,358,359,379)(Additional Transcripts: 439-442,477-480,487,488,496)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #522 and #524

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 524 filed on October 18, 2018.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 19, 2018.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**