UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-cr-10094-LTS |
| ) | |
| ROSS MCLELLAN, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE**

On October 17, 2018, the defendant filed a 30-page motion for release pending appeal of his conviction. See Dkt. 521. The government's response is currently due October 31, 2018. The defendant is not required to begin his term of incarceration until January 5, 2019. The government respectfully moves, with the assent of the defendant, to extend its time to respond to November 7, 2018.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Stephen E. Frank
STEPHEN E. FRANK
Assistant U.S. Attorney

Date: October 30, 2018

**CERTIFICATE OF SERVICE**

I, Stephen E. Frank, hereby certify that on October 30, 2018, I served a copy of the foregoing on counsel of record in this case by electronic filing.

/s/ Stephen E. Frank
STEPHEN E. FRANK
Assistant U.S. Attorney