## DISCHARGE OF MORTGAGE

I, ROBERT M. FARRELL, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Lisa A. McLellan to the Clerk of the United States District Court for the District of Massachusetts, for property located at 12 Whitcomb Lane, Hingham, MA 02043, dated April 11, 2016 and recorded with the Plymouth County Registry of Deeds, Book: 00599, Page: 56, Certificate # 119856, Document # 744026, acknowledge satisfaction of the same and hereby DISCHARGE said mortgage.

Witness my hand and seal this 14th day of November, 2018.

ROBERT M. FARRELL
Clerk of Court
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this 14th day of November, 2018 before me, the undersigned notary public, personally appeared ROBERT M. FARRELL, Clerk of Court, proved to me through satisfactory evidence of identification, to be the person whose name is singed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Public
My commission expires: May 2, 2025

TIMOTHY D. DE MARIA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 2, 2025



TIMOTHY D. DE MARIA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 2, 2025