# United States Court of Appeals
## For the First Circuit

_____

No. 18-2032

UNITED STATES,

Appellee,

v.

ROSS MCLELLAN,

Defendant, Appellant.

_____

Before

Torruella, Lynch and Thompson,
<u>Circuit Judges</u>.

_____

**ORDER OF COURT**

Entered: December 21, 2018

    Appellant's Motion for Release Pending Appeal is <u>granted</u>.  Appellant shall remain subject to the terms and conditions of his release previously established by the district court, or as the same may be modified by that court in its discretion.


By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Leo T. Sorokin
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Robert Michael Goldstein
Martin G. Weinberg
Kimberly Homan
Maksim Nemtsev

Michael Francis Pabian
Cynthia A. Young
Stephen Emanuel Frank
William Johnston
John Joseph Butts