## DISCHARGE OF MORTGAGE

I, ROBERT M. FARRELL, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from **LISA A. McLELLAN** of Hingham, Massachusetts to the Clerk of the United States District Court for the District of Massachusetts, for property located at 12 Whitcomb Lane in Hingham, Massachusetts dated January 7, 2019, recorded in the official records book of the Plymouth County Registry of Deeds in Book Number 00599, Page 56 acknowledge satisfaction of the same and hereby DISCHARGE said mortgage.

Witness my hand and seal this 13th day of December, 2019.

ROBERT M. FARRELL
Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this 13th day of December of 2019, before me, the undersigned notary public, personally appeared ROBERT M. FARRELL, Clerk of Court, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document in my presence.

Notary Public
My commission expires:

TRACY J. MCLAUGHLIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 24, 2022