UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | No. 16-cr-10094-LTS |
| ROSS MCLELLAN, ) Defendant ) | |

## NOTICE OF MORTGAGE RECORDING

Now comes the Defendant, Ross McLellan, by and through undersigned counsel, and hereby respectfully provides notice that the mortgage securing his bail has been re-recorded with the Plymouth Country Registry of Deeds. A copy of the recorded mortgage is attached hereto as Exhibit 1.

    Respectfully Submitted,
    Ross McLellan
    By His Attorney,

    **/s/ Martin G. Weinberg**
    Martin G. Weinberg
    Mass. Bar No. 519480
    20 Park Plaza, Suite 1000
    Boston, MA 02116
    (617) 227-3700
    owlmgw@att.net

Dated: January 10, 2020

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, January 10, 2020, a copy of the foregoing documents has been served, via electronic mail, upon Assistant U.S. Attorney Stephen E. Frank.

**/s/ Martin G. Weinberg**
Martin G. Weinberg