UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ROSS MCLELLAN, )<br>)<br>Defendant. ) | Criminal No. 16-10094-LTS |

## GOVERNMENT'S REPONSE TO DEFENDANT'S
## MOTION TO CONTINUE SELF-SURRENDER DATE

Pursuant to the Court's Order of June 8, 2020, the government respectfully submits this response to the defendant's motion to extend his bail and continue his self-surrender date to July 7, 2020.

1. On May 20, 2020, the First Circuit Court of Appeals issued an opinion affirming the defendant's conviction in this case.

2. On June 5, 2020, the defendant filed a motion to extend his bail and continue his self-surrender date for two weeks, from June 24, 2020 to July 7, 2020. The government had previously advised McLellan, through counsel, that the government would not oppose a continuation of the self-surrender date following the First Circuit's issuance of the mandate in this case—including for a longer period of time—should the defendant wish to delay his surrender date due to the COVID-19 pandemic. In his motion, the defendant notes that he is "cognizant of the COVID-19 health risks," but nonetheless wishes to surrender promptly to begin his sentence.

3. On June 10, 2020, the First Circuit Court of Appeals issued the mandate formally affirming the defendant's conviction.

4. Accordingly, the government assents to the defendant's motion.

Respectfully submitted,

| ROBERT A. ZINK | ANDREW E. LELLING |
|---|---|
| Chief, Fraud Section | United States Attorney |
| Criminal Division | |

By: _/s/ William E. Johnston_  
   WILLIAM E. JOHNSTON  
   Trial Attorney

By: _/s/ Stephen E. Frank_  
   STEPHEN E. FRANK  
   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2020, this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ _Stephen E. Frank_  
STEPHEN E. FRANK