# United States Court of Appeals
## For the First Circuit

No. 18-2032

UNITED STATES

Appellee

v.

ROSS MCLELLAN

Defendant - Appellant

**MANDATE**

Entered: June 10, 2020

In accordance with the judgment of May 20, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
John Joseph Butts
Stephen Emanuel Frank
Robert Michael Goldstein
Kimberly Homan
William Johnston
Donald Campbell Lockhart
Maksim Nemtsev
Michael Francis Pabian
Martin G. Weinberg