## DISCHARGE OF MORTGAGE

I, SABRA MITCHELL, Chief Deputy Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Lisa A. McLellan to the Clerk of the United States District Court for the District of Massachusetts, for property located at 12 Whitcomb Lane, Hingham, MA 02043 dated January 7, 2020 and recorded with the Plymouth County Registry of Deeds, Book: 00599, Page:56, Certificate # 119856, Document #794087, acknowledge satisfaction of the same and hereby DISCHARGE said mortgage.

Witness my hand and seal this 25th day of March, 2024.

SABRA MITCHELL
Chief Deputy Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this 25th day of March, 2024, before me, the undersigned notary public, personally appeared SABRA MITCHELL, Chief Deputy Clerk of Court, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document in my presence.

Notary Public
My commission expires: 12/13/2024



NILSA VANY BARBOSA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
December 13, 2024